UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-0503 AHM (RZx) | Date | March 19, 2012 |
|---|---|---|---|
| Title | MUNCHKIN, INC. v. PLAYTEX PRODUCTS, LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    The Court ORDERS the parties to file a joint report stating the most efficient order in which the Court should decide the fifteen pending motions *in limine*. In doing so, the parties must take into account whether the resolution of any given motion will moot the need to decide other motions. They should also take into account whether these motions may or should be placed into separate groups, so that the Court can consider motions raising comparable issues or involving overlapping facts in their entirety before the Court turns to a different group. In addition, the parties should provide any other information that will aid the Court in efficiently deciding these motions. The joint report should be filed by no later than May 23, 2012.

                                                                                                                                                                                             :

                                                                            Initials of Preparer              SMO