1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE

4                    – – –

5

6                                    )
   MUNCHKIN, INC.,                   )
7                                    )
                     PLAINTIFF,      )
8                                    )
              vs.                    ) No. CV11-503-AHM(RZx)
9                                    )
   PLAYTEX PRODUCTS, LLC, ET AL.,    )
10                                   )
                     DEFENDANTS.     )
11   _____)

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15          LOS ANGELES, CALIFORNIA

16          MONDAY, APRIL 9, 2012

17              3:00 P.M.

18

19

20

21

22   _____

23        CINDY L. NIRENBERG, CSR 5059, FCRR
          U.S. Official Court Reporter
24          312 North Spring Street
          Los Angeles, California 90012
25            www.MsFedReporter.com

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:
                          LATHROP & GAGE
 3                        BY: ROBERT GARRISON, ATTORNEY AT LAW
                          2345 GRAND BOULEVARD
 4                        SUITE 2400
                          KANSAS CITY, MO 64108
 5                        816-292-2000

 6                        LAW OFFICES OF R. REX PARRIS
                          BY: R. REX PARRIS, ATTORNEY AT LAW
 7                        43364 10TH STREET WEST
                          LANCASTER, CA 93534
 8                        661-949-2595

 9                        MUNCHKIN
                          BY: PETTY RADER, ATTORNEY AT LAW,
10                            IN-HOUSE COUNSEL
                          16689 SCHOENBORN STREET
11                        NORTH HILLS, CA 91343
                          818-221-4542
12

13
      FOR THE DEFENDANTS:
14                        DAVIS WRIGHT TREMAINE
                          BY: MARCIA B. PAUL, ATTORNEY AT LAW
15                            LANCE KOONCE, ATTORNEY AT LAW
                          1633 BROADWAY
16                        NEW YORK, NY 10019
                          212-603-6427
17
                          DAVIS WRIGHT TREMAINE
18                        BY: CARLA A. VELTMAN, ATTORNEY AT LAW
                          865 SOUTH FIGUEROA STREET
19                        SUITE 2400
                          LOS ANGELES, CA 90017
20                        213-633-6800

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1                        I N D E X

2

3                                                    *PAGE*

4

5  **DEFENDANTS' MOTIONS IN LIMINE**

6  MOTIONS 145, 154, 182 – GRANTED IN PART/DENIED IN PART   14

7  MOTION NO. 2 – GRANTED                                   20

8  MOTION NO. 3 – DENIED WITHOUT PREJUDICE                  20

9  MOTION NO. 4 – DENIED                                    26

10  MOTION NO. 5 – GRANTED                                  28

11  MOTION NO. 6 – DENIED                                   30

12  MOTION NO. 7 – DENIED                                   31

13

14  **PLAINTIFF'S MOTIONS IN LIMINE**

15  MOTION NO. 1 – GRANTED IN PART/DENIED IN PART           33

16  MOTION NO. 2 – GRANTED                                  44

17  MOTION NO. 3 – GRANTED IN PART/DENIED IN PART           46

18  MOTION NO. 4 – GRANTED                                  50

19  MOTION NO. 5 – GRANTED IN PART/DENIED IN PART           51

20  MOTION NO. 6 – DENIED                                   51

21  MOTION NO. 7 – TAKEN UNDER SUBMISSION                   53

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, APRIL 9, 2012

 2                          3:00 P.M.

 3                          - - - - -

 4            THE CLERK:  Calling Item Number 3, CV11-503-AHM,

 5   Munchkin, Inc., versus Playtex Products, LLC, et al.

 6            Counsel, please state your appearances.

 7            MR. PARRIS:  R. Rex Parris on behalf of the

 8   plaintiff, Your Honor.

 9            THE COURT:  Say your name again, please.

10            MR. PARRIS:  R. Rex Parris on behalf of Munchkin,

11   Your Honor.

12            MR. GARRISON:  Cameron Garrison on behalf of

13   Munchkin.

14            MS. RADER:  Petty Rader on behalf of Munchkin.

15            THE COURT:  Okay.  Good afternoon to all of you.

16            Who will be the spokesperson for Munchkin?

17            MR. PARRIS:  We've pretty much divided it up, but

18   I'll be the lead trial counsel.

19            THE COURT:  Okay.  Well, we'll see what happens after

20   you understand how I will be ruling.

21            MR. PARRIS:  Okay.

22            THE COURT:  Let's go.

23            MS. PAUL:  Your Honor, Marcia Paul for Playtex

24   Products, LLC.

25            MR. KOONCE:  Lance Koonce for Playtex Products, LLC.
```

```
 1              MS. VELTMAN:  Carla Veltman on behalf of Playtex.

 2              THE COURT:  Okay.  Good afternoon to all of you.

 3              We're here for the pre-trial conference, but, first,

 4    I'll rule on the motions in limine, and I'm going to rule

 5    orally, and unless I specifically request it, there'll be no

 6    need for any oral argument.

 7              By next Monday, I want the plaintiff to file a

 8    document entitled "Stipulation and Proposed Order Re Motions In

 9    Limine."

10              It should reflect -- it doesn't necessarily have to

11    be next Monday, but let's say by two weeks from today, that

12    proposed -- that Stipulation of Proposed Order Re Motions In

13    Limine should reflect my rulings reflected by what's in the

14    transcript, which I'm ordering the parties to purchase and

15    split the cost of.

16              I want no embellishment, no argument, no elaboration,

17    nothing written down in the proposed order that in any way goes

18    beyond or qualifies what I'm about to say orally.

19              Now, I don't have a script here, but I have thought

20    about these motions and spent a great deal of time on them, and

21    I will say parenthetically that in doing so, I have applied the

22    teachings not only of Daubert but of one of the most recent

23    Ninth Circuit decisions that not only summarized Daubert and

24    ensuing rulings, but clarified them.  That's Primiano versus

25    Cook.  It's a 2010 decision of the Ninth Circuit.
```

1              I am familiar with Kumho and, of course, with Rule

2    702 of the Federal Rules of Evidence, so there should be no

3    doubt that I've applied those required principles.

4              I will start with the defendants' motions.

5              From time to time, I may comment on certain aspects

6    of what was set forth in the respective parties' papers.  You

7    can see on the table over there the sheer volume, much of it

8    totally unnecessary -- most of it, really, regrettably

9    unrealistic -- that these 15 different motions and related

10   documents required us to consider (indicating).

11             I've also placed on the table the packaging and,

12   indeed, the contents of these competing diaper pails, although

13   I don't -- I have read the instructions.  I opened up the

14   packages.  I'm familiar with how they work, and I'm a grandpa,

15   so I'm not oblivious to that either, but I don't think there

16   will be any need to go beyond the display of the packaging and

17   of the contents.

18             I have circulated before this hearing -- and I take

19   it that each side has had a chance to see -- a document that I

20   had my law clerk compile called Experts and Labs, which is our

21   effort to display who the experts are, what topic or area of

22   expertise they purport to opine on and who the competing expert

23   is.

24             It would probably help me to know before I issue my

25   rulings orally whether this document accurately sets forth the

```
 1    existing array of experts and rebuttal experts or
 2    counter-experts and topic.
 3              Mr. Parris?
 4              MR. PARRIS:  Yes, Your Honor.  Under B, Labs, the
 5    bottom line, "Ammonia released by soiled diapers," that is a
 6    defense expert for Playtex's Lab, not Munchkin.
 7              THE COURT:  Volatile Analysis Corp. is Playtex?
 8              MR. PARRIS:  Yes, sir.
 9              MS. PAUL:  Yes, Your Honor.  That was my point as
10    well.
11              THE COURT:  Are there any other changes, Mr. Parris?
12              MR. PARRIS:  Not that I can see, Your Honor.
13              MS. PAUL:  Nothing, Your Honor.
14              THE COURT:  Okay.  And, let's see -- you are Ms.
15    Paul.  Are you going to be the principal spokesperson for
16    Playtex?
17              MS. PAUL:  The principal, Your Honor, yes, but as
18    well we have division of responsibility if permitted.
19              THE COURT:  Okay.  Well, I don't think that's likely,
20    but we'll see.
21              I should also add as a preface to my actual rulings
22    that I don't want any documents filed under seal from now on.
23    My standing order about protective orders and in camera or
24    under-seal documents makes it already clear that once something
25    is at the trial stage that anything that's introduced at trial
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    will be public.

 2              The degree to which confusion has resulted or could

 3    result from the way that documents were unnecessarily filed --

 4    because the parties agreed to it -- under seal is no longer

 5    going to be tolerated.

 6              So from now on, no matter what gets filed -- and

 7    there will be some supplemental requirements that I impose on

 8    you -- don't file anything under seal, period.

 9              And anything that does get filed further, scrap the

10    hyperbolic language, the finger pointing at opposing counsel,

11    the near invective, the disparaging commentaries on how the

12    other side disclosed evidence or what it consists of or who the

13    experts are.  It doesn't help your respective clients and I

14    don't want to see it again.

15              Now, again, before I actually tell you what my

16    rulings are on these 15 motions, I take it that since I issued

17    a ruling denying Playtex's motion for preliminary injunction,

18    which was affirmed by the Ninth Circuit, the only major change

19    in the competition in the marketplace has been that the "Proven

20    Number 1" claim of Playtex no longer appears on any of its

21    trade dress or packaging?

22              MS. PAUL:  Your Honor, it no longer appears on any

23    trade dress or packaging that Playtex has shipped.  We don't

24    deny the fact that in some stores, they may still have old

25    packaging.

 1          THE COURT:  Okay.  And apart from that -- that's not

 2   necessarily outside the scope of the trial of the case, but

 3   you're not promoting and using that claim affirmatively and you

 4   haven't been since when?

 5          MS. PAUL:  I believe since February of 2011, Your

 6   Honor.

 7          THE COURT:  Okay.  As a result of the NAD decision?

 8          MS. PAUL:  No, Your Honor, as a result of Playtex's

 9   voluntary compliance with the NAD decision.

10          THE COURT:  And you represent that it was in February

11   of 2011?

12          MS. PAUL:  I believe so, Your Honor.

13          THE COURT:  Pardon me?

14          MS. PAUL:  I believe so, Your Honor.

15          THE COURT:  Okay.  Any other changes in the

16   competition in the marketplace --

17          MS. PAUL:  Since the time --

18          THE COURT:  -- since I --

19          MS. PAUL:  -- of the preliminary --

20          THE COURT:  Yes, since I ruled on the preliminary

21   injunction, and that was in April of 2011, almost exactly a

22   year ago.

23          MS. PAUL:  April of 2011, Your Honor, Munchkin moved

24   to add an amendment to the complaint with respect to what is

25   referred to as the "pink pail," and that claim appeared in the

| | |
|---|---|
| 1 | marketplace in August of 2011 and Your Honor extended the trial |
| 2 | schedule and allowed Munchkin to amend to add that claim. |
| 3 | THE COURT:  Yes.  So the pink pail is now in |
| 4 | controversy, right? |
| 5 | MS. PAUL:  The pink pail is in controversy, Your |
| 6 | Honor.  It was target specific.  It didn't sell very well, but |
| 7 | it is still out there. |
| 8 | THE COURT:  Okay.  So the pink pail is a Playtex |
| 9 | product and on it are claims that are being challenged by |
| 10 | Munchkin; is that correct? |
| 11 | MR. PARRIS:  Yes, sir.  In addition, there's been |
| 12 | some additional changes. |
| 13 | THE COURT:  Additional changes in what? |
| 14 | MR. PARRIS:  In the marketplace in regards to how |
| 15 | they are marketing it. |
| 16 | THE COURT:  Well, I'll welcome you telling me about |
| 17 | those in just a second. |
| 18 | Any other changes that you want to -- |
| 19 | MS. PAUL:  Not that I'm aware of, Your Honor. |
| 20 | THE COURT:  Okay.  And what's the operative language |
| 21 | in the pink pail packaging or promotional materials that |
| 22 | Munchkin is challenging?  What does it say in the second -- |
| 23 | MS. PAUL:  "Number 1" -- |
| 24 | THE COURT:  -- amended complaint? |
| 25 | MS. PAUL:  -- "recommended by first-time moms." |

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Uh?

 2              MS. PAUL:  "Number 1 recommended by first-time moms."

 3              THE COURT:  Okay.  Is that -- my clerk and I devised

 4    a list that tries to keep track of who's claiming what.  Was

 5    that "Number 1 recommended among first-time moms" used for the

 6    first time with the pink pail?

 7              MS. PAUL:  Yes, Your Honor.

 8              THE COURT:  Okay.  Now I understand.

 9              What other changes did you want to tell me about, Mr.

10    Parris?

11              You may be seated.

12              MR. PARRIS:  Yes, Your Honor.  They replaced it on

13    some of their packaging with "Number 1 selling brand.  Ultimate

14    in odor control."

15              THE COURT:  "Number 1 brand for ultimate odor

16    control"?

17              MR. PARRIS:  No.  "Number 1 selling brand.  Ultimate

18    in odor control."

19              THE COURT:  That's on the pink pail packaging?

20              MR. PARRIS:  No, that's on the regular packaging of

21    some of their packaging and in some of their advertisements.

22              THE COURT:  Am I correct -- because this is also a

23    pre-trial conference and not just a ruling on the motions in

24    limine -- that what Munchkin challenges by Playtex's claimed --

25    apart from the "Proven Number 1 in odor control" with those two
```

```
 1   different sub-disclaimers or qualifications, there is the pink

 2   pail assertion that it's "Number 1 recommended among first-time

 3   moms."  Munchkin challenges that.

 4              There is the "Number 1 brand for ultimate odor

 5   control"?  What packaging is that on?

 6              MR. PARRIS:  No, sir.  It's "Number 1 selling brand"

 7   and then "Ultimate in odor control," and that's on a lot of

 8   their packaging.  It's on the current packaging, Your Honor.

 9        (Counsel confer off the record.)

10              THE COURT:  And then, "Voted one of the best baby

11   products 11 times by readers of American Baby."

12              MR. PARRIS:  And we are contesting that also, Your

13   Honor.

14              THE COURT:  And I'll just note that with irresistible

15   humor and chagrin that your challenge to that is that was a

16   mere ten times and not 11 times.  And that's something that you

17   intend to fight about before the jury?

18              MR. PARRIS:  No, sir.  I mean, I don't intend.  I

19   understand that that was part of the pleadings, but the gist of

20   the complaint against that is that the Diaper Genie II has won

21   multiple times.  The Diaper Genie II Elite or the Diaper Genie

22   Elite wasn't even in existence for 11 years.  It's only been in

23   existence for five.

24              THE COURT:  Okay.  And as far as the

25   characterizations that Munchkin uses on its diaper pail, am I
```

1   correct that Playtex challenges "Preferred by moms two-to-one

2   over Diaper Genie II in an independent national in-home study

3   with a hundred moms"?

4           MS. PAUL:  Yes, Your Honor.

5           THE COURT:  Am I also correct that Playtex also

6   challenges the "New Number 1 in odor control.  Proven better at

7   odor control than Diaper Genie II and Diaper Genie II Elite in

8   a lab test"?

9           MS. PAUL:  That's correct, Your Honor.

10          THE COURT:  And am I correct that Playtex challenges

11  in print advertising -- print advertisements Munchkin's claim,

12  "Trust Number 1 when it comes to Number 2," et cetera?

13          MS. PAUL:  When used in conjunction with the new

14  "Number 1" claim that Your Honor referred to previously.

15          THE COURT:  Okay.  Anything else?  That's it?

16          MS. PAUL:  May I just --

17          THE COURT:  That's the universe of --

18          MS. PAUL:  That's the universe of our claims, yes,

19  Your Honor.

20          THE COURT:  I started to say that in two weeks, I'll

21  need to have a proposed odor presented in the form of a

22  stipulation -- a proposed order.

23          You prepare it, counsel for the plaintiff.  You give

24  it to counsel for Playtex in time for them to review and, if

25  necessary, suggest changes in it, and don't squabble about what

1    it says, and present it to me, and that will be your roadmap

2    and mine at the trial for enforcing the following rulings.

3              So then turning to Playtex's motions, there was an

4    initial motion to exclude the report and the testimony of Mark

5    Levine -- or Levine.  I don't know how it's pronounced.

6              How is it pronounced?

7              MR. GARRISON:  Levine, Your Honor.

8              THE COURT:  Levine.  Okay.  Levine.

9              And, in essence, that plaintiff -- I mean, Playtex

10   has argued that it's excludable because it contains legal

11   conclusions that are not for an expert to present to a jury,

12   conclusions or opinions that are irrelevant and new testimony

13   in chief.  Only in part, do I grant that motion.  Most of it I

14   deny.

15             I think that in this case and in others as well,

16   there has been a very regrettable absence of specificity as to

17   precisely what portions and what contents by page, by paragraph

18   number, or otherwise the moving party seeks to exclude.

19             There are portions that we found in the Levine

20   report -- Levine report, for example, paragraph 19, paragraph

21   48, where this man, who happens to be a lawyer -- and I'm not

22   making my ruling on the basis merely that he is a lawyer;

23   that's not at all a factor in the ultimate ruling -- but to the

24   extent that he's purporting to express his views of the law or

25   what the applicable law is or how the law is applied to conform

1   with the law, those are excludable.

2          I'm ordering the parties to stipulate to all of the

3   examples -- paragraph 51 could be another -- in this report

4   that reflect Levine's take on what the applicable legal

5   standards are -- not whether they have been met so much, but

6   what they are -- and any conclusions he drew that as a matter

7   of law Playtex failed to meet its burden or respond to

8   Munchkin's showing.

9          If they can't agree -- if you can't agree -- the two

10  sides can't agree on precisely what portions -- and it's only

11  the portions that contain the legal analyses and rulings -- in

12  the Levine declaration or report are subject to this ruling --

13  and so somebody proffers -- and it would presumably be Munchkin

14  and Playtex objects at trial and it wasn't included in the

15  portions that will be incorporated into this document to be

16  filed in two weeks, I reserve the right, after I issue a ruling

17  in the course of the trial either excluding or striking the

18  elicited opinion, to sanction either side if either side's

19  position was frivolous on the contested issue that surfaced at

20  trial, notwithstanding my effort today to flag these otherwise

21  excludable portions.

22          I also exclude Part 2 of Levine's report, the section

23  that's entitled "The History of Self-regulation."

24          That might be informative for somebody who has an

25  abstract interest in understanding what the NAD is and how it

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    came about, where it fits in with the Better Business Bureau

2    framework, but it isn't evidence that could be or should be

3    admissible at the trial.

4           If Levine when he testifies has occasion to refer to

5    his stint at the NAD, that would be admissible.  That's part of

6    the background array of qualifications he's entitled to provide

7    as foundation for otherwise admissible testimony.

8           I deny the motion to the extent it challenges

9    Levine's report as being new or testimony-in-chief and not

10   within the scope of rebuttal testimony.  That's not the case.

11          I think that a good part, if not the main thrust of

12   Levine's report does attempt to explain why Playtex's preferred

13   form of testing, the sensory testing involving a panel of smell

14   testers, is a flawed way and an inadequate way to justify its

15   representations.  So to the extent that the motion was based on

16   it not being permissible as rebuttal testimony, I deny it.

17          Turning to the motion that was numbered Number 1 --

18   and I don't know why there wasn't a consecutive numbering

19   system that Playtex used, but in any event, we turn to John

20   Hekman, the damages expert.  And I grant the motion that

21   Playtex made to exclude part of Hekman's damages testimony and

22   deny it in part.

23          I should tell you now, although we will have occasion

24   to get back to this later when we turn to the pre-trial

25   conference, that this case will be bifurcated.

1          There will be a damages phase, and depending on the

2     jury's outcome -- which I will say, parenthetically, if there

3     is any one -- this is just speculation, I grant you that, but

4     if there is any one more probable outcome than any other, the

5     jury is going to deny both sides' claims.  The jury is going to

6     say, "You've got to be kidding" -- I will explain why I

7     predicted that's going to be the outcome -- and the jury is

8     going to let the fight continue in the marketplace with a

9     likely conclusion that it doesn't belong in a courtroom, but

10    we'll see.  Maybe I'm flatly wrong.

11         In any event, there will be a bifurcated trial, and

12    if I'm right about what I think is likely, there may not be a

13    Phase 2 anyway, so Hekman may not need to testify in the first

14    place.  But the methodology that he used in one respect is

15    reliable, but in the second respect, it's not.

16         He concluded -- I guess it's counter-intuitive --

17    that Munchkin's claim that it was "The new Number 1 in odor

18    control" actually resulted in an increase in Playtex's sales

19    because the market was expanding.

20         And I think that the testimony that he intends to

21    present or that Munchkin intends to elicit in this regard is

22    sufficient -- and, you know, sometimes it's very hard for me to

23    keep track because of the plaintiff/counter-defendant and the

24    defendant/counter-plaintiff array of references here.

25         I think his calculations relating to the effect of

1    Playtex's advertising on Munchkin are not reliable, and so

2    those are the parts that will be excluded.  I'll explain why in

3    just a minute.

4            The testimony that Hekman is prepared to offer

5    apparently relating to the effect of Munchkin's claims on

6    Playtex, the methodology is consistent with standard principles

7    of a multiple-regression model, and I find that they're

8    sufficiently reliable to meet the requirements under Daubert

9    and 702.

10           And to the extent that they are subject to severe

11   questioning or attack, Playtex will have that opportunity to do

12   so because its challenges to that portion of Hekman's testimony

13   really go more to the weight than to the admissibility;

14   however, the testimony that Hekman was prepared to offer about

15   Playtex's claim on Munchkin -- and when I say "claim," I mean

16   its advertisements and its representations, et cetera -- and I

17   hope the parties will know that throughout this afternoon's

18   proceeding, the gatekeeper function that I am entitled to and

19   required to provide prompts me to conclude that Hekman's

20   opinion as to this aspect is really based on speculation that's

21   so overt that it can't be the basis for admissible testimony.

22           Playtex's claims were on the market before Munchkin's

23   product was ever sold.  In 2011, after -- I think it was in

24   2011 that Munchkin hit the market, Hekman assumed that because

25   its sales increased -- not after it hit the market, but after

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  these advertisements became part of its packaging and its

2  promotional material, Hekman finds that the sales increased by

3  16.77 percent.

4          And then he assumes, for reasons that I don't find to

5  be either clear or persuasive, that when Playtex introduced its

6  claim of superiority, its own sales were boosted by that

7  precise amount, but to do that ignores the very different and

8  lacking in balance, absence of symmetry between Playtex's

9  market share and Munchkin's market share.

10          So as I construe what Hekman was doing, the

11  assumptions were that the effect of Munchkin's 2011 claim on

12  Munchkin's 2011 sales was a certain percentage, and that was

13  equivalent to the effect of Playtex's 2010 claim on Playtex's

14  2010 sales.

15          The next step in his analysis was that Playtex's 2010

16  claim and its effect on Playtex's sales in dollars equaled the

17  effect of Playtex's 2010 claim on Munchkin, and there is a

18  logical gap in that conclusion, in that sequence.

19          I don't understand the basis for those assumptions

20  that he's drawn.  The formula that he applied clearly

21  overestimates any lost sales by Munchkin.

22          The bottom line is if Munchkin's advertising

23  increased Playtex's sales, why is it necessarily logical to

24  assume that Playtex's advertising decreased Munchkin sales?  It

25  doesn't necessarily follow, but that's the assumption built

1   into Hekman's report.

2          And even if there was a connection there, why would

3   it be logical to assume that Playtex's advertising decreased

4   Munchkin's sales by the exact same percentage that Playtex's

5   advertising increased its own sales?

6          So part of what Hekman is prepared to testify to in

7   Phase 2, if we get there, is admissible and part of it is not.

8          Now I turn to Playtex's second -- we'll say it's

9   Motion Number 2, although this is the third one I'm dealing

10  with, and that has to do with whether or not the National

11  Advertising Division, the NAD, decision is admissible, and I

12  find that it is not.  I grant Playtex's motion.

13         It could be, if there is a Phase 2 relating to

14  damages, possibly admissible to show, especially to the extent

15  that sufficient efforts to remove violative products were not

16  undertaken to show a degree of intent on Playtex's part,

17  although that could also have been admissible in Phase 1 to

18  show actual confusion if a willful intent is otherwise

19  established, but the probative value of the NAD decision is

20  greatly outweighed by its prejudicial impact, so I grant that

21  motion.

22         Now I turn to the next one, the pattern and practice

23  of false advertising.

24         Here the parties really didn't help the Court at all.

25  I don't know what this is supposed to be about.

```
 1          This motion is so general and the opposition that

 2  Munchkin filed to it is so imprecise and unclear, I don't know

 3  what Munchkin thinks or intends to do about establishing a

 4  pattern and practice of false advertising.  I don't know with

 5  specific details what Playtex wants to preclude.

 6          Now, here, I'll stop.

 7          You brought the motion.  What are you -- what

 8  specifically -- a motion in limine really should be as specific

 9  and precise and concrete as possible, because once the Court

10  rules on it, that's the Court ruling and it could entail all

11  kinds of later repercussions, possibly at worst -- and I'm not

12  anticipating this and, of course, not inviting it -- contempt

13  proceedings.

14          So what are you asking be precluded?

15          MS. PAUL:  Your Honor, since the time we submitted

16  the in limine motion, you've received a memo of fact and

17  contentions from Munchkin that talks about Playtex's defective

18  products.  We believe that the Court should exclude evidence

19  which talks about so-called defects in the product.

20          THE COURT:  Now, you just said something I think that

21  I have to respond to.

22          MS. PAUL:  Sorry, Your Honor.

23          THE COURT:  You said I should look at the memo of

24  fact and contentions which was filed after the motions in

25  limine, right?
```

```
 1              MS. PAUL:  Your Honor, I didn't say that you should

 2     look at it or you should have looked at it.  You've asked me

 3     for specifics.  I'm saying that that is a specific that I

 4     learned subsequent to -- we feared, based on what Mr. Dunn

 5     testified at his deposition, what has proved to be the fact

 6     here.

 7              They are talking about defective products.  They

 8     identified seven patents yesterday that they want to add to

 9     their exhibit list.

10              THE COURT:  Are you talking about something that

11     happened yesterday?

12              MS. PAUL:  About tampons, Your Honor.  Your Honor,

13     Munchkin intends to make this case into anything other than a

14     false advertising case, and it is going to try to make your

15     courtroom into a circus.

16              What Munchkin intends to do here, based on what we

17     heard in the depositions, which was the premises for the in

18     limine motion, and what has evolved since that time, is

19     Munchkin intends to put a bevy of other claims about other

20     products.

21              THE COURT:  Okay.  But, you know, I am afraid that

22     you are beginning to sound like the same kind of --

23              MS. PAUL:  Invective?

24              THE COURT:  -- histrionic, vague, finger-pointing

25     accusations.  You may have a basis that you learned about.  I
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    think you said something about happening yesterday?

 2              MS. PAUL:  Yesterday we got -- sorry, Judge.

 3              THE COURT:  Okay.  But I didn't get something

 4    yesterday.

 5              MS. PAUL:  I understand that, but --

 6              THE COURT:  I have a motion to rule on.  If you look

 7    at the papers that were submitted on your motion, what can I

 8    rule on?

 9              MS. PAUL:  Your Honor, you could rule on the basis of

10    what was submitted to you that Mr. Dunn should not be permitted

11    to testify, as he did at his deposition, about multiple other

12    so-called claims that he alleges Playtex has made that are

13    false, that -- based on the evidence that was in the record at

14    the time of that motion, we believed that he -- he had tried --

15    Munchkin had tried to consolidate the sippy cup case and Your

16    Honor denied that, but I'm simply --

17              THE COURT:  But just tell me this.  Where in your

18    motion papers is there something that you want done who was not

19    the subject by name of any particular motion here to be

20    precluded from testifying?

21              MS. PAUL:  Your Honor, in our motion papers, we did

22    identify the specific excerpts from Mr. Dunn's deposition

23    during which he detailed all of the alleged wrongdoing by

24    Playtex.

25              And, if I may, Your Honor, I am not saying that the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   additional materials that I mentioned with regard to tampons

 2   and defective products and venting are in the papers before the

 3   Court.  I acknowledge that they are not, but I am advising the

 4   Court that since the time those papers were submitted, what we

 5   feared and the reason that we brought that motion has proved

 6   true.

 7            THE COURT:  All right.  Well, are you intending --

 8   beyond what is already before me, which some people would think

 9   is at least as amusing as a circus, are you intending to

10   introduce any of that kind of evidence that Ms. Paul referred

11   to, Mr. --

12            Who -- I don't know who to turn to.

13            I'm turning to you unless you say, "I don't know.

14   Please let somebody else."  I don't want more than one lawyer

15   rising, please.

16            MR. PARRIS:  Oh, was somebody rising?

17            THE COURT:  Yes.

18            MR. PARRIS:  I'm sorry.  My back was to them.

19            THE COURT:  Now, go ahead, Mr. Parris.

20            MR. PARRIS:  Well, first of all, I don't plan to have

21   a circus.  I've got six days.  I'm not going to waste any of

22   it, you know, putting on a dog and pony show, if that's what

23   counsel's concern is.

24            As to the tampon issue, one of the issues in this

25   case is whether or not ammonia is a suitable substance to test
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1   for malodor.  It is Playtex's contention that it is not, that

2   it's not suitable --

3           THE COURT:  I fully understand that.

4           MR. PARRIS:  -- for urine.

5           The fact is is that that is what they use in testing

6   for urine odor and tampon testing.  It's as much of an issue in

7   the tampon testing as it is in the diaper testing.

8           THE COURT:  This motion is supposedly about a pattern

9   and practice of false advertising.  Okay?  If you're telling

10  me, "Judge, all that might surface at the trial that has

11  something to do with tampons is to show that Playtex itself

12  uses ammonia as the primary basis to determine the presence or

13  absence of odors in one of its products," that could be

14  relevant, that could be probative, but that's not what I

15  understand this motion to be directed at.

16          MR. PARRIS:  Your Honor, as I stand here at the

17  moment, I have no intention of going into other areas that

18  would not be relevant to the subject before the Court.  And,

19  you're right, as to the generalities set forth in that motion,

20  it's difficult for me to respond specifically.

21          THE COURT:  Okay.  I think I've heard enough.  Thank

22  you, Mr. Parris.

23          MS. PAUL:  Your Honor, may I --

24          THE COURT:  No, I don't think I need to hear more.

25          I'm denying the motion.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          The basis to exclude evidence was not sufficiently

2     established in the motion papers.  That's without prejudice to

3     Playtex interposing or posing an objection to a particular line

4     of inquiry or form of evidence at trial if it exceeds the scope

5     of what is otherwise relevant and probative.

6          If the lawyers have a practical and focused

7     understanding of what the case is about and what it means to

8     present a case like this before a jury, I don't think there's

9     likely to be too many frolics and detours because I assume that

10    the lawyers are experienced and sensible, but if there are,

11    you'll have the right to say, "Tampons, forget it," and I'll

12    make a ruling.

13         Now I turn to the next motion that Playtex made to

14    preclude evidence of its own internal testing.  And, you know,

15    one way of my trying to keep track of what is -- it's not a

16    very clear set of differences among these two companies and

17    their claims to superiority, and I better mention this now to

18    see whether I got it straight.

19         When you cut through all of it, it looks to me like

20    Munchkin bases a lot of its advertisements and claims on the

21    sufficiency and, indeed, the superiority of testing for odors

22    through determining the parts per million of ammonia and

23    particularly when that's done in a lab.

24         Did I get it straight as to Munchkin?  That's the

25    crux of your position, right?

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. PARRIS:  That's the crux of our claim.

 2              THE COURT:  Yes.

 3              MR. PARRIS:  Yes.

 4              THE COURT:  And the crux of your claim -- your

 5    clients' claim, Ms. Paul, is that sensory testing involving a

 6    panel or multiple panels of smell testers trying to detect the

 7    presence or absence -- or the degree of presence or absence of

 8    a malodor compound is a sufficient and, indeed, superior way?

 9              Is that the crux of it?

10              MS. PAUL:  Yes, Your Honor.

11              THE COURT:  Okay.  So now Munchkin wants to introduce

12    evidence that is designed to show and that Munchkin claims will

13    show that some of the internal tests that Playtex itself

14    conducted placed into question for Playtex itself the

15    sufficiency of sensory testing, and that some of these tests

16    are so similar to what Playtex is relying on for the diaper

17    pail product that they place into question and are a sufficient

18    basis for a jury to consider not only the accuracy, but the

19    degree of good faith or absence of good faith that Playtex

20    maintained and displayed in its various materials.

21              I find that Munchkin's basis for gearing up to

22    introduce that evidence is sufficient and I deny Playtex's

23    motion, but I'm limiting -- because we will have time limits on

24    this case, and in any respect and at all times any trial judge

25    has the right to preclude parties from piling on in such a way
```

1    that the evidence is cumulative and that probative value

2    greatly outweighed by the consumption of time and the

3    confusion, not to speak of the boredom that it would entail,

4    I'm limiting Munchkin to not more than three tests.

5         I don't care if they had a hundred examples of

6    internal testing from Playtex that supported under its theory

7    Munchkin's position, it can't put on evidence of more than

8    three tests.  And by not later than Monday of next week, it has

9    to specify to Playtex which three tests.

10        Next I move to the motion to preclude Kamins, who is

11   a so-called rebuttal witness on survey evidence, from

12   testifying, and this is a little tricky and complicated.

13        We're not talking about the survey that Playtex

14   conducted.  We're talking about a survey that Kamins conducted

15   to test whether plaintiff's survey introduced bias into the

16   respondent panel.  And the parties are familiar with the subtle

17   distinctions between the question that was incorporated to

18   Playtex's survey and the two choices, the difference between

19   the "Best diaper pail" phrase in the question and the "Best

20   diaper pail on the market" phrase in the answers.

21        Kamins believes that the phrase "Best diaper pail on

22   the market," incorporated maybe surreptitiously into the

23   answers, biased the respondents to think about whether the

24   diaper pail was best with respect to real world conditions

25   rather than whether it was best with respect to laboratory

1    tests.

2         So if there was a bias and it resulted from this

3    difference in the phrasing of the answer, then Kamins would

4    like to shoot down Simonson's results and conclusions.

5         Did I get it straight?  Isn't that what it boils down

6    to?

7         MR. PARRIS:  (No audible response.)

8         THE COURT:  Okay.  Munchkin's lawyers are confirming

9    that the crux of what Kamins is all about is designed to do

10   just that.

11        Your challenge to Kamins was based upon it being

12   irrelevant.  That's facially absurd.  I overrule and deny the

13   motion to the extent it's based on that, but on the issue of

14   reliability, I grant it.

15        And there were five arguments that Playtex

16   incorporated into its motion papers, and I don't think that

17   Munchkin directly responded to the specifics of those five

18   different challenges to Kamins, but instead kind of pointed in

19   generic fashion to the admissibility of omnibus surveys, which

20   is not an issue.  And the Waterpik case is not really very

21   relevant.

22        The bottom line is that the strongest points that

23   Playtex has made is that Kamins didn't know how the omnibus

24   survey that he was relying on to shoot down the Simonson

25   questionnaire and survey -- he didn't know how it was

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    administered.  There was some survey.  It was done.  He relied

2    on it.  He didn't know how the panel was selected.  He didn't

3    know what the statistical technique was that was used to weigh

4    the survey and provide weight to it.

5           He didn't know what other questions besides the ones

6    that I've tried to paraphrase and account for were submitted to

7    the panel.  He didn't include a control group that really would

8    have been necessary in any appropriate comparative test to

9    determine what meaning was attached either to "Best diaper

10   pail" or "Best diaper pail on the market."

11          For the reasons that Playtex has set forth, I think

12   that the conclusions that Kamins drew were unreliable and I

13   grant the motion to exclude his testimony.

14          Now I turn to Number 6 that Playtex filed.

15          MR. GARRISON:  I'm sorry to interrupt.  I just want

16   to be sure that we're clear as we prepare the report that the

17   omnibus study was only one small part of Mr. Kamins' overall

18   testimony, and I just want to be clear the order is solely

19   directed towards he can't introduce any of the evidence from

20   the omnibus --

21          THE COURT:  Or rely upon it.

22          MR. GARRISON:  Correct, but the rest of it stands?

23          THE COURT:  Yes.

24          MR. GARRISON:  Okay.  Thank you.

25          THE COURT:  Number 6 that Playtex filed was to

```
 1   exclude any argument about how customers perceived the claims

 2   at issue, and that is essentially whether or not that --

 3   whether or not Munchkin could pursue a theory other than

 4   literal facial falsity.  I deny that motion.  It's very close

 5   to a summary judgment motion that was disguised in conflict

 6   with my case management order.

 7          It could well be that Munchkin doesn't have any

 8   admissibility evidence to pursue any theory other than literal

 9   falsity, but that would be a question of determining the

10   adequacy of the evidence at trial, not precluding it from

11   having the right to try.

12          The theories incorporated into the complaint permit

13   Munchkin to pursue theories which are very closely related,

14   although I recognize they're different, besides those dependent

15   upon a literal facial falsity, so I deny that motion.

16          Now I turn to the expert testimony of Heber, which is

17   the final motion that the defendants made, and this is

18   something that was really vexing.

19          The portion of the Heber testimony that I looked at

20   was in the papers that Playtex filed.  None of the Heber --

21   none of the pages in the Heber report was numbered.

22          If they were numbered at the very top in the

23   center -- and I don't even think they were -- then you wouldn't

24   be able to see them anyway because of the appearance of blue

25   backing.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          They were not consecutively numbered.  They were not

2    Bates-page numbered.  They were not numbered on his report.

3          You're expecting a Court, which has a lot on its

4    plate, to find something.  And what was it that was precisely

5    the subject of a motion to exclude his testimony?  Basically

6    you're saying he isn't qualified to opine on something that has

7    to do with statistical analysis, with psychophysics, with

8    sensory scaling.  I'm very familiar with what Heber's

9    qualifications are.

10         I have made a little chart for myself about the

11   credentials and qualifications of the various experts.  He's a

12   professor in agricultural and biological engineering at Purdue.

13   His primary research area involves the assessment of odor and

14   air quality.

15         I found one example of something that you seem to be

16   pointing to, which was on a page that isn't numbered.

17         Kuru, are you there?

18         Read -- find the page that I tabbed, and for the

19   record read aloud, "After 120 minutes of sitting in sealed..."

20   et cetera, and read it into the record.

21         MR. OLASA:  So this is from Exhibit JJ to the Lance

22   Koonce and Carla A. Veltman declaration, Exhibits AA through

23   NN.

24         THE COURT:  Speak loudly please, Kuru.

25         MR. OLASA:  Okay.  So the sentence begins:

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          *"After 120 minutes of sitting in the sealed rooms,*

2          *the ammonia concentrations reached .55, just over 1,*

3          *and over 2 ppm for the MK, DG2 and DG2E pails,*

4          *respectively, and the MK pail was statistically*

5          *significantly less than the DG2 pail."*

6          THE COURT:  Okay.  Now, whatever that means -- and no

7    jury will ever figure it out even in context -- it's not

8    something that he lacks the ability to testify about, and

9    that's the only thing that I could find that was specific, so I

10   deny the motion as to Heber.

11          And that completes my rulings on the defendants'

12   motions.

13          Now I'm going to turn to the plaintiff's motionS and

14   then we will go to the pre-trial conference.

15          Okay.  Turning to plaintiff's Motion Number 1 having

16   to do with the testimony of Dr. Chambers about sensory tests, I

17   really struggled with this one because it wasn't clear to me

18   what the relationship was between these various four steps that

19   Chambers incorporated into his research or study in his report.

20          The fundamental challenge that Munchkin makes to

21   Chambers is that the entire, rather amusing test that he

22   devised is so artificial and so divorced from real world

23   conduct of parents and others who use these diaper pails that

24   it lacks any reliability, and I think that's true as to step

25   four, and so I am not going to permit Chambers to testify as to

1  step four.

2  The juggling around of the diaper pails that was part

3  of his step four test with the tester merely opening the pail,

4  moving the bag back and forth three times doesn't come even

5  remotely close to simulating the removal step that's actually

6  used in the pail.

7  And Chambers admitted in his deposition that he

8  couldn't say with any reliability that his step four matched up

9  with the real world experience of changing the bag and that it

10  was entirely possible that the Munchkin product was superior to

11  the Playtex product at that stage.  So test four is out and I'm

12  not going to permit Chambers to testify about that.

13  That left me with wondering what's left of steps one

14  through three.  Can they exist as an independent bases for at

15  least portions of Chambers' testimony?  Were they sufficiently

16  probative as stand-alone items to allow for them to be

17  proffered as evidence in the trial?

18  And the conclusion about the degree of malodor

19  intensity that was explicitly incorporated into the step four

20  approach and the step four findings, apparently, as far as I

21  could figure out, was also drawn in steps one through three, so

22  I think that those can come in, but I'll in this respect

23  entertain limited clarification and argument from the lawyer.

24  So even if I grant your motion -- and I will -- as to

25  step four, that's going to be out.

```
 1          Why am I required to do so when there's not such a
 2   divergence in steps one through three?
 3          MR. GARRISON:  Okay.
 4          THE COURT:  Okay.  Mr. Garrison is going to answer
 5   that.
 6          MR. GARRISON:  Well, Your Honor, I guess with respect
 7   to -- and I'm going to -- I'm hoping I am getting the right
 8   step.  With respect to two and three -- so two would be when
 9   the --
10          THE COURT:  Somebody enters the room is step one.
11          Step two, somebody opens the diaper pail, simulates
12   the insertion of a diaper.
13          Step three is somebody closes the lid.
14          Step two and three are so closely related that it's
15   hard to really accept that they're separate steps, but for
16   purposes of this motion, I have to.
17          Now address it.
18          MR. GARRISON:  So with respect to two and three, the
19   issue being the manner of insertion -- you know, the diaper --
20   that the test subjects took the diaper and not just placed --
21   if you look at the Munchkin pail, there is a twisting mechanism
22   in there that's designed to, you know, help the odor-control
23   process, and instead of just pushing the diaper through
24   that twisting mechanism, the subjects were told to stick their
25   whole hand through there up to their elbow, so this opens up
```

```
 1    much more than would normally be done (indicating).

 2              THE COURT:  So there's greater escape.

 3              MR. GARRISON:  So greater escape and so that affects

 4    the two and the three.

 5              As you said, they are kind of inextricably

 6    intertwined, so to speak, and so it's that process.  Again --

 7    and then they pull the diaper back out, and so that whole part

 8    of that -- again, just like with the switching around on step

 9    four, nobody does it that way.  It's -- why would you test it

10    in a manner that is inconsistent with real world use?  And so

11    that's the issue with respect to two and three.

12              I think if you back up to one, the issue only then

13    becomes the context, and without the rest of it --

14              THE COURT:  Step one is probative of almost nothing.

15    Somebody entering the room before --

16              MR. GARRISON:  Yes, Your Honor.  And the idea that,

17    you know, the room is this test kitchen.  It's not a nursery.

18    It's not -- you know, and all -- that's when all the other

19    factors come in about the environmental issues that we've

20    raised in the motions.

21              THE COURT:  Okay.  Who is going to respond to Mr.

22    Garrison?

23              Okay.  Your name is Mr. Koonce?

24              MR. KOONCE:  Yes.

25              THE COURT:  Go ahead.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1        MR. KOONCE:  There's no evidence in the case

2    whatsoever that the use of a simulation of putting the diaper

3    into the pail at step two somehow doesn't replicate real life.

4    There are limitations to any test in terms of, you know --

5        THE COURT:  You say there is no evidence at all?

6    What about the product itself and the instructions on the

7    product itself, which I've looked at?

8        MR. KOONCE:  The instructions on the product itself,

9    if I may, Your Honor, tell a consumer to take a diaper, to put

10   it in the pail and then to let it -- to let it go, and so the

11   only difference between the stage that was tested by Dr.

12   Chambers was that the person drew the empty diaper back out;

13   otherwise, given the methodology of his test, it would have

14   ended up with multiple malodor-soaked diapers in the pail

15   during the testing.

16       THE COURT:  Wait a minute.  Back up and explain this

17   again because I don't think I'm following you.

18       MR. KOONCE:  Okay.  In real-life consumer use, a

19   consumer takes a dirty diaper, they put it into a pail exactly

20   the way they did in the Chambers test, and then instead of

21   pulling the diaper back out, they leave it in the pail.

22       What Dr. Chambers' testing did was he took a diaper

23   with no malodor in it, because he was using multiple sets of

24   panelists, and they put the diaper in the pail and instead

25   of leaving it there, they pulled it out because otherwise he

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    would have been filling the pail with empty diapers.

2            And so that was the rationale for doing it that way

3    and it would have been a much different test.  I mean, that's

4    also the rationale for not changing the bag by cutting the bag

5    or pushing the bag through is that if you had done that, it's a

6    destructive test.  It destroys the replication you're using and

7    you have to do many, many more replications because you have

8    multiple panelists.

9            And the other thing I would just add is that the

10   testing that Munchkin did on ammonia followed many of these

11   phases as well so they differ only in that -- in the McGinley

12   testing that they did, they cut the bag.

13           THE COURT:  I am -- McGinley is not one of the

14   experts who was the subject of a motion.

15           MR. KOONCE:  Correct.

16           THE COURT:  He's a Munchkin expert on --

17           MR. KOONCE:  That's correct.

18           THE COURT:  And what's the point you are trying to

19   make about him?

20           MR. KOONCE:  My only point is the ammonia testing

21   they've done -- you had stated that the phases did not

22   necessarily follow what consumers do, and I think both parties

23   have -- at different points in times have designed tests that

24   attempted to test what happens when you enter a room, what

25   happens when you put a diaper in, what happens when the diapers

```
 1   are in and it's closed, and then when you change the pail.

 2            THE COURT:  Suppose I took the time -- and I doubt I

 3   will -- to have the parties remove these products and give me a

 4   visual demonstration.  How long would that take?

 5            MR. PARRIS:  Five minutes.

 6            THE COURT:  Okay.  So who will pretend to be

 7   Chambers?

 8            MR. KOONCE:  I guess that should be me.

 9            THE COURT:  All right.  Get out the equipment and

10   show me -- because I want to make sure I understand this.  I

11   don't think I follow you.

12            MR. GARRISON:  All right.  Are we -- just so I'm

13   clear, we're talking about steps two and three now?

14            THE COURT:  Yes.

15            MR. GARRISON:  Okay.

16            MR. KOONCE:  What I don't have, Your Honor, is a

17   diaper, and actually that's the only difference, so it's going

18   to be a little difficult to show.

19            THE COURT:  Mr. Koonce, do it at your counsel table

20   so I can see what you're doing.

21            That's a DG II Elite that you have there, right?

22            MR. KOONCE:  This is a DG II Elite (indicating).

23       (Demonstration.)

24            MR. PARRIS:  We had a pail-off.

25            THE COURT:  Pardon me?
```

```
 1              MR. PARRIS:  We had a pail-off.

 2              THE COURT:  Right.

 3              MR. KOONCE:  I don't know what the size of the diaper

 4     would be.

 5              THE COURT:  Let me make something clear.  Did

 6     Chambers do the same test on both products?

 7              MR. KOONCE:  Yes, Your Honor.  They function slightly

 8     differently, so there is a slight difference in the way

 9     they're -- that they're handled.  I think that's true for all

10     the testing, whoever did it.

11              THE COURT:  And go ahead.  Show me what he did.

12              MR. KOONCE:  So this would be normally on the floor.

13              So you would operate the foot pedal with your foot

14     (indicating).

15              Regular use would insert the diaper into the pail,

16     let go (indicating).

17              This closes, and then it drops down (indicating).

18              For Dr. Chambers' test, instead he would have opened

19     the foot pedal, put the diaper in (indicating).

20              There is a clamp that I can maybe show you but I

21     don't think you can see very easily.  So the clamp -- when the

22     foot pedal is depressed, the clamp --

23              THE COURT:  I'm looking at the packaging material,

24     so --

25              MR. KOONCE:  When he would have done that, he would
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    put the diaper in, move the clamp enough to open the seal, if

2    it's not open, and then take it back out because this would

3    have been a diaper with no malodor in it, and that's how he

4    would have done it (indicating).

5           And I can show you on the Munchkin pail.  It would

6    have been similar except that they have a twisting mechanism,

7    so you push through the -- the real question -- the real issue

8    is that all of these pails have a clamp, and they're different

9    clamping mechanisms, but a pail is essentially just a

10   proprietary film that runs down into the pail.  Theirs is

11   separate.  It's a bag.  Ours is a film that you tie off

12   (indicating).

13          And they all go through a clamp (indicating).

14          And the clamp, if it's working correctly for all

15   pails, they -- it comes together, and that's what keeps the

16   bulk of the malodor from coming out of the pail (indicating).

17          So the point of this test would be to simulate home

18   use such that you break -- so that you -- so the clamp seal is

19   broken so that if there is going to be a release of odor,

20   that's when it would happen.

21          THE COURT:  All right.  You show me what you think

22   Chambers did on Munchkin's product.

23          MR. GARRISON:  Okay.  So this is Munchkin's, and the

24   bag is normally in here (indicating).

25          I'm going to take it out just so you can see the

1    clamping mechanism a little better because I think that really

2    gets to the heart of the matter (indicating).

3            So there's this twisting clamping mechanism.  And so

4    in normal use, you've got your bag in there.  And what you do

5    is you just take your diaper and -- you know, you just push it

6    through just enough so that it drops through, the idea being

7    the clamp stays tight around the diaper and it doesn't allow

8    the odor to escape (indicating).

9            Instead, what Chambers had his subjects do was go and

10   put their -- all the way to their wrist (indicating).

11           Now, I don't know -- I mean, in real world usage, I

12   don't think anybody in sticking their hand that far down into

13   their pail.  And not only that -- so that breaks the use.

14           And then he has them come back up with diaper in hand

15   drawing all this air, the air (indicating) -- the idea, of

16   course, between both of these products is the mechanisms --

17   they each have different mechanisms, but it traps the air down

18   in the bag.  That's how it controls odor.

19           He's having them pull this thing back up out and

20   drawing all this dirty air from inside the Munchkin bag up

21   through the clamp, back out into this head space where the

22   consumers are sniffing (indicating), as opposed to the Playtex

23   product where -- and it helps if you can see in here, they have

24   a different mechanism (indicating).  Okay?

25           So there's a diaper down there.  There's a mechanism

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    there.  You drop it -- they would drop it right in there, set

2    it, and then bring it out (indicating).

3            Well, the release of odor in the Playtex one is

4    during -- you know, during this part.  Well, they're not --

5            THE COURT:  I see the clamp opening and closing.

6            MR. GARRISON:  Yeah, but they're not getting that

7    with the -- they're not pushing this diaper all the way in

8    through the clamping mechanism on Playtex's.  They're only

9    doing it on Munchkin's.

10           And they're not drawing it back out from the bag out

11   into the plain air on the Playtex one, they're only doing it on

12   Munchkin's.  So they're drawing the dirty air out of the

13   Munchkin one, they're not doing it on the Playtex one.

14           THE COURT:  Mr. Garrison, does your team expect that

15   there will be demonstratives with this actual equipment at the

16   trial?

17           MR. GARRISON:  Certainly, Your Honor.

18           THE COURT:  And so if you want to expose Chambers to

19   having devised a very skewed test, you could demonstrate to the

20   jury just what you've tried to demonstrate to me, right?

21           MR. GARRISON:  Sure.  Absolutely.

22           THE COURT:  And it really goes to the weight of how

23   persuasive or lacking of persuasiveness his test is.  It's not

24   the same kind of defect as step four, so I'm not going to

25   exclude steps two and three.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              I get the point.  It may be a very strong point.

 2   That's something a jury needs to resolve, so that's my ruling

 3   on Chambers.

 4              Thank you, counsel.

 5              Now let's go to the next motion that Munchkin made --

 6   this is a peculiar motion -- that Playtex should not be

 7   permitted to suggest there was anything improper about how

 8   Munchkin obtained -- or the fact that Munchkin obtained the

 9   malodor product.

10              I don't even know from the papers what was supposedly

11   improper, but I'm not going to permit Playtex to try to

12   establish that anything was improper about the fact or even the

13   means by which Munchkin wound up possessing the same malodor

14   product that Playtex had been using or had obtained.

15              I don't see any basis for supposing or finding that

16   there's some kind of impropriety, trade secret theft or

17   anything else.  And to the extent that Playtex can then link

18   the fact that Munchkin obtained such a product that was similar

19   to Playtex's product as evidence of Munchkin's absence of

20   belief in its own -- and the adequacy of its own approach and

21   of the ammonia-based testing, that would depend upon a fact

22   that I don't think the parties told me about.

23              When did Munchkin obtain this malodor product?

24   Before or after this lawsuit was filed?

25              MS. PAUL:  Before, Your Honor, in connection with the
```

```
 1   sensory testing that Munchkin conducted prior to the lawsuit.

 2              THE COURT:  Is that in your papers?

 3              MS. PAUL:  I don't remember, Your Honor.  I believe

 4   so.

 5              THE COURT:  Do you concede it's before?

 6              MR. GARRISON:  Yes, Your Honor.

 7              THE COURT:  And just the fact that they obtained it

 8   you think is sufficient to prove what?

 9              MS. PAUL:  Your Honor, we're not arguing that there

10   is a theft of trade secrets.  As I understand their motion,

11   their motion wanted to preclude us from anything having to do

12   with the malodor, and our position -- and we flatly said --

13              THE COURT:  I don't think that's --

14              MS. PAUL:  Well, that's what I want to be sure of,

15   Your Honor, because the malodor that Micro Analytics prepared

16   for Playtex and the malodor that Micro Analytics prepared for

17   Munchkin are directly relevant in the case.

18              THE COURT:  But if your supposition -- I have to

19   interrupt you, it's getting late.  If your supposition is that

20   they're trying to keep out any evidence of Playtex's use of the

21   malodor and that's not right, and in order to prevent that, you

22   should be allowed to prove that they obtained the malodor, the

23   supposition is absent, the premise is misplaced.

24              I don't construe anything that Munchkin has been

25   asserting or could in a sensible way assert to prohibit
```

1     introduction of evidence relating to the malodor reliance and

2     approach of Playtex.  Am I right about that?

3            MS. PAUL:  If that's the case, Your Honor, then we

4     don't have an issue.

5            THE COURT:  Yeah, you don't have an issue and I grant

6     the motion in its entirety.

7            Next is the motion to -- this is motion Number 3, I

8     guess -- to exclude reliance or reference to Sensory Spectrum

9     test results.

10           Okay.  So when did Playtex first disclose to Munchkin

11     any information about Sensory Spectrum's test?

12           MS. PAUL:  Your Honor, in the NAD proceedings prior

13     to the institution of this lawsuit, Munchkin knew that Sensory

14     Spectrum had conducted the testing underlying the "Playtex

15     proven Number 1" claim.

16           THE COURT:  You say they knew.  That's a conclusion.

17     What basis before me or as an officer of the court can you

18     point to that shows that Playtex had disclosed Sensory

19     Spectrum's tests?

20           MS. PAUL:  Your Honor, the NAD evidence is not before

21     the Court because it's not permitted to be before the Court;

22     however, we -- moving forward to the time the lawsuit was

23     filed, Munchkin clearly knew that Sensory Spectrum had

24     conducted the underlying testing because they served a subpoena

25     for results of that testing on Munchkin in August of 2011.

```
 1              They also alleged in their -- actually, that's not

 2    true.  I withdraw that.  But they served that subpoena in

 3    August of 2011 on Sensory Spectrum seeking to obtain all of

 4    the -- God bless you, Your Honor -- seeking to obtain all of

 5    the testing documents which Sensory Spectrum had done for

 6    Playtex for the "Proven Number 1" claim.

 7              THE COURT:  Here's my ruling.  Playtex can't use the

 8    Sensory Spectrum report to prove the truth of and the

 9    reliability of Sensory Spectrum's tests.  We're not --

10              MS. PAUL:  Your Honor --

11              THE COURT:  Let me finish.

12              MS. PAUL:  Sorry.

13              THE COURT:  That would constitute hearsay, and the

14    line I'm about to be trying to enumerate is awfully thin but

15    it's a line that the Rules of Evidence warrant, so it can't be

16    introduced for the truth of it.

17              To the extent that independent of a witness from

18    Sensory Spectrum -- and there will be no such witness --

19    Playtex has witnesses who can testify to the fact that Playtex

20    received the Sensory Spectrum report and took it into account

21    in its conduct, that would not constitute hearsay because it

22    wouldn't be -- although it would come very close, it wouldn't

23    be a way of proffering to the jury the actual truth of the

24    Sensory Spectrum report.  It would, instead, be limited to the

25    state of mind of Playtex.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          So for that limited purpose, I think that there can

2    be reference to the Sensory Spectrum report, but the report

3    cannot be introduced independently and it can't be pointed to

4    in argument or otherwise as proof of the truth of Playtex's

5    position.

6          MS. PAUL:  Your Honor, may I ask one question and

7    make one comment please?

8          THE COURT:  Yes.

9          MS. PAUL:  It's not the Sensory Spectrum report.  I

10   take it you are referring to the Playtex report that

11   incorporates the Sensory Spectrum results?  It is a

12   Playtex-prepared report.

13         THE COURT:  Yes.

14         MS. PAUL:  And my comment, Judge, is if I understand

15   your ruling correctly, your -- Playtex -- as the consequence of

16   that ruling and your earlier ruling, with which we take issue,

17   you're saying that Playtex cannot say that it has a test that

18   supports its "Proven Number 1" claim, although it can say that

19   it believed it had such a test?  Is that my understanding?

20         THE COURT:  That's the crux of it, yes.

21         MS. PAUL:  Well, Your Honor, we respectfully disagree

22   with both rulings, and I would say that it strikes me as

23   unusual.

24         THE COURT:  Maybe, and maybe it's even wrong, but

25   that's my best effort at -- you know, you had this report.  You

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    had an opportunity to provide a basis to provide a foundation
 2    for it, to authenticate it, to explain its basis for having
 3    been conducted and compiled and completed.  I deprived you of
 4    that because of your own failure to designate the witnesses on
 5    a timely basis.
 6              You can't get it in as a backdoor to prove what you
 7    otherwise would have had an opportunity to prove but didn't
 8    succeed in providing the basis to prove, so that's my ruling.
 9              MS. PAUL:  Your Honor, sorry.  The report was
10    prepared by Nancy Pergament, who is a witness.  She did her own
11    analysis --
12              THE COURT:  This is Playtex's report?
13              MS. PAUL:  Yes.
14              THE COURT:  Yeah.
15              MS. PAUL:  And I respectfully suggest that Ms.
16    Pergament can testify as to the fact that she prepared the
17    report.  She did a statistical analysis of it.  She had an
18    historic relationship with Sensory Spectrum.  She and Playtex
19    had a reason to rely upon that report, and, therefore, they fit
20    within the hearsay exception that we have briefed.
21              Your Honor --
22              THE COURT:  I don't think that anything I've said
23    necessarily precludes any of that, but you're not going to be
24    able to have this Nancy whatever-her-name-is say, "Look at the
25    Sensory report.  That proves that we're right."
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          You're not going to be able to have the jury look

 2   over the Sensory report as independent, third-party evidence

 3   that Playtex is right.

 4          MS. PAUL:  Your Honor, the Sensory report goes to the

 5   Playtex "Proven Number 1" claim.

 6          THE COURT:  I know what it goes to.

 7          MS. PAUL:  I'm sorry.  And, Your Honor, it is a

 8   report that was known -- I understand this is not the time nor

 9   the place to argue -- to reargue, but, you know, they served a

10   subpoena in August of 2011.  They conducted extensive discovery

11   of the Playtex witnesses.  And we do housekeeping --

12          THE COURT:  You're right about one thing for sure,

13   maybe more than one thing, but it's not the time to reargue.

14   I'm not going to go back and review that.

15          MS. PAUL:  Your Honor, we've stated our position on

16   the record.

17          THE COURT:  All right.  Let's turn to Number 4, the

18   Welch e-mails.  There's more than one string of e-mails.

19          The probative value of the evidence, to the extent

20   that there's any at all that I was able to glean in these

21   different exchanges, is greatly outweighed by the confusion and

22   the consumption of time.

23          If the whole point was to draw some kind of contrast

24   between Munchkin's assertion that ammonia is, quote, the best

25   substitute in one exchange, and the final draft merely stating
```

1    that it's a safe aromatic compound, that's such a distinction

2    without a significant difference that it supports my conclusion

3    that it doesn't really amount to proof of anything substantive;

4    and even if it does, getting there in this time-limited trial

5    is going to consume more time than it's worth, so I grant the

6    motion.  That is Number 4 to Munchkin.

7              Number 5 is the opinions of Daniel Ennis.

8              Okay.  I already ruled on what Playtex moved

9    concerning Levine.

10             Now, in essence, Munchkin wants me to treat Ennis the

11   same way I treat Levine, and I do, but for the most part, the

12   Ennis report doesn't suffer from the particular flaws, and

13   whatever additional ones the parties are able to specify, in

14   the Levine report concerning the inclusion or the assertion of

15   legal opinions or standards.

16             But paragraph 23 will be excluded, and if there is

17   something else that is comparable to 23 and the parties can

18   specify it, fine, otherwise I'll take the same approach I did

19   with Levine.

20             So I grant it as to 23 and deny it for the rest.

21             Now I turn to Number 6, the opinions of Epstein.

22   I'll say more about all of these experts and their testimony in

23   a minute.

24             I already explained that there's going to be a Phase

25   2, if we get there, for damages, and the only basis that

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Munchkin has asserted to exclude Epstein's expert report that

2    has any potential merit, or that some of the conclusions are

3    based on false assumptions, his reliance on market share was

4    totally proper.  He considered factors other than false

5    advertising.  Munchkin's arguments in those respects are

6    baseless.

7           The assumptions that Munchkin challenges as being

8    unreliable and unfounded that are the last of its bases for

9    challenging Epstein are that he estimated Playtex's losses for

10   lost diaper pail sales and lost diaper pail refill sales.  And

11   I get the point that refills are apparently where the money is

12   in the market or most of it, and that he assumed that each

13   diaper pail results in 14.3 refills.

14          This was a figure that apparently Playtex's lawyers

15   gave to him and Munchkin argues that it should be excluded

16   because there's no basis.  I think that's like a previous

17   ruling I made that really goes to the persuasiveness and the

18   weight.

19          It's not an assumption that lacks any potential or

20   ascertainable tie to real world reality, so I deny that motion.

21          But if Epstein is going to testify, a foundation is

22   going to have to be laid as to what a reasonable estimate of

23   refills is per pail, so I deny the motion as to Ennis -- I

24   mean, as to Epstein.

25          And I grant the motion as to Bazemore.  The problem

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  with Bazemore is that he switched his colorimetric tubes

2  halfway through the test, and I think that undermines the

3  findings as to each of the first two intervals compared to the

4  last two intervals, and absent a consistent standard for use

5  throughout these intervals, the entire methodology is suspect

6  and unreliable.

7       The initial use of the five parts-per-million tubes

8  does affect the reliability of his results.  I understand that

9  Playtex argues that the ammonia concentration undoubtedly was

10  higher.  It was not as high at the 24- and 72-hour marks, but

11  that's just an argument.

12       The whole point of the test was to determine and

13  measure the ammonia concentrations at specified time intervals,

14  and the tests should have been done in a consistent fashion,

15  and that would be necessary to reveal whether the ammonia

16  increased, decreased or remained flat and steady over the

17  180-hour test period.

18       So on the basis that it fails to achieve the

19  reliability element of Daubert and related requirements, I

20  exclude the testimony of Bazemore.

21       Now let's turn to the matters that affect the

22  pre-trial and trial.

23       MR. KOONCE:  Your Honor, may I say one thing on

24  Bazemore?

25       THE COURT:  Yeah.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1           MR. KOONCE:  All of the parties that have done

 2   testing of ammonia, including TUV and McGinley, all have

 3   switched tubes in the middle of the process, and the reason is

 4   that unless you know ahead of time what the range is going to

 5   be, you can't pick the tube, so he didn't know ahead of time

 6   because he was --

 7           THE COURT:  Who else did it besides Bazemore?

 8           MR. KOONCE:  TUV, who did the ammonia testing for

 9   Munchkin, if you look at their test report, the handwritten

10   notes show that they used two ranges of tubes as they went

11   along.  That can only mean that when they saw a reading that

12   they couldn't get because it was below their threshold, they

13   switched tubes.

14           McGinley took two sets of tubes into his testing for

15   the same reason.  He was inside his FTIR machine when he did

16   it, so he couldn't --

17           THE COURT:  FTIR, what's that?

18           MR. KOONCE:  That's the -- they did a testing of

19   continual ammonia emission.  But in any event, what Bazemore's

20   test shows when you switch the tubes is that the parts per

21   million had to be less than five, and so it does show that.

22           It may be that they couldn't determine the amount,

23   but he couldn't determine the amount at 72 hours either even

24   with the lower --

25           THE COURT:  Did everybody -- well, at least TUV and
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    McGinley use the same colorimetric standards that Bazemore
 2    used, the 5 and then the .25?
 3              MR. KOONCE:  Yes.  And TUV, they used I think it was
 4    5 and point- -- it was the same one, but it was a different
 5    manufacturer; same kind of tubes.
 6              THE COURT:  Yes or no, is he telling me the truth?
 7              MR. PARRIS:  No, sir.
 8              THE COURT:  What's inaccurate about what he just
 9    said?
10              MR. PARRIS:  Well, when TUV did it, they had both
11    tubes there, and it would be accurate to say that while they
12    are doing that particular phase of the test, they're using both
13    tubes to find out the range.
14              THE COURT:  Well, wait a minute.  Just because both
15    tubes were there doesn't mean they are both being used
16    simultaneously.
17              MR. PARRIS:  Well, you have to define simultaneously.
18              What I mean is they used them in the same time
19    incremental test, the same increment for the time, you know, of
20    24 hours.  If the one wasn't reading, they had the other one to
21    draw from at that moment.
22              What they did not do was wait seven days and then
23    switch tubes to a lower reading tube.
24              They -- in order to be able to know exactly how much
25    was there, yeah, you would have two tubes at each stage of the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    test.

2            What you don't do is switch the tubes halfway through

3    the test seven days later, and that's what Bazemore did, and

4    Bazemore did it because he did not know they even had such a

5    tube, and the e-mails that we presented him with at the

6    deposition clearly pointed that out.

7            His wife discovered it at day five and was talking to

8    the manufacturer and was able to get the right tubes seven days

9    into the test; whereas, when TUV is doing it, they know that

10   you have to have a multiple set of tubes in order to do that

11   portion of the test.

12           Now, you also have, you know --

13           THE COURT:  What about McGinley?  Mr. Koonce said

14   McGinley did it the same way as Bazemore.

15           MR. GARRISON:  May we have permission to --

16           THE COURT:  Yes, go ahead.

17           MR. GARRISON:  -- do a hand-off here, Your Honor?

18           McGinley, he did his -- these tubes in McGinley's

19   were a backup.  McGinley used the FTIR machine, which is a

20   very sophisticated, expensive machine that digitally tracks a

21   constant, you know, flow of the ammonia and spits out an

22   electronic reading.  It was nothing like that.

23           The tubes were simply a backup for McGinley to verify

24   the accuracy of what this, you know, sophisticated equipment he

25   was using to track the amonia --

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  Okay.  Here's what I'm going to do on
 2   Bazemore.  I'm ordering the parties by next Monday to present
 3   an agreed-to chart that takes the methodology of McGinley, TUV
 4   and Bazemore to the extent that any or all of them relied on
 5   these testing standards and the specificity, and you attach it.
 6   You show to what extent they did the same thing or they did --
 7   the approach is different.
 8          Figure out a graphic way that's not lengthy to make
 9   your points.  Have two parts to the single document.  I don't
10   want to get more documents than I need.
11          I just want to see whether what Bazemore did was
12   fundamentally the same or no different on this issue of
13   methodology as what McGinley and TUV did.
14          I will confess openly that I don't know what TUV and
15   McGinley did, and if it's in the papers, I missed it.
16          Fifteen motions, hundreds, if not thousands, of
17   pages, exhibits galore, technicalities which aren't going to
18   matter to the outcome of the case or the jury at trial, I may
19   have missed it, but now you present it to me.
20          So that one I'm taking under submission.
21          MR. PARRIS:  Could I add one thing, Your Honor?
22          THE COURT:  Yes.
23          MR. PARRIS:  McGinley is not before the Court.  They
24   didn't object to anything he did, and for them to try to --
25          THE COURT:  I'm not saying that they objected to him.
```

1   I know there's no motion.  I haven't ruled on McGinley, but

2   they're telling me that McGinley did it the way Bazemore did

3   it.

4           MR. PARRIS:  And, Your Honor, what if -- and he

5   didn't.  He absolutely didn't.

6           THE COURT:  Well, then you show it.

7           MR. PARRIS:  What if he did?  What if he did?  It

8   doesn't give the -- it doesn't give Bazemore any more

9   scientific validity.

10          THE COURT:  Oh, it may.

11          MR. PARRIS:  Okay.

12          THE COURT:  It may make my conclusion that his

13  methodology was unreliable suspect or may make it at least an

14  issue for the jury to assess, so I am holding off a ruling on

15  Bazemore.

16          Now let's turn to the pre-trial conference.

17          I think this case was set for trial on April 24th.

18  We're not going to go to trial on April 24th, and I will have

19  to determine when the trial date will be after my CRD returns

20  and I dispose of certain other priority and pressing matters

21  that are overwhelming me on my calendar.

22          So everything but trial -- we're at the end of the

23  rope anyway.  The trial itself, the April 24th date, is

24  vacated.

25          We will set a new trial after sufficient basis for

1    the lawyers and the parties to chime in as to who's available

2    when, not to interfere with witness availability, lawyers'

3    vacations and the like.

4             Now, whatever the date is -- and it will be later in

5    the summer -- not later than two weeks before the actual trial

6    date the parties are to submit a joint cast of characters in

7    alphabetical order.

8             I've looked over the number of witnesses and, as far

9    as I can tell, the parties understandably -- I'm not upset with

10   you -- identify some witnesses as really -- real witnesses that

11   are going to testify and others as only if necessary.  That

12   could mean anything.

13            You are going to have time limits, so you'll have to

14   figure out which witnesses you want and how you are going to

15   use them.  I will get to that later, but I think there are 17

16   witnesses the plaintiff has designated who overlap with the

17   same 17 witnesses of defendant.

18            The plaintiff seems to think that maybe as few as ten

19   will be necessary, the defendant as few as 21.  I'm not going

20   to bother about that now.

21            All these people -- all the names that underlie this

22   array of potential witnesses, I want you to have a cast of

23   characters.  This will be one of the tools I will give to the

24   jury so they will keep straight who the witnesses are.

25            Arrange it alphabetically, describe who they are and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   give a one-line tag as to what topic -- or maybe two at the

2   most -- as to what topics they will address and for whom, who

3   will be calling them.  That's tool Number 1.  That will be

4   Court Exhibit A, and copies of that will be made available to

5   the jurors before opening statement.

6          Court Exhibit B, which the parties will compile, will

7   be a chronology -- an agreed-to chronology.

8          The number of stipulated facts that you incorporated

9   into the pre-trial conference order is embarrassing.  There are

10  many facts which are not at all in dispute but which would

11  otherwise be the subject of evidence at the trial -- it would

12  have to be -- such as, when these respective diaper pails first

13  came on the market and when certain tests were performed and

14  when the American Baby magazine articles were published, and

15  all the other dates in sequential order that will provide a

16  basis for the jury to comprehend this otherwise sprawling and

17  somewhat complicated set of claims and contentions and

18  counterclaims will be set forth.

19         The third thing, Court Exhibit B (sic), will be a

20  glossary.  I want a glossary of any technical terms, and I have

21  already asked about a few of them in the course of this

22  afternoon's hearing.

23         I don't have a specific list, but anything that is

24  not a common-sense term but that is part of the business of

25  these respective parties or of their experts and -- for

1    example, what is a ppm, a part per million?  How is that going

2    to be understood by a jury?  That's just a randomly thought

3    example.

4           Anything that requires some expertise that will help

5    make the expert testimony comprehensible, you put into the

6    glossary and that will be Court Exhibit C.

7           Next, I already told you that nothing further will be

8    filed under seal.

9           Next, looking at the Pre-trial Conference Order at

10   page 9 -- do you have it before you, counsel?

11          There's something a little bit confusing to me and

12   one of the things that is disappointing is that there doesn't

13   seem to be a clear understanding of where we are at the trial.

14          Playtex is apparently trying to suggest that it's

15   going to move to dismiss certain of Munchkin's claims for

16   relief because they failed to state a claim.

17          What is that supposed to be about?

18          The claims are in the case.  Any motions to dismiss

19   would have been resolved.  What is this about?  Is this really

20   a way of saying, "At the end of the case we'll move under --

21   for a directed verdict that they didn't prove it or that they

22   can't allege it"?  Which is it?

23          MS. PAUL:  Your Honor, I believe that it's two

24   things.  It was the subject of the motion in limine with

25   respect to the failure to prove consumer deception by extrinsic

1  evidence.  And given the Court's ruling on that, it will be in

2  most cases, if not all cases, a motion for a directed verdict

3  at the conclusion of Munchkin's case.

4         Separately, I would submit that with respect to

5  "Number 1 brand," period, "for ultimate odor control," that's

6  puffery and particularly in the absence of any consumer survey,

7  the Court could rule on that.  I don't understand --

8         THE COURT:  Well, wait a minute.  You're basically

9  saying some of the claims or defenses of Munchkin should be

10 thrown out because it's mere puffery?

11        MS. PAUL:  That particular one, yes, Your Honor.

12        THE COURT:  On what basis do I throw it out before

13 trial?

14        MS. PAUL:  I believe Your Honor could have thrown it

15 out on the in limine motion, but you declined to rule that way.

16        The defense, as raised in our answer, was failure to

17 state a claim.  We wanted to make clear that we were not

18 dropping the arguments that are addressed to that.  I agree

19 with the Court that at this stage, given your ruling on the in

20 limine motion, there would be a request for directed verdict at

21 the conclusion of the case.

22        THE COURT:  Okay.  That's what I wanted to clarify,

23 and because you'll need to file a Revised Pre-trial Conference

24 Order -- there won't be that many revisions necessary, but that

25 has to be clarified.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1          But it's interesting to me that you, Ms. Paul,

2     referred to puffery because that compels me to note the

3     following.  I spent a lot of time on these motions in preparing

4     for this conference and what really has boggled my mind is that

5     with all of this incredibly extensive, undoubtedly expensive,

6     remarkably technical attention to expert testimony and

7     evidence, the parties seem to have lost sight of what's really

8     going on.  Maybe I'm wrong.  I know you're doing your best for

9     your respective clients.

10          What is a consumer really going to focus on?  You're

11     right.  Both sides are likely to be arguing to the jury -- but

12     not to me -- I'm not entertaining any summary judgment motions:

13               *"Laugh them out of court, ladies and gentlemen.*

14               *This is puffery.  You know what matters.  The price*

15               *of the product matters, the shelf space matters, the*

16               *habits of consumers matters, what friends tell them*

17               *matters, what the trade dress appears, what the*

18               *parents recommend, what the grandparents recommend.*

19          Does anybody pay attention to claims that are as

20     generic and widespread that consumers turn them off all the

21     time, such as "Proven Number 1.  Number 1 recommended among

22     first-time moms.  Number 1 selling brand.  Ultimate -- ultimate

23     in odor control," as if the fortunes of Munchkin and Playtex

24     will really depend on that.  Maybe they will.  Maybe you know a

25     lot more than I do.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1     "Preferred by moms two-to-one.  The new Number 1 in

2  odor control.  Trust Number 1 when it comes to Number 2" -- I

3  mean, what happened to the forest with all this attention to

4  the trees?

5          I tell you this because I said before I think you're

6  going to be spending a lot more money, and at the end of the

7  match, the referee is going to raise no fighter's hands, nobody

8  won, it's a draw, both sides are out of court.

9          If that is a likelihood, then you really ought to

10  resume your efforts to settle by potentially -- and in

11  connection with my rulings on motions in limine.  But you

12  tried.  You complied with Local Rule 16-15.  I'm not punishing

13  you or criticizing you for failing to do that.  I don't

14  understand what is really going on here.

15          On page 21 of the Pre-trial Conference Order, I'm

16  told that there was supposed to be some depositions last week:

17  Steckel, Simonson, Ennis.

18          Were those actually completed?

19          MS. PAUL:  Yes, Your Honor.

20          THE COURT:  Okay.  So just revise paragraph 9 to say,

21  "Discovery has been completed," or something to that effect.

22          As far as the exhibit objections, I looked over the

23  respective proposed exhibits and objections.  I mean, both

24  sides -- this happens a lot in trials and may even be more

25  pronounced here than a ton of other trials.  Everybody is

1    objecting, "Why not relevant?  Outweighed by prejudicial

2    impact.  401.  403."  I don't rule on those objections before

3    the trial.  I don't think you're going to sustain those

4    objections or even make them at the trial.

5            I'm going to tell the jury -- and I'm telling you

6    now -- that at the trial, every exhibit is presumptively

7    admitted.  If it's on an exhibit list, it's coming in unless

8    there is an oral objection that I sustain.

9            And if there are objections to more than, let's say,

10   20 exhibits on the grounds that I see in the exhibit list of

11   objections, I reserve the right to take further action because

12   a lot of these exhibit objections are baseless or unrealistic.

13           On page 22, I can't tell whether or not the parties

14   are intending to introduce deposition testimony of otherwise

15   unavailable witnesses or if these lists of depositions are

16   people who are really going to testify.

17           I could have compared your witness list with this and

18   make that conclusion; I don't have the time to do it.  You do

19   it for me.  In the Revised Pre-trial Conference Order, you tell

20   me whose deposition testimony and which pages are going to be

21   proffered because of the absence of the witness.

22           MS. PAUL:  Your Honor, may I ask a question that was

23   on my list?  We have advised Munchkin's counsel that with

24   respect to any Playtex employee, we will produce them live and

25   make them available at trial, whether on Munchkin's case or our

 1   case, and, nonetheless, Munchkin has designated their

 2   depositions.  We -- our witnesses will be available.

 3             THE COURT:  Yes, but they can use deposition

 4   testimony to impeach.

 5             MS. PAUL:  For impeachment purposes, yes, Your Honor,

 6   but I just wanted to be clear that our witnesses are going to

 7   be available provided they give us notice as to who they want

 8   here on what day and that, therefore, the testimony can only

 9   come in for purposes of impeachment.

10             THE COURT:  Okay.  Well, here's the way the trial is

11   going to go.  We're not going to have a witness testify more

12   than once.

13             Munchkin has the first go at it; it's the plaintiff.

14   Munchkin will put on its witnesses.  If it puts on a witness

15   and elicits direct testimony, and then plaintiff -- excuse me,

16   defendant Playtex wishes to cross-examine the witness about

17   things not covered in the direct testimony, goes beyond the

18   scope of direct, Playtex will be permitted to do so.  That

19   witness will testify once.

20             And if Playtex wishes to introduce evidence from that

21   witness that Munchkin already put on the stand -- and this

22   works reciprocally both ways -- to prove its affirmative

23   defenses or its counterclaims, it could do so.

24             So the witnesses -- you guys agree on what the

25   sequence of witnesses will be.  All the witnesses will testify

```
 1   once.  There will be no limitations on the scope of direct or

 2   cross.

 3            MS. PAUL:  May I ask a question, Your Honor --

 4            THE COURT:  Yes.

 5            MS. PAUL:  -- since I've never experienced this

 6   before?  How do you deal with directed verdicts in that case?

 7            THE COURT:  When the plaintiff rests, even though the

 8   plaintiff would have had the right to determine whether or not

 9   it put on enough evidence presumptively to go forward, I'll

10   take into the account the evidence that I have before me, and

11   that's how we'll do it.

12            MS. PAUL:  That the plaintiff put in on the

13   plaintiff's case?  I'm -- Your Honor, I'm confused because of

14   the claims --

15            THE COURT:  When the plaintiff rests, all of the

16   evidence from the witnesses that the plaintiff put on will be

17   before me and I will rule on a directed verdict motion.

18            MS. PAUL:  As opposed to anything that's asked on

19   cross-examination?

20            THE COURT:  No.

21            MS. PAUL:  Sorry.

22            THE COURT:  I don't know who the witnesses are.  You

23   may have witnesses in your case that they didn't put on, but if

24   they put on witnesses and you want to establish -- and they put

25   on adverse witnesses, then you elicit the testimony from those
```

1   witnesses at once.  We're not calling back witnesses.

2          MS. PAUL:  Does this mean -- and, again, Judge, I

3   apologize; I just don't have experience with this procedure --

4   that they are going to be questioning witnesses on their case

5   about Playtex's claims against Munchkin?

6          THE COURT:  They surely will.

7          MS. PAUL:  Okay.  I just want to understand here.

8          THE COURT:  There is one coin here and the two sides

9   are mirror images.  There's no way we are going to do it

10  differently.

11         Mr. Parris?

12         MR. PARRIS:  I'm just concerned a little bit about

13  how you compute the time.

14         THE COURT:  How I compute the time?

15         MR. PARRIS:  Yeah.  If we have six days --

16         THE COURT:  Okay.  I'm going to set -- I was going to

17  get to that, but I know from something you said before you were

18  curious about it.

19         When I set time limits -- and I'm about to do it --

20  the limits apply to questioning.  They apply to all

21  questioning, no matter who the lawyer is or who the witness is.

22         Once a lawyer is at the lectern and a witness is on

23  the stand and there is questioning under way, I keep track of

24  the amount of time.

25         The time limits I set in terms of the hours do not

 1    include jury selection, opening statement or closing argument,

 2    although I work with the lawyers to limit those.

 3            My understanding of what's really at stake in this

 4    case is that not more than 12, but probably I'll limit it to 10

 5    or 11 hours of questioning for each side, will be permitted no

 6    matter whose case it is and who the witness is and who the

 7    lawyer is.

 8            You get basically five hours of questioning time in a

 9    given court day.  My court day has changed.  Now that I'm a

10    senior judge, the times will be 9:00 to 12:00 and 1:15 to 4:00,

11    but there could be breaks for sentencings, for preliminary

12    injunction hearings, for a host of other things.

13            If you get five hours a day and you had 12 hours

14    each, that's 24 hours.  That would be five days of questioning

15    time, and I don't even know whether I'm going to permit that

16    much, but you won't have more.

17            In addition to the questioning time, you'll have time

18    for opening, closing and jury selection and, of course, working

19    out the jury instructions.

20            So for current purposes, I'm imposing an 11-hour

21    maximum questioning time.

22            MR. PARRIS:  We just lost an hour.

23            THE COURT:  And I keep you posted how much time

24    you've consumed as you go along no matter whose case it is.

25            Yes, Mr. Parris?

```
1              MR. PARRIS:  We just lost an hour.

2              THE COURT:  Pardon me?

3              MR. PARRIS:  We just lost an hour.  You went from --

4              THE COURT:  I know it.  I said that it wouldn't be

5   more than 12.  And I am sitting here thinking about it, and I'm

6   going to set it for -- but I'll tell you something, Mr. Parris.

7   I don't know you personally.

8              MR. PARRIS:  Yes, sir.

9              THE COURT:  You may be a very experienced trial

10  lawyer.

11             MR. PARRIS:  Probably not.

12             THE COURT:  I have never set -- I've had lots of

13  trials.  I have never set a time limit that the lawyers wound

14  up -- except for once -- saying it was unrealistic.  And when

15  they established it was and I could see that they were

16  proceeding efficiently and that the scope and the complexity of

17  their case required it, I expanded it on that one occasion.

18  They never use up all the time.

19             MR. PARRIS:  Okay.

20             THE COURT:  Eleven hours each.

21             MR. PARRIS:  Thank you, Your Honor.

22             THE COURT:  Okay.  I've already ruled on paragraph

23  24, so -- I mean paragraph 13 on page 24, so in the Revised

24  Pre-trial Conference Order, just note that there will be a

25  bifurcated trial as between liability and damages.
```

```
 1            Now, I'll work with the lawyers about special verdict
 2     forms.  I'll work with the lawyers about voir dire, but I
 3     conduct the voir dire.
 4            The first day of the trial we will meet at 8:30 in my
 5     jury room and I'll go through a host of other things.  You will
 6     have to have filed the trial witness estimate form before then.
 7     And go on-line to see what I'm referring to.
 8            You'll have to have filed Court's Exhibits A, B and C
 9     that I described already.
10            I'm encouraging you to speak to each other in good
11     faith and see whether there is a way to avoid the trial because
12     I honestly think, unless I totally misunderstand what's going
13     on here, which is possible, this is a trial that's going to
14     result in no advantage to either side.
15            Anything further, counsel?
16            Yes?  You're Mr. Garrison?
17            MR. GARRISON:  Yes, Your Honor.
18            I'm going to -- I apologize.  I'm going to back up a
19     little bit because I just want to be sure administratively we
20     are doing this right.
21            You mentioned the Ennis -- when you ruled on the
22     Ennis motion and you identified one paragraph and said possibly
23     more, should we be submitting that issue to you simultaneously
24     with the Levine issue?
25            THE COURT:  Yes, and specify the paragraphs.  If I
```

```
 1    didn't make that clear, I'm glad you gave me the occasion to.

 2            Anything else from your side?

 3            MR. PARRIS:  Yes, Your Honor.  You have us doing

 4    things in a week and two weeks.

 5            THE COURT:  Well, since I'm continuing the trial, if

 6    you want two weeks for everything, it's fine.

 7            MR. PARRIS:  Could we have May 1st?  I'm having

 8    surgery on the 17th.

 9            THE COURT:  Yes, you can have May 1st if that's the

10    reason, although you have another -- a team here, but I'm not

11    going to get to it before then anyway.  I know what I have

12    ahead of me, and I'm not going to be available for part of May.

13            Okay.  Anything --

14            MR. PARRIS:  Thank you.

15            THE COURT:  Yes, what else?

16            MR. PARRIS:  One other thing.  In regards to the

17    opening, does the Court have any objections to us using

18    pictures of witnesses during the opening?

19            THE COURT:  No, I don't.

20            If you can agree on a picture display of witnesses

21    that could also be a court exhibit, that would be very helpful.

22    I've done that before, but I didn't think there would be so

23    many in this case.

24            And you can use demonstratives, so long as you show

25    them to the other side.
```

1          You can use the electronic evidence tools that -- the

2     evidence equipment to support your opening statement.

3          I don't know how much I'll give you.  I'll look over

4     the trial witness estimate form and let you know, but I'm

5     assuming that at the maximum, opening statements would be an

6     hour each.  Closings would be different.  I'm not going to

7     specify or guess how much time would be permissible in

8     closings.  We'll have to see what the trial actually consisted

9     of.

10          MS. PAUL:  Judge, I had --

11          THE COURT:  Ms. Paul?  Yes.

12          MS. PAUL:  -- two small questions, I think.

13          THE COURT:  Go ahead.

14          MS. PAUL:  One is I saw in your civil trial rules

15     that you have questionnaires for the jurors.  Do we get an

16     opportunity to see those questionnaires?

17          THE COURT:  Oh, you can get them right now, yes,

18     yeah.  They're standard.

19          Give each side a questionnaire.  They're nothing

20     novel, but I'll give it to you today.

21          MS. PAUL:  Thank you.

22          And then my other question -- I have to confess that

23     I'm not sure here.  The demonstrative evidence exchange is in

24     your scheduling -- well, it flows from your scheduling order,

25     and since the trial is being --

```
 1              THE COURT:  You mean for opening statements?

 2              MS. PAUL:  No, for exchanging demonstrative evidence

 3    is this week.

 4              THE COURT:  You can extend it.  If you guys agree on

 5    a different date, that's fine with me.

 6              MS. PAUL:  Okay.  Thank you, Judge.

 7              THE COURT:  All right.  Thank you, counsel.  We're

 8    adjourned.

 9        (Proceedings concluded.)

10                            --oOo--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1

 2

 3                            CERTIFICATE

 4

 5      I hereby certify that pursuant to Section 753,

 6  Title 28, United States Code, the foregoing is a true and

 7  correct transcript of the stenographically reported

 8  proceedings held in the above-entitled matter and that the

 9  transcript page format is in conformance with the

10  regulations of the Judicial Conference of the United States.

11

12  Date: APRIL 19, 2012

13

14                  /s/  Cindy L. Nirenberg, CSR No. 5059

15                          Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```

GRANTED [1] 3/15

**—**

--oOo [1] 74/10

**.**

.25 [1] 55/2
.55 [1] 33/2

**/**

/s [1] 75/14

**1**

10 [1] 69/4
10019 [1] 2/16
10th [1] 2/7
11 [4] 12/11 12/16 12/22 69/5
11-hour [1] 69/20
12 [3] 69/4 69/13 70/5
120 [2] 32/19 33/1
12:00 [1] 69/10
13 [1] 70/23
14 [1] 3/6
14.3 [1] 52/13
145 [1] 3/6
15 [3] 6/9 8/16 64/12
154 [1] 3/6
16-15 [1] 64/12
16.77 [1] 19/3
1633 [1] 2/15
16689 [1] 2/10
17 [2] 59/15 59/17
17th [1] 72/8
180-hour [1] 53/17
182 [1] 3/6
19 [2] 14/20 75/12
1:15 [1] 69/10
1st [2] 72/7 72/9

**2**

20 [3] 3/7 3/8 65/10
2000 [1] 2/5
2010 [5] 5/25 19/13 19/14 19/15 19/17
2011 [12] 9/5 9/11 9/21 9/23 10/1 18/23 18/24 19/11 19/12 46/25 47/3 50/10
2012 [3] 1/16 4/1 75/12
21 [2] 59/19 64/15
212-603-6427 [1] 2/16
213-633-6800 [1] 2/20
22 [1] 65/13
23 [3] 51/16 51/17 51/20
2345 [1] 2/3
24 [5] 53/10 55/20 69/14 70/23 70/23
2400 [2] 2/4 2/19
24th [3] 58/17 58/18 58/23
2595 [1] 2/8
26 [1] 3/9
28 [2] 3/10 75/6

**3**

30 [1] 3/11
31 [1] 3/12
312 [1] 1/24
33 [1] 3/15
3:00 [2] 1/17 4/2

**4**

401 [1] 65/2
403 [1] 65/2
43364 [1] 2/7

44 [1] 3/16
4542 [1] 2/21
45 [1] 3/17
46 [1] 3/17
48 [1] 14/21
4:00 [1] 69/10

**5**

50 [1] 3/18
5059 [2] 1/23 75/14
51 [3] 3/19 3/20 15/3
53 [1] 3/21

**6**

64108 [1] 2/4
6427 [1] 2/16
661-949-2595 [1] 2/8
6800 [1] 2/20

**7**

702 [2] 6/2 18/9
72 [1] 54/23
72-hour [1] 53/10
753 [1] 75/5

**8**

816-292-2000 [1] 2/5
818-221-4542 [1] 2/11
865 [1] 2/18
8:30 [1] 71/4

**9**

90012 [1] 1/24
90017 [1] 2/19
91343 [1] 2/11
93534 [1] 2/7
9:00 [1] 69/10

**A**

AA [1] 32/22
ability [1] 33/8
able [7] 31/24 49/24 50/1 50/20 51/13 55/24 56/8
about [59] 5/18 5/20 7/23 10/16 11/9 12/17 13/25 16/1 17/12 18/14 20/25 21/3 21/17 21/19 22/7 22/10 22/12 22/19 22/25 23/1 23/11 25/8 26/7 28/13 28/14 28/23 29/9 31/1 32/10 33/8 33/16 34/12 34/18 36/19 37/6 38/19 39/13 44/7 44/12 44/22 46/2 46/11 47/14 50/12 51/22 55/8 56/13 59/20 60/21 61/17 61/19 66/16 68/5 68/12 68/18 68/19 70/5 71/1 71/2
above [1] 75/8
above-entitled [1] 75/8
absence [9] 14/16 19/8 25/13 27/7 27/7 27/19 44/19 62/6 65/21
absent [2] 45/23 53/4
absolutely [2] 43/21 58/5
abstract [1] 15/25
absurd [1] 29/12
accept [1] 35/15
account [2] 30/6 47/20 67/10
accuracy [2] 27/18 56/24
accurate [1] 55/11
accurately [1] 6/25
accusations [1] 22/25
achieve [1] 53/18
acknowledge [1] 24/3
action [1] 65/11
actual [5] 7/21 20/18 43/15

47/23 59/5
actually [7] 8/15 17/1 34/15 33/17 47/1 64/18 73/8
add [6] 7/21 9/24 10/2 22/8 38/9 57/21
addition [2] 10/11 69/17
additional [4] 10/12 10/13 24/1 51/13
address [2] 35/17 60/2
addressed [1] 62/18
adequacy [2] 31/10 44/20
adjourned [1] 74/8
administered [1] 30/1
administratively [1] 71/19
admissibility [3] 18/13 29/19 31/8
admissible [8] 16/3 16/5 16/7 18/21 20/7 20/11 20/14 20/17
admitted [2] 34/7 65/7
advantage [1] 71/14
adverse [1] 67/25
advertisements [5] 11/21 13/11 18/16 19/1 26/20
advertising [12] 13/11 18/1 19/22 19/24 20/3 20/5 20/11 20/23 21/4 22/14 25/9 52/5
advised [1] 65/23
advising [1] 24/3
affect [2] 53/8 53/21
affects [1] 36/3
affirmative [1] 66/22
affirmatively [1] 9/3
affirmed [1] 8/18
afraid [1] 22/21
after [11] 4/19 15/16 18/23 18/25 18/25 21/24 32/19 33/1 44/24 58/19 58/25
afternoon [2] 4/15 5/2
afternoon's [2] 18/17 60/22
again [7] 4/9 8/14 8/15 36/6 36/8 37/17 68/2
against [2] 12/20 68/5
ago [1] 9/22
agree [7] 15/9 15/9 15/10 62/18 66/24 72/20 74/4
agreed [3] 8/4 57/3 60/7
agreed-to [2] 57/3 60/7
agricultural [1] 32/12
ahead [8] 24/19 36/25 40/11 54/4 54/5 56/16 72/12 73/13
AHM [2] 1/8 4/4
air [7] 32/14 42/15 42/15 42/17 42/20 43/11 43/12
al [2] 1/9 4/5
all [48] 4/15 5/2 14/23 15/2 20/24 21/10 23/23 24/7 24/20 25/10 26/19 27/24 29/9 36/18 36/18 37/5 39/9 39/12 40/9 41/8 41/13 41/14 41/21 42/10 42/15 42/20 43/7 47/3 47/4 50/17 50/20 51/22 54/1 54/2 57/4 59/21 59/21 60/10 60/15 62/2 63/5 63/20 64/3 66/25 67/15 68/20 70/18 74/7
allege [1] 61/22
alleged [2] 23/23 47/1
alleges [1] 23/12
allow [2] 34/16 42/7
allowed [2] 10/2 45/22
almost [2] 9/21 36/14
alone [1] 34/16
along [2] 54/11 69/24
aloud [1] 32/19

**A**

alphabetical [1] 63/7
alphabetically [1] 59/25
already [9] 7/24 24/8 51/8
 51/24 60/21 61/7 66/21 70/22
 71/9
also [13] 6/11 7/21 11/22
 12/12 13/5 13/5 15/22 20/17
 34/21 38/4 47/1 56/12 72/21
although [9] 6/12 16/23 20/9
 20/17 31/14 47/22 48/18 69/2
 72/10
am [16] 6/1 11/22 12/25 13/5
 13/10 18/18 22/21 23/25 24/3
 33/25 35/1 35/7 38/13 46/2
 58/14 70/5
amend [1] 10/2
amended [1] 10/24
amended complaint [1] 10/24
amendment [1] 9/24
American [2] 12/11 60/14
ammonia [16] 7/5 24/25 25/12
 26/22 33/2 38/10 38/20 44/21
 50/24 53/9 53/13 53/15 54/2
 54/8 54/19 56/21
ammonia-based [1] 44/21
among [4] 11/5 12/2 26/16
 63/21
amonia [1] 56/25
amount [5] 19/7 51/3 54/22
 54/23 68/24
amusing [2] 24/9 33/21
analyses [1] 15/11
analysis [5] 7/7 19/15 32/7
 49/11 49/17
Analytics [2] 45/15 45/16
ANGELES [4] 1/15 1/24 2/19
 4/1
another [2] 15/3 72/10
answer [3] 29/3 35/4 62/16
answers [2] 28/20 28/23
anticipating [1] 21/12
any [45] 5/6 5/17 6/16 7/11
 7/22 8/20 8/22 9/15 10/18
 15/6 16/19 17/3 17/4 17/4
 17/11 19/21 23/19 24/10
 24/21 27/24 27/24 30/8 30/19
 31/1 31/7 31/8 33/24 34/8
 37/4 44/15 45/20 46/11 49/23
 50/20 52/2 52/19 54/19 57/4
 58/8 60/20 61/18 62/6 63/12
 65/24 72/17
anybody [2] 42/12 63/19
anything [20] 7/25 8/8 8/9
 13/15 22/13 44/7 44/12 44/17
 45/11 45/24 49/22 51/3 57/24
 59/12 60/23 61/4 67/18 71/15
 72/2 72/13
anyway [4] 17/13 31/24 58/23
 72/11
apart [2] 9/1 11/25
apologize [2] 68/3 71/18
apparently [5] 18/5 34/20
 52/11 52/14 61/14
appearance [1] 31/24
appearances [2] 2/1 4/6
appeared [1] 9/25
appears [3] 8/20 8/22 63/17
applicable [2] 14/25 15/4
applied [4] 5/21 6/3 14/25
 19/20
apply [2] 68/20 68/20
approach [5] 34/20 44/20 46/2
 51/18 53/7
appropriate [1] 30/8
APRIL [8] 1/16 4/1 9/21 9/23
 58/17 58/18 58/23 75/12
are [84]
area [2] 6/21 32/13
areas [1] 25/17
aren't [1] 57/17
argue [1] 50/9
argued [1] 14/10
argues [2] 52/15 53/9
arguing [2] 45/9 63/11
argument [7] 5/6 5/16 31/1
 34/23 48/4 53/11 69/1
arguments [3] 29/15 52/5
 62/18
aromatic [1] 51/1
around [3] 34/2 36/8 42/7
Arrange [1] 59/25
array [4] 7/1 16/6 17/24
 59/22
articles [1] 60/14
artificial [1] 33/22
as [85]
ascertainable [1] 52/20
ask [3] 48/6 65/22 67/3
asked [3] 22/2 60/21 67/18
asking [1] 21/14
aspect [1] 18/20
aspects [1] 6/5
assert [1] 45/25
asserted [1] 52/1
asserting [1] 45/25
assertion [3] 12/2 50/24
 51/14
assess [1] 58/14
assessment [1] 32/13
assume [3] 19/24 20/3 26/9
assumed [2] 18/24 52/12
assumes [1] 19/4
assuming [1] 73/5
assumption [2] 19/25 52/19
assumptions [4] 19/11 19/19
 52/3 52/7
attach [1] 57/5
attached [1] 30/9
attack [1] 18/11
attempt [1] 16/12
attempted [1] 38/24
attention [3] 63/6 63/19 64/3
attorney [6] 2/3 2/6 2/9 2/14
 2/15 2/18
audible [1] 29/7
August [4] 10/1 46/25 47/3
 50/10
authenticate [1] 49/2
availability [1] 59/2
available [6] 59/1 60/4 65/25
 66/2 66/7 72/12
avoid [1] 71/11
aware [1] 10/19
awfully [1] 47/14

**B**

baby [3] 12/10 12/11 60/14
back [16] 16/24 24/18 34/4
 36/7 36/12 37/12 37/16 37/21
 41/2 42/14 42/19 42/21 43/10
 50/14 68/1 71/18
backdoor [1] 49/6
background [1] 16/6
backing [1] 31/25
backup [2] 56/19 56/23
bag [12] 34/4 34/9 38/12 32/4
 05/15 58/12 41/21 41/24 4274
 42/18 42/20 43/10
balance [1] 19/8
based [9] 16/15 18/20 22/4
 22/16 23/13 29/11 29/13
 44/21 52/3
baseless [2] 52/6 65/12
bases [3] 26/20 34/14 52/8
basically [3] 32/5 62/8 69/8
basis [21] 14/22 18/21 19/19
 22/25 23/9 25/12 26/1 27/18
 27/21 44/15 46/17 49/1 49/2
 49/5 49/8 51/25 52/16 53/18
 58/25 60/16 62/12
Bates [1] 32/2
Bates-page [1] 32/2
Bazemore [15] 52/25 53/1
 53/20 53/24 54/7 55/1 56/3
 56/4 56/14 57/2 57/4 57/11
 58/2 58/8 58/15
Bazemore's [1] 54/19
be [139]
be introduced [1] 48/3
became [1] 19/1
because [39] 8/4 11/22 14/10
 17/19 17/23 18/12 18/24 21/9
 26/9 27/23 31/24 33/17 37/17
 37/23 37/25 38/7 39/10 41/2
 42/1 45/15 46/21 46/24 47/21
 49/4 52/16 54/6 54/12 55/14
 56/4 61/16 62/10 62/23 63/2
 64/5 65/11 65/21 67/13 71/1
 71/19
becomes [1] 36/13
been [18] 8/19 9/4 10/11
 12/22 14/16 15/5 20/17 30/8
 38/1 38/3 41/3 41/6 44/14
 45/24 49/3 53/14 61/19 64/21
before [30] 6/18 6/24 8/15
 12/17 18/22 24/2 24/8 25/18
 26/8 36/15 44/24 44/25 45/5
 46/17 46/20 46/21 57/23 59/5
 60/5 61/10 62/12 64/5 65/2
 67/6 67/10 67/17 68/17 71/6
 72/11 72/22
beginning [1] 22/22
begins [1] 32/25
behalf [5] 4/7 4/10 4/12
 4/14 5/1
being [9] 10/9 16/9 16/16
 29/11 35/19 42/6 52/7 55/15
 73/25
belief [1] 44/20
believe [7] 9/5 9/12 9/14
 21/18 45/3 61/23 62/14
believed [2] 23/14 48/19
believes [1] 28/21
belong [1] 17/9
below [1] 54/12
besides [3] 30/5 31/14 54/7
best [11] 12/10 28/19 28/19
 28/21 28/24 28/25 30/9 30/10
 48/25 50/24 63/8
better [4] 13/6 16/1 26/17
 42/1
between [8] 19/8 28/17 28/18
 33/18 37/11 42/16 50/24
 70/25
bevy [1] 22/19
beyond [4] 5/18 6/16 24/8
 66/17

**B**

bias [2] 26/15 29/2
biased [1] 28/23
bifurcated [3] 16/25 17/11 70/25
biological [1] 32/12
bit [3] 61/11 68/12 71/19
bless [1] 47/4
blue [1] 31/24
boggled [1] 63/4
boils [1] 29/5
boosted [1] 19/6
boredom [1] 28/3
both [13] 17/5 38/22 40/6 42/16 48/22 55/10 55/12 55/14 55/15 63/11 64/8 64/23 66/22
bother [1] 59/20
bottom [3] 7/5 19/22 29/22
Boulevard [1] 2/3
brand [7] 11/13 11/15 11/17 12/4 12/6 62/5 63/22
break [1] 41/18
breaks [2] 42/13 69/11
briefed [1] 49/20
bring [1] 43/2
Broadway [1] 2/15
broken [1] 41/19
brought [2] 21/7 24/5
built [1] 19/25
bulk [1] 41/16
burden [1] 15/7
Bureau [1] 16/1
business [2] 16/1 60/24

**C**

CA [3] 2/7 2/11 2/19
calculations [1] 17/25
calendar [1] 58/21
CALIFORNIA [4] 1/2 1/15 1/24 4/1
called [4] 6/20 21/19 23/12 28/11
calling [3] 4/4 60/3 68/1
came [2] 16/1 60/13
camera [1] 7/23
Cameron [1] 4/12
can [28] 6/7 7/12 23/7 34/14 34/22 39/20 40/20 40/21 41/5 41/25 42/23 44/17 46/17 47/19 48/1 48/18 49/16 51/17 54/11 59/9 66/3 66/8 72/9 72/20 72/24 73/1 73/17 74/4
can't [13] 15/9 15/9 15/10 18/21 28/7 30/19 47/7 47/15 48/3 49/6 54/5 61/22 65/13
cannot [2] 48/3 48/17
care [1] 28/5
CARLA [3] 2/18 5/1 32/22
case [33] 9/2 14/15 16/10 16/25 22/13 22/14 23/15 24/25 26/7 26/8 27/24 29/20 31/6 37/1 45/17 46/3 57/18 58/17 61/18 61/20 62/3 62/21 65/25 66/1 67/6 67/13 67/23 68/4 69/4 69/6 69/24 70/17 72/23
cases [2] 62/2 62/2
cast [2] 59/6 59/22
center [1] 31/23
CENTRAL [1] 1/2
certain [5] 6/5 19/12 58/20

60/13 61/15
Certainly [1] 43/17
CERTIFICATE [1] 75/3
certify [1] 75/5
cetera [3] 13/12 18/16 32/20
chagrin [1] 12/15
challenge [3] 12/15 29/11 33/20
challenged [1] 10/9
challenges [9] 11/24 12/3 13/1 13/6 13/10 16/8 18/12 29/18 52/7
challenging [2] 10/22 52/9
Chambers [14] 33/16 33/19 33/21 33/25 34/7 34/12 37/12 37/20 39/7 40/6 41/22 42/9 43/18 44/3
Chambers' [3] 34/15 37/22 40/18
chance [1] 6/19
change [2] 8/18 39/1
changed [1] 69/9
changes [7] 7/11 9/15 10/12 10/13 10/18 11/9 13/25
changing [2] 34/9 38/4
characterizations [1] 12/25
characters [2] 59/6 59/23
chart [2] 32/10 57/3
chief [2] 14/13 16/9
chime [1] 59/1
choices [1] 28/18
chronology [2] 60/7 60/7
CINDY [1] 1/23 75/14
Circuit [3] 5/23 5/25 8/18
circulated [1] 6/18
circus [3] 22/15 24/9 24/21
City [1] 2/4
civil [1] 73/14
claim [23] 8/20 9/3 9/25 10/2 13/11 13/14 17/17 18/15 18/15 19/6 19/11 19/13 19/16 19/17 27/1 27/4 27/5 46/15 47/6 48/18 50/5 61/16 62/17
claimed [1] 11/24
claiming [1] 11/4
claims [18] 10/9 13/18 17/5 18/5 18/22 22/19 23/12 26/17 26/20 27/12 31/1 60/17 61/15 61/18 62/9 63/19 67/14 68/5
clamp [11] 40/20 40/21 40/22 41/1 41/8 41/13 41/14 41/18 42/7 42/21 43/5
clamping [4] 41/9 42/1 42/3 43/8
clarification [1] 34/23
clarified [2] 5/24 62/25
clarify [1] 62/22
clear [12] 7/24 19/5 26/16 30/16 30/18 33/17 39/13 40/5 61/13 62/17 66/6 72/1
clear the [1] 30/18
clearly [3] 19/20 46/23 56/6
clerk [2] 6/20 11/3
clients [2] 8/13 63/9
clients' [1] 27/5
close [3] 31/4 34/5 47/22
closed [1] 39/1
closely [2] 31/13 35/14
closes [2] 35/13 40/17
closing [3] 43/5 69/1 69/18
closings [2] 73/6 73/8
Code [1] 75/6
coin [1] 68/8

colorimetric [2] 53/1 55/1
come [6] 4/8 34/12 36/19 42/14 47/22 66/9
comes [3] 13/12 41/15 64/2
coming [2] 41/16 65/7
comment [3] 6/5 48/7 48/14
commentaries [1] 8/11
common [1] 60/24
common-sense [1] 60/24
companies [1] 26/16
comparable [1] 51/17
comparative [1] 30/8
compared [2] 53/3 65/17
compared your [1] 65/17
compels [1] 63/2
competing [2] 6/12 6/22
competition [2] 8/19 9/16
compile [2] 6/20 60/6
compiled [1] 49/3
complaint [4] 9/24 10/24 12/20 31/12
completed [3] 49/3 64/18 64/21
completes [1] 33/11
complexity [1] 70/16
compliance [1] 9/9
complicated [2] 28/12 60/17
complied [1] 64/12
compound [2] 27/8 51/1
comprehend [1] 60/16
comprehensible [1] 61/5
compute [2] 68/13 68/14
concede [1] 45/5
concentration [1] 53/9
concentrations [2] 33/2 53/13
concern [1] 24/23
concerned [1] 68/12
concerning [2] 51/9 51/14
conclude [1] 18/19
concluded [2] 17/16 74/9
conclusion [9] 17/9 19/18 34/18 46/16 51/2 58/12 62/3 62/21 65/18
conclusions [6] 14/11 14/12 15/6 29/4 30/12 52/2
concrete [1] 21/9
conditions [1] 28/24
conduct [3] 33/23 47/21 71/3
conducted [8] 27/14 28/14 28/14 45/1 46/14 46/24 49/3 50/10
confer [1] 12/9
conference [13] 5/3 11/23 16/25 33/14 58/16 60/9 61/9 62/23 63/4 64/15 65/19 70/24 75/10
confess [2] 57/14 73/22
confirming [1] 29/8
conflict [1] 31/5
conform [1] 14/25
conformance [1] 75/9
confused [1] 67/13
confusing [1] 61/11
confusion [4] 8/2 20/18 28/3 50/21
conjunction [1] 13/13
connection [3] 20/2 44/25 64/11
consecutive [1] 16/18
consecutively [1] 32/1
consequence [1] 48/15
consider [2] 6/10 27/18
considered [1] 52/4

**C**

**consisted [1]** 73/6
**consistent [3]** 18/6 53/4 53/14
**consists [1]** 8/12
**consolidate [1]** 23/15
**constant [1]** 56/21
**constitute [2]** 47/13 47/21
**construe [1]** 19/10 45/24
**consume [1]** 51/5
**consumed [1]** 69/24
**consumer [6]** 37/9 37/18 37/19 61/25 62/6 63/10
**consumers [4]** 38/22 42/22 63/16 63/20
**consumption [2]** 28/2 50/22
**contain [1]** 15/11
**contains [1]** 14/10
**contempt [1]** 21/12
**contention [1]** 25/1
**contentions [3]** 21/17 21/24 60/17
**contents [3]** 6/12 6/17 14/17
**contested [1]** 15/19
**contesting [1]** 12/12
**context [2]** 33/7 36/13
**continual [1]** 54/19
**continue [1]** 17/8
**continuing [1]** 72/5
**contrast [1]** 50/23
**control [14]** 11/14 11/16 11/18 11/25 12/5 12/7 13/6 13/7 17/18 30/7 35/22 62/5 63/23 64/2
**controls [1]** 42/18
**controversy [2]** 10/4 10/5
**Cook [1]** 5/25
**copies [1]** 60/4
**Corp [1]** 7/7
**correct [10]** 10/10 11/22 13/1 13/5 13/9 13/10 30/22 38/15 38/17 75/7
**correctly [2]** 41/14 48/15
**cost [1]** 5/15
**could [25]** 8/2 15/3 16/2 20/13 20/17 21/10 23/9 25/13 25/14 31/7 33/9 34/21 43/19 45/25 57/21 59/12 62/7 62/14 65/17 66/23 69/11 70/15 72/7 72/21
**couldn't [5]** 34/8 54/12 54/16 54/22 54/23
**counsel [14]** 2/1 2/10 4/6 4/18 8/10 12/9 13/23 13/24 39/19 44/4 61/10 65/23 71/15 74/7
**counsel's [1]** 24/23
**counter [4]** 7/2 17/16 17/23 17/24
**counter-experts [1]** 7/2
**counter-intuitive [1]** 17/16
**counterclaims [2]** 60/18 66/23
**course [6]** 6/1 15/17 21/12 42/16 60/21 69/18
**court [27]** 1/1 1/23 20/24 21/9 21/10 21/18 24/3 24/4 25/18 32/3 46/17 46/21 46/21 57/23 60/4 60/6 60/19 61/6 62/7 62/19 63/13 64/8 69/9 69/9 72/17 72/21 75/15
**Court's [2]** 62/1 71/8
**courtroom [2]** 17/9 22/15

**covered [1]** 66/17
**CRD [1]** 58/15
**credentials [1]** 32/17
**criticizing [1]** 64/13
**cross [3]** 66/16 67/2 67/19
**cross-examination [1]** 67/19
**cross-examine [1]** 66/16
**crux [6]** 26/25 27/1 27/4 27/9 29/9 48/20
**CSR [2]** 1/23 75/14
**cumulative [1]** 28/1
**cup [1]** 23/15
**curious [1]** 68/18
**current [2]** 12/8 69/20
**customers [1]** 31/1
**cut [2]** 26/19 38/12
**cutting [1]** 38/4
**CV11 [2]** 1/8 4/4
**CV11-503-AHM [2]** 1/8 4/4

**D**

**damages [6]** 16/20 16/21 17/1 20/14 51/25 70/25
**Daniel [1]** 51/7
**date [6]** 58/19 58/23 59/4 59/6 74/5 75/12
**dates [1]** 60/15
**Daubert [4]** 5/22 5/23 18/8 53/19
**Davis [2]** 2/14 2/17
**day [6]** 56/7 66/8 69/9 69/9 69/13 71/4
**days [6]** 24/21 55/22 56/3 56/8 68/15 69/14
**deal [2]** 5/20 67/6
**dealing [1]** 20/9
**deception [2]** 61/25
**decision [5]** 5/25 9/7 9/9 20/11 20/19
**decisions [1]** 5/23
**declaration [2]** 15/12 32/22
**declined [1]** 62/15
**decreased [3]** 19/24 20/3 53/16
**defect [1]** 43/24
**defective [3]** 21/17 22/7 24/2
**defects [1]** 21/19
**defendant [5]** 17/23 17/24 59/17 59/19 66/16
**defendant/counter-plaintiff [1]** 17/24
**defendants [3]** 1/10 2/13 31/17
**defendants' [3]** 3/5 6/4 33/11
**defense [2]** 7/6 62/16
**defenses [2]** 62/9 66/23
**define [1]** 55/17
**degree [5]** 8/2 20/16 27/7 27/19 34/18
**demonstrate [2]** 43/19 43/20
**demonstration [2]** 39/4 39/23
**demonstrative [2]** 73/23 74/2
**demonstratives [2]** 43/15 72/24
**denied [10]** 3/6 3/8 3/9 3/11 3/12 3/15 3/17 3/19 3/20 23/16
**deny [14]** 8/24 14/14 16/8 16/16 16/22 17/5 27/22 29/12 31/4 31/15 33/10 51/20 52/20 52/23
**denying [2]** 8/17 25/25
**depend [2]** 44/21 63/24

**dependent [1]** 31/14
**depending [1]** 17/1
**deposition [8]** 22/5 23/11 23/22 34/7 56/6 65/14 65/20 66/3
**depositions [4]** 22/17 64/16 65/15 66/2
**depressed [1]** 40/22
**deprived [1]** 49/3
**describe [1]** 59/25
**described [1]** 71/9
**designate [1]** 49/4
**designated [2]** 59/16 66/1
**designed [4]** 27/12 29/9 35/22 38/23
**destroys [1]** 38/6
**destructive [1]** 38/6
**detailed [1]** 23/23
**details [1]** 21/5
**detect [1]** 27/6
**determine [7]** 25/12 30/9 53/12 54/22 54/23 58/19 67/8
**determining [2]** 26/22 31/9
**detours [1]** 26/9
**devised [3]** 11/3 33/22 43/19
**DG [2]** 39/21 39/22
**DG2 [2]** 33/3 33/5
**DG2E [1]** 33/3
**diaper [47]** 6/12 12/20 12/21 12/21 12/25 13/2 13/7 13/7 25/7 27/16 28/19 28/20 28/21 28/24 30/9 30/10 33/23 34/2 35/11 35/12 35/19 35/20 35/23 36/7 37/2 37/9 37/12 37/19 37/21 37/22 37/24 38/25 39/17 40/3 40/15 40/19 41/1 41/3 42/5 42/7 42/14 42/25 43/7 52/10 52/10 52/13 60/12
**diapers [4]** 7/5 37/14 38/1 38/25
**did [41]** 11/9 23/11 23/21 26/24 29/5 37/20 37/22 38/10 38/12 38/21 40/5 40/10 40/11 41/22 44/23 46/10 49/10 49/17 51/18 54/7 54/8 54/15 54/18 54/25 55/10 55/22 56/3 56/4 56/4 56/14 56/18 57/6 57/6 57/11 57/13 57/15 57/24 58/2 58/2 58/7 58/7
**didn't [19]** 10/6 20/24 22/1 23/3 29/23 29/25 30/2 30/2 30/5 30/7 49/7 54/5 57/24 58/5 58/5 61/21 67/23 72/1 72/22
**differ [1]** 38/11
**difference [6]** 28/18 29/3 37/11 39/17 40/8 51/2
**differences [1]** 26/16
**different [16]** 6/9 12/1 19/7 29/18 31/14 38/3 38/23 41/8 42/17 42/24 50/21 55/4 57/7 57/12 73/6 74/5
**differently [2]** 40/8 68/10
**difficult [2]** 25/20 39/18
**digitally [1]** 56/20
**dire [2]** 71/2 71/3
**direct [4]** 66/15 66/17 66/18 67/1
**directed [7]** 25/15 30/19 61/21 62/2 62/20 67/6 67/17
**directly [2]** 29/17 45/17
**dirty [3]** 37/19 42/20 43/12

## D

disagree [1]   43/21
disappointing [1]   61/12
disclaimers [1]   12/1
disclose [1]   46/10
disclosed [2]   8/12 46/18
discovered [1]   56/7
discovery [2]   50/10 64/21
disguised [1]   31/5
dismiss [2]   61/15 61/18
disparaging [1]   8/11
display [3]   6/16 6/21 72/20
displayed [1]   27/20
dispose [1]   58/20
dispute [1]   60/10
distinction [1]   51/1
distinctions [1]   28/17
DISTRICT [3]   1/1 1/2 1/3
divergence [1]   35/2
divided [1]   4/17
division [3]   1/2 7/18 20/11
divorced [1]   33/22
do [40]   14/13 18/11 19/7
  20/10 21/3 22/16 25/11 29/9
  32/7 33/16 35/1 38/7 38/22
  39/19 40/6 42/4 42/9 45/5
  45/11 50/11 51/11 55/22 56/2
  56/10 56/17 57/1 61/10 62/12
  63/25 64/13 65/18 65/18
  66/18 66/23 67/6 67/11 68/9
  68/19 68/25 73/15
document [5]   5/8 6/19 6/25
  15/15 57/9
documents [6]   6/10 7/22 7/24
  8/3 47/5 57/10
does [11]   8/9 10/22 16/12
  36/9 43/14 51/4 53/8 54/21
  63/19 68/2 72/17
doesn't [14]   5/10 8/13 17/9
  19/25 31/7 34/4 37/3 42/7
  51/3 51/12 55/15 58/8 58/8
  61/12
dog [1]   24/22
doing [12]   5/21 19/10 38/2
  39/20 43/9 43/11 43/13 55/12
  56/9 63/8 71/20 72/3
dollars [1]   19/16
don't [57]   5/19 6/13 6/15
  7/19 7/22 8/8 8/14 8/23
  12/18 13/25 14/5 16/18 19/4
  19/19 20/25 21/2 21/4 24/12
  24/13 24/14 24/20 25/24 26/8
  28/5 29/16 31/23 37/17 39/11
  39/16 40/3 40/21 42/11 42/12
  44/10 44/15 44/22 45/3 45/13
  45/24 46/4 46/5 49/22 56/2
  57/9 57/14 60/23 62/7 64/13
  65/2 65/3 65/18 67/22 68/3
  69/15 70/7 72/19 73/3
done [12]   23/18 26/23 30/1
  36/1 38/5 38/21 40/25 41/4
  47/5 53/14 54/1 72/22
doubt [2]   6/3 39/2
down [9]   5/17 29/4 29/5
  29/24 40/17 41/10 42/12
  42/17 42/25
Dr [4]   33/16 37/11 37/22
  40/18
draft [1]   50/25
draw [3]   50/23 55/21 64/8
drawing [4]   42/15 42/20 43/10
  43/12

drawn [2]   19/20 34/21
dress [3]   8/16 35/22 72/12
drew [3]   6/10 50/12 57/12
drop [2]   43/1 43/1
dropping [1]   62/18
drops [2]   40/17 42/6
Dunn [2]   22/4 23/10
Dunn's [1]   23/22
during [5]   23/23 37/15 43/4
  43/4 72/18

## E

e-mails [3]   50/18 50/18 56/5
each [11]   6/19 42/17 52/12
  53/3 55/25 69/5 69/14 70/20
  71/10 73/6 73/19
earlier [1]   48/16
easily [1]   40/21
effect [7]   17/25 18/5 19/11
  19/13 19/16 19/17 64/21
efficiently [1]   70/16
effort [3]   6/21 15/20 48/25
efforts [2]   20/15 64/10
either [8]   6/15 15/17 15/18
  15/18 19/5 30/9 54/23 71/14
elaboration [1]   5/16
elbow [1]   35/25
electronic [2]   56/22 73/1
element [1]   53/19
Eleven [1]   70/20
elicit [2]   17/21 67/25
elicited [1]   15/18
elicits [1]   66/15
Elite [5]   12/21 12/22 13/7
  39/21 39/22
else [7]   13/15 24/14 44/17
  51/17 54/7 72/7 72/12 72/15
embarrassing [1]   60/9
embellishment [1]   5/16
emission [1]   54/19
employee [1]   65/24
empty [2]   37/12 38/1
encouraging [1]   71/10
end [3]   58/22 61/20 64/6
ended [1]   37/14
enforcing [1]   14/2
engineering [1]   32/12
Ennis [7]   51/7 51/10 51/12
  52/23 64/17 71/21 71/22
enough [4]   25/21 41/1 42/6
  67/9
ensuing [1]   5/24
entail [2]   21/10 28/3
enter [1]   38/24
entering [1]   36/15
enters [1]   35/10
entertain [1]   34/23
entertaining [1]   63/12
entire [2]   33/21 53/5
entirely [1]   34/10
entirety [1]   46/6
entitled [5]   5/8 15/23 16/6
  18/18 75/8
enumerate [1]   47/14
environmental [1]   36/19
Epstein [4]   51/21 52/9 52/21
  52/24
Epstein's [1]   52/1
equaled [1]   19/16
equipment [4]   39/9 43/15
  56/24 73/2
equivalent [1]   19/13
escape [3]   36/2 36/3 42/8

especially [1]   20/14
essence [2]   54/9 51/10
essentially [2]   41/2 41/9
establish [2]   44/12 67/24
established [3]   20/19 26/2
  70/15
establishing [1]   21/3
estimate [3]   52/22 71/6 73/4
estimated [1]   52/9
et [5]   1/9 4/5 13/12 18/16
  32/20
even [16]   12/22 20/2 31/23
  33/7 34/4 34/24 44/10 44/12
  48/24 51/4 54/23 56/4 64/24
  65/4 67/7 69/15
event [3]   16/19 17/11 54/19
ever [2]   18/23 33/7
every [1]   65/6
everybody [2]   54/25 64/25
everything [2]   58/22 72/6
evidence [38]   6/2 8/12 16/2
  21/18 23/13 24/10 26/1 26/4
  26/14 27/12 27/22 28/1 28/7
  28/11 30/19 31/8 31/10 34/17
  37/1 37/5 44/19 45/20 46/1
  46/20 47/15 50/2 50/19 60/11
  62/1 63/7 66/20 67/9 67/10
  67/16 73/1 73/2 73/23 74/2
evolved [1]   22/18
exact [1]   20/4
exactly [3]   9/21 37/19 55/24
examination [1]   67/19
examine [1]   66/16
example [4]   14/20 32/15 61/1
  61/3
examples [2]   15/3 28/5
exceeds [1]   26/4
except [2]   41/6 70/14
exception [1]   49/20
excerpts [1]   23/22
exchange [2]   50/25 73/23
exchanges [1]   50/21
exchanging [1]   74/2
excludable [3]   14/10 15/1
  15/21
exclude [13]   14/4 14/18 15/22
  16/21 21/18 26/1 30/13 31/1
  32/5 43/25 46/8 52/1 53/20
excluded [3]   18/2 51/16 52/15
excluding [1]   15/17
excuse [1]   66/15
exhibit [12]   22/9 32/21 60/4
  60/6 60/19 61/6 64/22 65/6
  65/7 65/10 65/12 72/21
exhibits [5]   32/22 57/17
  64/23 65/10 71/8
exist [1]   34/14
existence [2]   12/22 12/23
existing [1]   7/1
expanded [1]   70/17
expanding [1]   17/19
expect [1]   43/14
expecting [1]   32/3
expensive [2]   56/20 63/5
experience [2]   34/9 68/3
experienced [3]   26/10 67/5
  70/9
expert [9]   6/22 7/6 14/11
  16/20 31/16 38/16 52/1 61/5
  63/6
expertise [2]   6/22 61/4
experts [10]   6/20 6/21 7/1
  7/1 7/2 8/13 32/11 38/14

**E**

**experts . . . [2]** 51/22 80/25
**explain [5]** 16/12 17/6 18/2 37/16 49/2
**explained [1]** 51/24
**explicitly [1]** 34/19
**expose [1]** 43/18
**express [1]** 14/24
**extend [1]** 74/4
**extended [1]** 10/1
**extensive [2]** 50/10 63/5
**extent [11]** 14/24 16/8 16/15 18/10 20/14 29/13 44/17 47/17 50/19 57/4 57/6
**extrinsic [1]** 61/25

**F**

**facial [2]** 31/4 31/15
**facially [1]** 29/12
**fact [8]** 8/24 21/16 21/24 22/5 25/5 44/8 44/12 44/21 45/7 47/19 49/16
**factor [1]** 14/23
**factors [2]** 36/19 52/4
**facts [2]** 60/8 60/10
**failed [2]** 15/7 61/16
**failing [1]** 64/13
**fails [1]** 53/18
**failure [3]** 49/4 61/25 62/16
**faith [3]** 27/19 27/19 71/11
**false [7]** 20/23 21/4 22/14 23/13 25/9 52/3 52/4
**falsity [3]** 31/4 31/9 31/15
**familiar [4]** 6/1 6/14 28/16 32/8
**far [5]** 12/24 34/20 42/12 59/8 64/22
**fashion [2]** 29/19 53/14
**FCRR [1]** 1/23
**feared [2]** 22/4 24/5
**February [2]** 9/5 9/10
**Federal [1]** 6/2
**few [3]** 59/18 59/19 60/21
**Fifteen [1]** 57/16
**fight [2]** 12/17 17/8
**fighter's [1]** 64/7
**Figueroa [1]** 2/18
**figure [5]** 33/7 34/21 52/14 57/8 59/14
**file [3]** 5/7 8/8 62/23
**filed [15]** 7/22 8/3 8/6 8/9 15/16 21/2 21/24 30/14 30/25 31/20 44/24 46/23 61/8 71/6 71/8
**filling [1]** 38/1
**film [2]** 41/10 41/11
**final [2]** 31/17 50/25
**find [8]** 18/7 19/4 20/12 27/21 32/4 32/18 33/9 55/13
**finding [1]** 44/15
**findings [2]** 34/20 53/3
**finds [1]** 19/2
**fine [3]** 51/18 72/6 74/5
**finger [2]** 8/10 22/24
**finger-pointing [1]** 22/24
**finish [1]** 47/11
**first [14]** 5/3 10/25 11/2 11/5 11/6 12/2 17/13 24/20 46/10 53/3 60/12 63/22 66/13 71/4
**first-time [5]** 10/25 11/2 11/5 12/2 63/22

**fit [1]** 49/19
**fits [1]** 25/6
**five [16]** 12/23 29/15 29/17 39/5 53/7 54/21 56/7 69/8 69/13 69/14
**flag [1]** 15/20
**flat [1]** 53/16
**flatly [2]** 17/10 45/12
**flawed [1]** 16/14
**flaws [1]** 51/12
**floor [1]** 40/12
**flow [1]** 56/21
**flows [1]** 73/24
**focus [1]** 63/10
**focused [1]** 26/6
**follow [3]** 19/25 38/22 39/11
**followed [1]** 38/10
**following [3]** 14/2 37/17 63/3
**foot [2]** 40/13 40/13 40/19 40/22
**for Playtex [1]** 4/25
**foregoing [1]** 75/6
**forest [1]** 64/3
**forget [1]** 26/11
**form [5]** 13/21 16/13 26/4 71/6 73/4
**format [1]** 75/9
**forms [1]** 71/2
**formula [1]** 19/20
**forth [6]** 6/6 6/25 25/19 30/11 34/4 60/18
**fortunes [1]** 63/23
**forward [2]** 46/22 67/9
**found [2]** 14/19 32/15
**foundation [3]** 16/7 49/1 52/21
**four [11]** 33/18 33/25 34/1 34/3 34/8 34/11 34/19 34/20 34/25 36/9 43/24
**framework [1]** 16/2
**friends [1]** 63/16
**frivolous [1]** 15/19
**frolics [1]** 26/9
**FTIR [3]** 54/15 54/17 56/19
**fully [1]** 25/3
**function [2]** 18/18 40/7
**fundamental [1]** 33/20
**fundamentally [1]** 57/12
**further [4]** 8/9 61/7 65/11 71/15

**G**

**Gage [1]** 2/2
**galore [1]** 57/17
**gap [1]** 19/18
**GARRISON [6]** 2/3 4/12 35/4 36/22 43/14 71/16
**gatekeeper [1]** 18/18
**gave [2]** 52/15 72/1
**gearing [1]** 27/21
**general [1]** 21/1
**generalities [1]** 25/19
**generic [2]** 29/19 63/20
**Genie [6]** 12/20 12/21 12/21 13/2 13/7 13/7
**gentlemen [1]** 63/13
**get [21]** 8/9 16/24 20/7 23/3 26/24 29/5 39/9 44/1 49/6 51/25 52/11 54/12 56/8 57/10 59/15 68/17 69/8 69/13 72/11 73/15 73/17
**gets [2]** 8/6 42/2
**getting [4]** 35/7 43/6 45/19

51/4
**gift [1]** 22/19
**give [10]** 13/23 39/3 58/6 58/8 59/23 60/1 66/7 73/3 73/19 73/20
**given [4]** 37/13 62/1 62/19 69/9
**glad [1]** 72/1
**glean [1]** 50/20
**glossary [3]** 60/20 60/20 61/6
**go [22]** 4/22 6/16 18/13 24/19 33/14 36/25 37/10 40/11 40/16 41/13 42/9 44/5 50/14 56/16 58/18 66/11 66/13 67/9 69/24 71/5 71/7 73/13
**God [1]** 47/4
**goes [6]** 5/17 43/22 50/4 50/6 52/17 66/17
**going [64]** 5/4 7/15 8/5 17/5 17/5 17/7 17/8 22/14 24/21 25/17 33/13 33/25 34/12 34/25 35/4 35/7 36/21 39/17 41/19 41/25 43/24 44/11 49/23 50/1 50/14 51/5 51/24 52/21 52/22 54/4 57/1 57/17 58/18 59/11 59/13 59/14 59/19 61/1 61/15 63/8 63/10 64/6 64/7 64/14 65/3 65/5 65/16 65/20 66/6 66/11 66/11 68/4 68/9 68/16 68/16 69/15 70/6 71/12 71/13 71/18 71/18 72/11 72/12 73/6
**good [6]** 4/15 5/2 16/11 27/19 27/19 71/10
**got [5]** 17/6 23/2 24/21 26/18 42/4
**Grand [1]** 2/3
**grandpa [1]** 6/14
**grandparents [1]** 63/18
**grant [12]** 14/13 16/20 17/3 20/12 20/20 29/14 30/13 34/24 46/5 51/5 51/20 52/25
**grant the [1]** 30/13
**granted [8]** 3/6 3/7 3/10 3/15 3/16 3/17 3/18 3/19
**graphic [1]** 57/8
**great [1]** 5/20
**greater [2]** 36/2 36/3
**greatly [3]** 20/20 28/2 50/21
**grounds [1]** 65/10
**group [1]** 30/7
**guess [5]** 17/16 35/6 39/8 46/8 73/7
**guys [2]** 66/24 74/4

**H**

**habits [1]** 63/16
**had [30]** 6/19 6/20 23/14 23/15 28/5 38/5 38/21 39/24 40/1 42/9 44/14 44/14 46/14 46/18 46/23 47/5 48/19 48/25 49/1 49/7 49/17 49/19 54/21 55/10 55/20 56/4 67/8 69/13 70/12 73/10
**halfway [2]** 53/2 56/2
**hand [4]** 35/25 42/12 42/14 56/17
**hand-off [1]** 56/17
**handled [1]** 40/9
**hands [1]** 64/7
**handwritten [1]** 54/9
**happen [1]** 41/20

## H

**happened [2]** 22/21 64/3
**happening [1]** 23/1
**happens [6]** 4/19 14/21 38/24
 38/25 38/25 64/24
**hard [2]** 17/22 35/15
**has [34]** 6/19 8/2 8/19 8/23
 12/20 14/10 14/16 15/24 16/4
 20/10 22/5 22/18 23/12 24/5
 25/10 27/25 28/8 29/23 30/11
 32/3 32/6 42/14 45/24 47/19
 48/17 52/1 52/2 59/16 62/25
 63/4 64/21 66/1 66/13 69/9
**have [101]**
**haven't [2]** 9/4 58/1
**having [7]** 31/11 33/15 42/19
 43/19 45/11 49/2 72/7
**he [54]** 14/22 15/6 16/4
 17/14 17/16 17/20 19/4 19/20
 23/11 23/12 23/14 23/14
 23/23 29/24 29/25 30/1 30/2
 30/2 30/5 30/7 30/19 32/6
 33/8 33/21 34/7 37/22 37/23
 37/25 40/11 40/18 40/25
 40/25 41/3 42/14 52/4 52/9
 52/12 53/1 54/5 54/6 54/15
 54/15 54/16 54/23 55/6 55/8
 56/4 56/18 56/24 57/24 58/4
 58/5 58/7 58/7
**he's [6]** 14/24 16/6 19/20
 32/11 38/16 42/19
**head [1]** 42/21
**hear [1]** 25/24
**heard [2]** 22/17 25/21
**hearing [2]** 6/18 60/22
**hearings [1]** 69/12
**hearsay [3]** 47/13 47/21 49/20
**heart [1]** 42/2
**Heber [5]** 31/16 31/19 31/20
 31/21 33/10
**Heber's [1]** 32/8
**Hekman [8]** 16/20 17/13 18/4
 18/14 18/24 19/2 19/10 20/6
**Hekman's [4]** 16/21 18/12
 18/19 20/1
**held [1]** 75/8
**help [5]** 6/24 8/13 20/24
 35/22 61/4
**helpful [1]** 72/21
**helps [1]** 42/23
**her [2]** 49/10 49/24
**here [21]** 5/3 5/19 17/24
 20/24 21/6 22/6 22/16 23/19
 25/16 41/24 42/23 56/17
 64/14 64/25 66/8 68/7 68/8
 70/5 71/13 72/10 73/23
**here's [3]** 47/7 57/1 66/10
**hereby [1]** 75/5
**high [1]** 53/10
**higher [1]** 53/10
**HILLS [1]** 2/11
**him [4]** 38/19 52/15 56/5
 57/25
**his [26]** 14/24 16/5 17/25
 19/15 22/5 22/21 30/13 32/2
 32/5 32/13 33/19 33/19 34/3
 34/7 34/8 37/13 42/9 43/23
 52/3 53/1 53/8 54/14 54/15
 56/7 56/18 58/12
**historic [1]** 49/18
**History [1]** 15/23
**histrionic [1]** 22/24

## 

**hit [2]** 18/24 18/25
**holding [1]** 66/14
**home [2]** 13/2 41/17
**honestly [1]** 71/12
**Honor [76]**
**HONORABLE [1]** 1/3
**hope [1]** 18/17
**hoping [1]** 35/7
**host [2]** 69/12 71/5
**hour [7]** 53/10 53/17 69/20
 69/22 70/1 70/3 73/6
**hours [9]** 54/23 55/20 68/25
 69/5 69/8 69/13 69/13 69/14
 70/20
**HOUSE [1]** 2/10
**housekeeping [1]** 50/11
**how [27]** 4/20 6/14 8/11
 10/14 14/5 14/6 14/25 15/25
 29/23 29/25 30/2 31/1 39/4
 41/3 42/18 43/22 44/7 55/24
 59/14 61/1 67/6 67/11 68/13
 68/14 69/23 73/3 73/7
**HOWARD [1]** 1/3
**however [2]** 18/14 46/22
**humor [1]** 12/15
**hundred [2]** 13/3 28/5
**hundreds [1]** 57/16
**hyperbolic [1]** 8/10

## I

**I'll [20]** 4/18 5/4 10/16
 12/14 13/20 18/2 21/6 26/11
 34/22 51/18 51/22 67/9 69/4
 70/6 71/1 71/2 71/5 73/3
 73/3 73/20
**I'm [69]** 5/4 5/14 5/18 6/14
 6/14 6/15 10/19 14/21 15/2
 17/10 17/12 20/9 21/11 22/3
 23/16 24/13 24/18 24/21
 25/25 27/23 28/4 30/15 32/8
 33/13 34/11 35/7 35/7 37/17
 39/12 40/23 41/25 43/24
 44/11 47/14 50/7 50/14 57/1
 57/2 57/20 57/25 59/9 59/19
 63/8 63/12 64/12 64/15 65/5
 65/5 67/13 67/13 68/12 68/16
 68/19 69/9 69/15 69/20 70/5
 71/7 71/10 71/18 71/18 72/1
 72/5 72/7 72/10 72/12 73/4
 73/6 73/23
**I've [12]** 6/3 6/11 24/21
 25/21 30/6 37/7 49/22 59/8
 67/5 70/12 70/22 72/22
**idea [3]** 36/16 42/6 42/15
**identified [2]** 22/8 71/22
**identify [2]** 23/22 59/10
**ignores [1]** 19/7
**II [7]** 12/20 12/21 13/2 13/7
 13/7 39/21 39/22
**images [1]** 68/9
**impact [2]** 20/20 65/2
**impeach [1]** 59/2
**impeachment [2]** 66/5 66/9
**impose [1]** 8/7
**imposing [1]** 69/20
**imprecise [1]** 21/2
**improper [3]** 44/7 44/11 44/12
**impropriety [1]** 44/16
**in-home [1]** 13/2
**IN-HOUSE [1]** 2/10
**inaccurate [1]** 55/8
**inadequate [1]** 16/14
**INC [2]** 1/6 4/5

## 

**include [2]** 30/7 69/1
**included [1]** 15/14
**including [1]** 59/2
**inclusion [1]** 51/14
**inconsistent [1]** 36/10
**incorporated [8]** 15/15 28/17
 28/22 29/16 31/12 33/19
 34/19 60/8
**incorporates [1]** 48/11
**increase [1]** 17/18
**increased [5]** 18/25 19/2
 19/23 20/5 53/16
**incredibly [1]** 63/5
**increment [1]** 55/19
**incremental [1]** 55/19
**indeed [3]** 6/12 26/21 27/8
**independent [4]** 13/2 34/14
 47/17 50/2
**independently [1]** 48/3
**indicating [19]** 6/10 36/1
 39/22 40/14 40/16 40/17
 40/19 41/4 41/12 41/13 41/16
 41/24 42/2 42/8 42/10 42/15
 42/22 42/24 43/2
**inextricably [1]** 36/5
**information [1]** 46/11
**informative [1]** 15/24
**initial [2]** 14/4 53/7
**injunction [3]** 8/17 9/21
 69/12
**inquiry [1]** 26/4
**insert [1]** 40/15
**insertion [2]** 35/12 35/19
**inside [2]** 42/20 54/15
**instead [7]** 29/18 35/23 37/20
 37/24 40/18 42/9 47/24
**institution [1]** 46/13
**instructions [4]** 6/13 37/6
 37/8 69/19
**intend [2]** 12/17 12/18
**intending [3]** 24/7 24/9 65/14
**intends [6]** 17/20 17/21 21/3
 22/13 22/16 22/19
**intensity [1]** 34/19
**intent [2]** 20/16 20/18
**intention [1]** 25/17
**interest [1]** 15/25
**interesting [1]** 63/1
**interfere [1]** 59/2
**internal [3]** 26/14 27/13 28/6
**interposing [1]** 26/3
**interrupt [2]** 30/15 45/19
**intertwined [1]** 36/6
**intervals [4]** 53/3 53/4 53/5
 53/13
**introduce [6]** 24/10 27/11
 27/22 30/19 65/14 66/20
**introduced [5]** 7/25 19/5
 28/15 47/16 48/3
**introduction [1]** 46/1
**intuitive [1]** 17/16
**invective [2]** 8/11 22/23
**inviting [1]** 21/12
**involves [1]** 32/13
**involving [2]** 16/13 27/5
**irrelevant [2]** 14/12 29/12
**irresistible [1]** 12/14
**is [214]**
**isn't [4]** 16/2 29/5 32/6
 32/16
**issue [19]** 6/24 15/16 15/19
 24/24 25/6 29/13 29/20 31/2
 35/19 36/11 36/12 41/7 46/4

**I**

issue... [6] 43/5 48/16 57/12
58/14 71/23 71/24
issued [1] 8/16
issues [2] 24/24 36/19
it [234]
it's [51] 5/25 12/2 12/6
12/8 12/22 14/5 14/10 15/10
17/15 17/16 17/22 20/8 25/2
25/6 25/20 26/15 29/13 31/4
33/7 35/14 36/6 36/9 36/17
36/18 38/5 39/1 39/17 41/2
41/11 41/14 43/23 45/5 45/19
46/21 47/15 48/9 48/24 50/13
51/1 51/5 52/19 57/15 61/14
61/23 62/10 63/1 64/8 65/7
65/7 66/13 72/6
Item [1] 4/4
items [1] 34/16
its [32] 8/20 12/25 15/7
16/14 18/12 18/16 18/16
18/25 19/1 19/1 19/5 19/6
19/16 20/5 20/20 25/13 26/14
26/20 27/20 28/6 29/16 32/3
44/20 44/20 46/6 47/21 48/18
49/2 52/8 66/14 66/22 66/23
itself [7] 25/11 27/13 27/14
37/6 37/7 37/8 58/23

**J**

JJ [1] 32/21
John [1] 16/19
joint [1] 59/6
judge [9] 1/3 23/2 25/10
27/24 48/14 68/2 69/10 73/10
74/6
judgment [2] 31/5 63/12
Judicial [1] 75/10
juggling [1] 34/2
jurors [2] 60/5 73/15
jury [23] 12/17 14/11 17/5
17/5 17/7 26/8 27/18 33/7
43/20 44/2 47/23 50/1 57/18
58/14 59/24 60/16 61/2 63/11
65/5 69/1 69/18 69/19 71/5
jury's [1] 17/2
just [39] 10/17 11/23 12/14
13/16 17/3 18/3 21/20 23/17
29/10 30/15 30/18 33/2 35/20
35/23 36/8 38/9 39/12 41/9
41/25 42/5 42/5 42/6 43/20
45/7 53/11 55/8 55/4 57/11
61/2 64/20 66/6 68/3 68/7
68/12 69/22 70/1 70/3 70/24
71/19
just placed [1] 35/20
justify [1] 16/14

**K**

Kamins [9] 28/10 28/14 28/21
29/3 29/9 29/11 29/18 29/23
30/12
Kamins' [1] 30/17
Kansas [1] 2/4
keep [7] 11/4 17/23 26/15
45/20 59/24 68/23 69/23
keeps [1] 41/15
kidding [1] 17/6
kind [8] 22/22 24/10 29/18
36/5 43/24 44/16 50/23 55/5
kinds [1] 21/11
kitchen [1] 36/17
knew [3] 46/13 46/16 46/23

**I** (continued)

know [53] 6/24 14/5 16/18
17/23 18/17 20/4 20/13 21/1
22/21 24/12 24/15 25/1 25/7
26/14 29/23 29/25 30/2 30/3
30/5 35/19 35/22 36/17 36/18
37/4 40/3 42/5 42/11 43/4
44/10 48/25 50/6 50/9 54/4
54/5 55/19 55/24 56/4 56/9
56/12 56/21 56/24 57/14 58/1
63/8 63/14 63/24 67/22 68/17
69/15 70/4 70/7 72/11 73/3
73/4
known [1] 50/8
koonce [6] 2/15 4/25 32/22
36/23 39/19 56/13
Kumho [1] 6/1
Kuru [2] 32/17 32/24

**L**

lab [3] 7/6 13/8 26/23
laboratory [1] 28/25
Labs [2] 6/20 7/4
lacking [2] 19/8 43/23
lacks [3] 33/8 33/24 52/19
ladies [1] 63/13
laid [1] 52/22
Lancaster [1] 2/7
lance [3] 2/15 4/25 32/21
language [2] 8/10 10/20
last [3] 52/8 53/4 64/16
late [1] 45/19
later [7] 16/24 21/11 28/8
56/3 59/4 59/5 59/15
Lathrop [1] 2/2
Laugh [1] 63/13
law [13] 2/3 2/6 2/6 2/9
2/14 2/15 2/18 6/20 14/24
14/25 14/25 15/1 15/7
lawsuit [4] 44/24 45/1 46/13
46/22
lawyer [8] 14/21 14/22 24/14
34/23 68/21 68/22 69/7 70/10
lawyers [9] 26/6 26/10 29/8
52/14 59/1 69/2 70/13 71/1
71/2
lawyers' [1] 59/2
lead [1] 4/18
learned [2] 4/24 22/25
least [4] 24/9 34/15 54/25
58/13
leave [1] 37/21
leaving [1] 37/25
lectern [1] 68/22
left [2] 34/13 34/13
legal [4] 14/10 15/4 15/11
51/15
lengthy [1] 57/8
less [2] 33/5 54/21
let [8] 17/8 24/14 37/10
37/10 40/5 40/16 47/11 73/4
let's [8] 4/22 5/11 7/14
44/5 50/17 53/21 58/16 65/9
Levine [14] 14/5 14/5 14/7
14/8 14/8 14/19 14/20 15/12
16/4 51/9 51/11 51/14 51/19
71/24
Levine's [4] 15/4 15/22 16/9
16/12
liability [1] 70/25
lid [1] 35/13
life [2] 37/3 37/18
like [8] 22/22 26/8 26/19
29/4 36/8 52/16 56/22 59/3

**L** (continued)

likelihood [1] 64/9
likely [5] 7/19 17/9 47/7
26/9 63/11
limine [14] 3/5 3/14 5/4 5/9
5/13 11/24 21/8 21/16 21/25
22/18 61/24 62/15 62/20
64/11
limit [3] 69/2 69/4 70/13
limitations [2] 37/4 67/1
limited [4] 34/23 47/24 48/1
51/4
limiting [2] 27/23 28/4
limits [5] 27/23 59/13 68/19
68/20 68/25
line [8] 7/5 19/22 26/3
29/22 47/14 47/15 60/1 71/7
link [1] 44/17
list [7] 11/4 22/9 60/23
65/7 65/10 65/17 65/23
lists [1] 65/15
literal [3] 31/4 31/8 31/15
little [7] 28/12 32/10 39/18
42/1 61/11 68/12 71/19
live [1] 65/24
LLC [4] 1/9 4/5 4/24 4/25
Local [1] 64/12
logical [3] 19/18 19/23 20/3
long [2] 39/4 72/24
longer [3] 8/4 8/20 8/22
look [8] 21/23 22/2 23/6
35/21 49/24 50/1 54/9 73/3
looked [5] 22/2 31/19 37/7
59/8 64/22
looking [2] 40/23 61/9
looks [1] 26/19
LOS [4] 1/15 1/24 2/19 4/1
losses [1] 52/9
lost [7] 19/21 52/10 52/10
63/7 69/22 70/11 70/3
lot [8] 12/7 26/20 32/3 63/3
63/25 64/6 64/24 65/12
lots [1] 70/12
loudly [1] 32/24
lower [2] 54/24 55/23

**M**

machine [3] 54/15 56/19 56/20
made [9] 16/21 23/12 26/13
29/23 31/17 32/10 44/5 52/17
60/4
magazine [1] 60/14
mails [3] 50/18 50/18 56/5
main [1] 16/11
maintained [1] 27/20
major [1] 8/18
make [16] 22/13 22/14 26/12
38/19 39/10 40/5 48/7 57/8
58/12 58/13 61/5 62/17 65/4
65/18 65/25 72/1
makes [2] 7/24 33/20
making [1] 14/22
malodor [16] 25/1 27/8 34/18
37/14 37/23 41/3 41/16 44/9
44/13 44/23 45/12 45/15
45/16 45/21 45/22 46/1
malodor-soaked [1] 37/14
man [1] 14/21
management [1] 31/6
manner [2] 35/19 36/10
manufacturer [2] 55/5 56/8
many [7] 26/9 38/7 38/7
38/10 60/10 62/24 72/23
MARCIA [2] 2/14 4/23

**M**

**Mark [1]** 14/3
**market [12]** 17/19 18/22 18/24 18/25 19/9 19/9 28/20 28/22 30/10 52/3 52/12 60/13
**marketing [1]** 10/15
**marketplace [5]** 8/19 9/16 10/1 10/14 17/8
**marks [1]** 53/10
**match [1]** 64/7
**matched [1]** 34/8
**material [2]** 19/2 40/23
**materials [3]** 10/21 24/1 27/20
**matter [8]** 8/6 15/6 42/2 57/18 68/21 69/6 69/24 75/8
**matters [7]** 53/21 58/20 63/14 63/15 63/15 63/16 63/17
**MATZ [1]** 1/3
**maximum [2]** 69/21 73/5
**may [27]** 6/5 8/24 11/11 13/16 17/12 17/13 22/25 23/25 25/23 37/9 44/1 48/6 53/23 54/22 56/15 57/18 58/10 58/12 58/13 64/24 65/22 67/3 67/23 70/9 72/7 72/9 72/12
**maybe [11]** 17/10 28/22 40/20 48/24 48/24 50/13 59/18 60/1 63/8 63/24 63/24
**McGinley [16]** 38/11 38/13 54/2 54/14 55/1 56/13 56/14 56/18 56/19 56/23 57/3 57/13 57/15 57/23 58/1 58/2
**McGinley's [1]** 56/18
**me [45]** 6/24 9/13 10/16 11/9 14/1 17/22 18/19 22/2 23/17 24/8 25/10 25/20 26/19 33/17 34/13 39/3 39/8 39/10 39/25 40/5 40/11 41/21 43/20 44/22 46/17 47/11 48/22 51/10 55/6 57/19 58/2 58/21 61/11 63/1 63/2 63/12 65/19 65/20 66/15 67/10 67/17 70/2 72/1 72/12 74/5
**mean [15]** 12/18 14/9 18/15 38/3 42/11 52/24 54/11 55/15 55/18 59/12 64/3 64/23 68/2 70/23 74/1
**meaning [1]** 30/9
**means [3]** 26/7 33/6 44/13
**measure [1]** 53/13
**mechanism [8]** 35/21 35/24 41/6 42/1 42/3 42/24 42/25 43/8
**mechanisms [3]** 41/9 42/16 42/17
**meet [3]** 15/7 18/8 71/4
**memo [2]** 21/16 21/23
**mention [1]** 26/17
**mentioned [2]** 24/1 71/21
**mere [2]** 12/16 62/10
**merely [3]** 14/22 34/3 50/25
**merit [1]** 52/2
**met [1]** 15/5
**methodology [7]** 17/14 18/6 37/13 53/5 57/3 57/13 58/13
**Micro [2]** 45/15 45/16
**middle [1]** 54/3
**might [2]** 15/24 25/10
**million [4]** 26/22 53/7 54/21 61/1

**mind [2]** 47/25 63/4
**mine [1]** 13/20
**minute [5]** 18/3 37/16 51/23 55/14 62/8
**minutes [3]** 32/19 33/1 39/5
**mirror [1]** 68/9
**misplaced [1]** 45/23
**missed [2]** 57/15 57/19
**misunderstand [1]** 71/12
**MK [2]** 33/3 33/4
**MO [1]** 2/4
**model [1]** 18/7
**moment [2]** 25/17 55/21
**moms [8]** 10/25 11/2 11/5 12/3 13/1 13/3 63/22 64/1
**MONDAY [6]** 1/16 4/1 5/7 5/11 28/8 57/2
**money [2]** 52/11 64/6
**more [23]** 4/7 18/13 24/14 25/24 28/4 28/7 36/1 38/7 50/13 50/18 51/5 51/22 57/10 58/8 63/25 64/6 64/24 65/9 66/11 69/4 69/16 70/5 71/23
**most [7]** 5/22 6/8 14/13 51/11 52/12 60/2 62/2
**motion [74]** 3/7 3/8 3/9 3/10 3/11 3/12 3/15 3/16 3/17 3/18 3/19 3/20 3/21 8/17 14/4 14/13 16/8 16/15 16/17 16/20 20/9 20/12 20/21 21/1 21/7 21/8 21/16 22/18 23/6 23/7 23/14 23/18 23/19 23/21 24/5 25/8 25/15 25/19 25/25 26/2 26/13 27/23 28/10 29/13 29/16 30/13 31/4 31/5 31/15 31/17 32/5 33/10 33/15 34/24 35/16 38/14 44/5 44/6 45/10 45/11 46/6 46/7 46/7 51/6 52/20 52/23 52/25 58/1 61/24 62/2 62/15 62/20 67/17 71/22
**motions [21]** 3/5 3/6 3/14 5/4 5/8 5/12 5/20 6/4 6/9 8/16 11/23 14/3 21/24 33/12 33/13 36/20 57/16 61/18 63/3 63/12 64/11
**move [4]** 28/10 41/1 61/15 61/20
**moved [2]** 9/23 51/8
**moving [3]** 14/18 34/4 46/22
**Mr [20]** 7/3 7/11 11/9 22/4 23/10 23/22 24/11 24/19 25/22 30/17 35/4 36/21 36/23 39/19 43/14 56/13 68/11 69/25 70/6 71/16
**Ms [6]** 7/14 24/10 27/5 49/15 63/1 73/11
**much [11]** 4/17 6/7 15/5 25/6 36/1 38/3 55/24 69/16 69/23 73/3 73/7
**multiple [8]** 12/21 18/7 23/11 27/6 37/14 37/23 38/8 56/10
**multiple-regression [1]** 18/7
**MUNCHKIN [73]** 1/6 2/9 4/5 4/10 4/13 4/14 4/16 7/6 9/23 10/2 10/10 10/22 11/24 12/3 12/25 15/13 17/21 18/1 18/15 18/24 19/17 19/21 19/24 21/2 21/3 21/17 22/13 22/16 22/19 23/15 26/20 26/24 27/11 27/12 28/4 29/17 31/3 31/7 31/13 33/20 34/10 35/21 38/10 38/16 41/5 42/20 43/13 44/5 44/8 44/8 44/13 44/18

44/23 45/1 45/17 45/24 46/10 46/13 46/23 46/25 51/5 51/6 51/10 52/7 52/7 52/19 54/9 62/9 63/23 66/1 66/13 66/14 66/21 68/5
**Munchkin has [1]** 45/24
**Munchkin's [24]** 13/11 15/8 17/17 18/5 18/22 19/9 19/11 19/12 19/22 20/4 27/21 28/7 29/8 41/22 41/23 43/9 43/12 44/19 50/24 52/5 61/15 62/3 65/23 65/25
**my [32]** 5/13 6/20 6/24 7/9 7/21 7/23 8/15 11/3 14/22 15/20 24/18 26/15 31/6 33/11 38/20 44/2 47/7 48/14 48/19 48/25 49/8 51/2 58/12 58/19 58/21 63/4 64/11 65/23 69/3 69/9 71/4 73/22
**my actual [1]** 7/21
**myself [1]** 32/10

**N**

**NAD [8]** 9/7 9/9 15/25 16/5 20/11 20/19 46/12 46/20
**name [4]** 4/9 23/19 36/23 49/24
**names [1]** 59/21
**Nancy [2]** 49/10 49/24
**national [2]** 13/2 20/10
**near [1]** 8/11
**necessarily [6]** 5/10 9/2 19/23 19/25 38/22 49/23
**necessary [6]** 13/25 30/8 53/15 59/11 59/19 62/24
**need [7]** 5/6 6/16 13/21 17/13 25/24 57/10 62/23
**needs [1]** 44/2
**never [4]** 67/5 70/12 70/13 70/18
**new [8]** 2/16 13/6 13/13 14/12 16/9 17/17 58/25 64/1
**next [12]** 5/7 5/11 19/15 20/22 26/13 28/8 28/10 44/5 46/7 57/2 61/7 61/9
**Ninth [3]** 5/23 5/25 8/18
**NIRENBERG [2]** 1/23 75/14
**NN [1]** 32/23
**no [53]** 1/8 3/7 3/8 3/9 3/10 3/11 3/12 3/15 3/16 3/17 3/18 3/19 3/20 3/21 5/5 5/16 5/16 5/16 6/2 8/4 8/6 8/20 8/22 9/8 11/17 11/20 12/6 12/18 25/17 25/24 29/7 33/6 37/1 37/5 37/23 41/3 47/18 52/16 55/6 55/7 57/12 58/1 64/7 67/1 67/20 68/9 68/21 69/5 69/24 71/14 72/19 74/2 75/14
**nobody [2]** 36/9 64/7
**none [2]** 31/20 31/21
**nonetheless [1]** 66/1
**normal [1]** 42/4
**normally [3]** 36/1 40/12 41/24
**North [2]** 1/24 2/11
**not [121]**
**note [3]** 12/14 63/2 70/24
**notes [1]** 54/10
**nothing [6]** 5/17 7/13 36/14 56/22 61/7 73/19
**notice [1]** 66/7
**notwithstanding [1]** 15/20
**novel [1]** 73/20

**N**

**now [33]** 9/19 9/22 9/24 9/19
10/3 11/8 16/23 20/8 20/22
21/6 21/20 24/19 26/13 26/17
27/11 30/14 31/16 33/6 33/13
35/17 39/13 42/11 44/5 51/10
51/21 53/21 56/12 57/19
58/16 59/4 59/20 65/6 69/9
71/1 73/17
**number [42]** 4/4 8/20 10/23
11/2 11/5 11/13 11/15 11/17
11/25 12/2 12/4 12/6 13/6
13/12 13/12 13/14 14/18
16/17 17/17 20/9 30/14 30/25
33/15 46/7 46/15 47/6 48/18
50/5 50/17 51/6 51/7 51/21
59/8 60/3 60/8 62/5 63/21
63/21 63/22 64/1 64/2 64/2
**numbered [7]** 16/17 31/21
31/22 32/1 32/2 32/2 32/16
**numbering [1]** 16/18
**nursery [1]** 36/17
**NY [1]** 2/16

**O**

**object [1]** 57/24
**objected [1]** 57/25
**objecting [1]** 65/1
**objection [2]** 26/3 65/8
**objections [8]** 64/22 64/23
65/2 65/4 65/9 65/11 65/12
72/17
**objects [1]** 15/14
**oblivious [1]** 6/15
**obtain [3]** 44/23 47/3 47/4
**obtained [6]** 44/8 44/8 44/14
44/18 45/7 45/22
**occasion [4]** 16/4 16/23 70/17
72/1
**odor [20]** 11/14 11/15 11/18
11/25 12/4 12/7 13/6 13/7
13/21 17/17 25/6 32/13 35/22
41/19 42/8 42/18 43/3 62/5
63/23 64/2
**odor-control [1]** 35/22
**odors [2]** 25/13 26/21
**of leaving [1]** 37/25
**off [7]** 12/9 39/24 40/1
41/11 56/17 58/14 63/20
**offer [2]** 18/4 18/14
**officer [1]** 46/17
**offices [1]** 2/6
**Official [2]** 1/23 75/15
**Oh [3]** 24/16 58/10 73/17
**Okay [48]** 4/15 4/19 4/21 5/2
7/14 7/19 9/1 9/7 9/15 10/8
10/20 11/3 11/8 12/24 13/15
14/8 22/21 23/3 25/9 25/21
27/11 29/8 30/24 32/25 33/6
33/15 35/3 35/4 36/21 36/23
37/18 39/6 39/15 41/23 42/24
46/10 51/8 57/1 58/11 62/22
64/20 66/10 68/7 68/16 70/19
70/22 72/13 74/6
**old [1]** 8/24
**omnibus [4]** 29/19 29/23 30/17
30/20
**on-line [1]** 71/7
**once [8]** 7/24 21/9 66/12
66/19 67/1 68/1 68/22 70/14
**one [48]** 5/22 12/10 13/1
17/3 17/4 17/14 20/9 20/22
24/14 24/24 25/13 26/15
30/17 28/15 32/11 34/12
34/21 33/2 35/12 36/14 36/14
38/13 43/3 43/11 43/13 43/13
48/6 48/7 50/12 50/13 50/18
50/25 53/23 55/4 55/20 55/20
57/20 57/21 59/23 60/1 61/12
62/11 64/1 68/8 70/17 71/22
72/16 73/14
**one-line [1]** 60/1
**ones [2]** 30/5 51/13
**only [21]** 5/22 5/23 8/18
12/22 14/13 15/10 27/18
30/17 33/9 36/12 37/11 38/11
38/20 39/17 42/13 43/8 43/11
51/25 54/11 59/11 66/8
**oOo [1]** 74/10
**open [2]** 41/1 41/2
**opened [2]** 6/13 40/18
**opening [10]** 34/3 43/5 60/5
69/1 69/18 72/17 72/18 73/2
73/5 74/1
**openly [1]** 57/14
**opens [2]** 35/11 35/25
**operate [1]** 40/13
**operative [1]** 10/20
**opine [2]** 6/22 32/6
**opinion [2]** 15/18 18/20
**opinions [4]** 14/12 51/7 51/15
51/21
**opportunity [4]** 18/11 49/1
49/7 73/16
**opposed [2]** 42/22 67/18
**opposing [1]** 8/10
**opposition [1]** 21/1
**oral [2]** 5/6 65/8
**orally [3]** 5/5 5/18 6/25
**order [19]** 5/8 5/12 5/17
7/23 13/22 30/18 31/6 45/21
55/24 56/10 59/7 60/9 60/15
61/9 62/24 64/15 65/19 70/24
73/24
**ordering [3]** 5/14 15/2 57/2
**orders [1]** 7/23
**other [27]** 7/11 8/12 9/15
10/18 11/9 17/4 22/13 22/19
22/19 23/11 25/17 30/5 31/3
31/8 36/18 38/9 52/4 55/20
58/20 60/15 64/25 69/12 71/5
71/10 72/16 72/25 73/22
**others [3]** 14/15 33/23 59/11
**otherwise [13]** 14/18 15/20
16/7 20/18 26/5 37/13 37/25
48/4 49/7 51/18 60/11 60/16
65/14
**ought [1]** 64/9
**our [10]** 6/20 13/18 23/21
27/1 45/12 50/15 62/16 65/25
66/2 66/6
**Ours [1]** 41/11
**out [31]** 10/7 33/7 34/11
34/21 34/25 36/7 37/12 37/21
37/25 39/9 41/2 41/16 41/25
42/19 42/21 43/2 43/10 43/10
43/12 45/20 55/13 56/6 56/21
57/8 59/14 62/10 62/12 62/15
63/13 64/8 69/19
**outcome [4]** 17/2 17/4 17/7
57/18
**outside [1]** 9/2
**outweighed [4]** 20/20 28/2
50/21 65/1
**over [9]** 6/7 13/2 33/2 33/3
50/2 53/16 59/8 64/22 73/3
**overall [2]** 20/17
**overestimates [1]** 19/21
**overlap [1]** 59/16
**overrule [1]** 29/12
**overt [1]** 18/21
**overwhelming [1]** 58/21
**own [7]** 19/6 20/5 26/14
44/20 44/20 49/4 49/10

**P**

**P.M [2]** 1/17 4/2
**packages [1]** 6/14
**packaging [15]** 6/11 6/16 8/21
8/23 8/25 10/21 11/13 11/19
11/20 11/21 12/5 12/8 12/8
19/1 40/23
**page [10]** 3/3 14/17 32/2
32/16 32/18 61/10 64/15
65/13 70/23 75/9
**pages [3]** 31/21 57/17 65/20
**pail [42]** 9/25 10/3 10/5
10/8 10/21 11/6 11/19 12/2
12/25 27/17 28/19 28/20
28/21 28/24 30/10 30/10 33/4
33/5 34/3 34/6 35/11 35/21
37/3 37/10 37/14 37/19 37/21
37/24 38/1 39/1 39/24 40/1
40/15 41/5 41/9 41/10 41/16
42/13 52/10 52/10 52/13
52/23
**pail-off [2]** 39/24 40/1
**pails [7]** 6/12 33/3 33/23
34/2 41/8 41/15 60/12
**panel [5]** 16/13 27/6 28/16
30/2 30/7
**panelists [2]** 37/24 38/8
**panels [1]** 27/6
**papers [12]** 6/6 23/7 23/18
23/21 24/2 24/4 26/2 29/16
31/20 44/10 45/2 57/15
**paragraph [9]** 14/17 14/20
14/20 15/3 51/16 64/20 70/22
70/23 71/22
**paragraphs [1]** 71/25
**paraphrase [1]** 30/6
**Pardon [3]** 9/13 39/25 70/2
**parenthetically [2]** 5/21 17/2
**parents [2]** 33/23 63/18
**parris [12]** 2/6 2/6 4/7 4/10
7/3 7/11 11/10 24/19 25/22
68/11 69/25 70/6
**part [27]** 3/6 3/6 3/15 3/15
3/17 3/17 3/19 3/19 12/19
14/13 15/22 16/5 16/11 16/21
16/22 19/1 20/6 20/7 20/16
30/17 34/2 36/7 43/4 51/11
60/24 61/1 72/12
**PART/DENIED [4]** 3/6 3/15 3/17
3/19
**particular [5]** 23/19 26/3
51/12 55/12 62/11
**particularly [2]** 26/23 62/6
**parties [21]** 5/14 8/4 15/2
18/17 20/24 27/25 28/16
38/22 39/3 44/22 51/13 51/17
54/1 57/2 59/1 59/6 59/9
60/6 60/25 63/7 65/13
**parties' [1]** 6/6
**parts [5]** 18/2 26/22 53/7
54/20 57/9
**parts-per-million [1]** 53/7
**party [2]** 14/18 50/2

# P

**patents [1]** 22/2

**pattern [1]** 20/22 21/4 25/8

**PAUL [7]** 2/14 4/23 7/15 24/10 27/5 63/1 73/11

**pay [1]** 63/19

**peculiar [1]** 44/6

**pedal [3]** 40/13 40/19 40/22

**people [3]** 24/8 59/21 65/16

**per [5]** 26/22 52/23 53/7 54/20 61/1

**perceived [1]** 31/1

**percent [1]** 19/3

**percentage [2]** 19/12 20/4

**performed [1]** 60/13

**Pergament [2]** 49/10 49/16

**period [3]** 8/8 53/17 62/5

**permissible [2]** 16/16 73/7

**permission [1]** 56/15

**permit [5]** 31/12 33/25 34/12 44/11 69/15

**permitted [6]** 7/18 23/10 44/7 46/21 66/18 69/5

**person [1]** 37/12

**personally [1]** 70/7

**persuasive [2]** 19/5 43/23

**persuasiveness [2]** 43/23 52/17

**PETTY [2]** 2/9 4/14

**phase [7]** 17/1 17/13 20/7 20/13 20/17 51/24 55/12

**phases [2]** 38/11 38/21

**phrase [3]** 28/19 28/20 28/21

**phrasing [1]** 29/3

**pick [1]** 54/5

**picture [1]** 72/20

**pictures [1]** 72/18

**piling [1]** 27/25

**pink [8]** 9/25 10/3 10/5 10/8 10/21 11/6 11/19 12/1

**place [3]** 17/14 27/17 50/9

**placed [3]** 6/11 27/14 35/20

**plain [1]** 43/11

**plaintiff [17]** 1/7 2/2 4/8 5/7 13/23 14/9 17/23 17/24 59/16 59/18 66/13 66/15 67/7 67/8 67/12 67/15 67/16

**plaintiff's [5]** 3/14 28/15 33/13 33/15 67/13

**plaintiff/counter-defendant [1]** 17/23

**plan [1]** 24/20

**plate [1]** 32/4

**PLAYTEX [76]**

**Playtex filed [1]** 30/14

**Playtex's [35]** 7/6 8/17 9/8 11/24 14/3 16/12 17/18 18/1 18/15 18/22 19/8 19/13 19/13 19/15 19/16 19/17 19/23 19/24 20/3 20/4 20/8 20/12 20/16 21/17 25/1 27/22 28/18 43/8 44/19 45/20 48/4 49/12 52/9 52/14 68/5

**Playtex-prepared [1]** 48/12

**pleadings [1]** 12/19

**please [6]** 4/6 4/9 24/14 24/15 32/24 48/7

**point [11]** 7/9 38/18 38/20 41/17 44/1 44/1 46/18 50/23 52/11 53/12 55/4

**pointed [3]** 29/18 48/3 56/6

**pointing [3]** 8/10 22/24 32/16

**points [3]** 29/22 38/23 57/9

**pony [1]** 24/23

**portion [3]** 18/12 51/19 56/11

**portions [3]** 14/17 14/19 15/10 15/11 15/15 15/21 34/15

**posing [1]** 26/3

**position [6]** 15/19 26/25 28/7 45/12 48/5 50/15

**possessing [1]** 44/13

**possible [3]** 21/9 34/10 71/13

**possibly [3]** 20/14 21/11 71/22

**posted [1]** 69/23

**potential [3]** 52/2 52/19 59/22

**potentially [1]** 64/10

**ppm [2]** 33/3 61/1

**practical [1]** 26/6

**practice [3]** 20/22 21/4 25/9

**pre [12]** 5/3 11/23 16/24 33/14 53/22 58/16 60/9 61/9 62/23 64/15 65/19 70/24

**pre-trial [12]** 5/3 11/23 16/24 33/14 53/22 58/16 60/9 61/9 62/23 64/15 65/19 70/24

**precise [2]** 19/7 21/9

**precisely [3]** 14/17 15/10 32/4

**preclude [5]** 21/5 26/14 27/25 28/10 45/11

**precluded [2]** 21/14 23/20

**precludes [1]** 49/23

**precluding [1]** 31/10

**predicted [1]** 17/7

**preface [1]** 7/21

**preferred [3]** 13/1 16/12 64/1

**prejudice [2]** 3/8 26/2

**prejudicial [2]** 20/20 65/1

**preliminary [4]** 8/17 9/19 9/20 69/11

**premise [1]** 45/23

**premises [1]** 22/17

**prepare [2]** 13/23 30/16

**prepared [8]** 18/4 18/14 20/6 45/15 45/16 48/12 49/10 49/16

**preparing [1]** 63/3

**presence [3]** 25/12 27/7 27/7

**present [6]** 14/1 14/11 17/21 26/8 57/2 57/19

**presented [2]** 13/21 56/5

**pressing [1]** 58/20

**presumably [1]** 15/13

**presumptively [2]** 65/6 67/9

**pretend [1]** 39/6

**pretty [1]** 4/17

**prevent [1]** 45/21

**previous [1]** 52/16

**previously [1]** 13/14

**price [1]** 63/14

**primary [2]** 25/12 32/13

**Primiano [1]** 5/24

**principal [2]** 7/15 7/17

**principles [2]** 6/3 18/6

**print [2]** 13/11 13/11

**prior [2]** 45/1 46/12

**priority [1]** 58/20

**probable [1]** 17/4

**probably [3]** 6/24 69/4 70/11

**probative [7]** 20/19 25/14 26/5 28/1 34/16 36/14 50/19

**problem [1]** 52/25

**procedure [1]** 68/3

**proceeding [2]** 18/19 72/14

**proceedings [5]** 24/14 21/13 46/12 74/9 75/8

**process [3]** 35/23 36/6 54/3

**produce [1]** 65/24

**product [17]** 10/9 18/23 21/19 27/17 34/10 34/11 37/6 37/7 37/8 41/22 42/23 44/9 44/14 44/18 44/19 44/23 63/15

**products [14]** 1/9 4/5 4/24 4/25 12/11 20/15 21/18 22/7 22/20 24/2 25/13 39/3 40/6 42/16

**professor [1]** 32/12

**proffered [2]** 34/17 65/21

**proffering [1]** 47/23

**proffers [1]** 15/13

**prohibit [1]** 9/3

**promoting [1]** 9/3

**promotional [2]** 10/21 19/2

**prompts [1]** 18/19

**pronounced [3]** 14/5 14/6 64/25

**proof [2]** 48/4 51/3

**proper [1]** 52/4

**proposed [7]** 5/8 5/12 5/12 5/17 13/21 13/22 64/23

**proprietary [1]** 41/10

**protective [1]** 7/23

**prove [9]** 45/8 45/22 47/8 49/6 49/7 49/8 61/21 61/25 66/22

**proved [2]** 22/5 24/5

**proven [8]** 8/19 11/25 13/6 46/15 47/6 48/18 50/5 63/21

**proves [1]** 49/25

**provide [6]** 16/6 18/19 30/4 49/1 49/1 60/15

**provided [1]** 66/7

**providing [1]** 49/8

**psychophysics [1]** 32/7

**public [1]** 8/1

**published [1]** 60/14

**puffery [4]** 62/6 62/10 63/2 63/14

**pull [2]** 36/7 42/19

**pulled [1]** 37/25

**pulling [1]** 37/21

**punishing [1]** 64/12

**purchase [1]** 5/14

**Purdue [1]** 32/12

**purport [1]** 6/22

**purporting [1]** 14/24

**purpose [1]** 48/1

**purposes [4]** 35/16 66/5 66/9 69/20

**pursuant [1]** 75/5

**pursue [3]** 31/3 31/8 31/13

**push [2]** 41/7 42/5

**pushing [3]** 35/23 38/5 43/7

**put [18]** 22/19 28/7 37/9 37/19 37/24 38/25 40/19 41/1 42/10 61/5 66/14 66/21 67/9 67/12 67/16 67/23 67/24 67/24

**puts [1]** 66/14

**putting [2]** 24/22 37/2

# Q

**qualifications [4]** 12/1 16/6 32/9 32/11

**qualified [1]** 32/6

## Q

**qualifies [1]** 3/16
**quality [1]** 32/14
**question [10]** 27/14 27/17
28/17 28/19 31/9 41/7 48/6
65/22 67/3 73/22
**questioning [10]** 18/11 68/4
68/20 68/21 68/23 69/5 69/8
69/14 69/17 69/21
**questionnaire [2]** 29/25 73/19
**questionnaires [2]** 73/15
73/16
**questions [2]** 30/5 73/12
**quote [1]** 50/24

## R

**RADER [2]** 2/9 4/14
**raise [1]** 64/7
**raised [2]** 36/20 62/16
**randomly [1]** 61/2
**range [2]** 54/4 55/13
**ranges [1]** 54/10
**rather [2]** 28/25 33/21
**rationale [2]** 38/2 38/4
**Re [2]** 5/8 5/12
**reached [1]** 33/2
**read [4]** 6/13 32/18 32/19
32/20
**readers [1]** 12/11
**reading [4]** 54/11 55/20 55/23
56/22
**real [11]** 28/24 33/22 34/9
36/10 37/3 37/18 41/7 41/7
42/11 52/20 59/10
**real-life [1]** 37/18
**reality [1]** 52/20
**really [24]** 6/8 18/13 18/20
20/24 21/8 29/20 30/7 31/18
33/17 35/15 42/1 43/22 51/3
52/17 59/10 61/19 63/4 63/7
63/10 63/24 64/9 64/25 65/16
69/3
**reargue [2]** 50/9 50/13
**reason [5]** 24/5 49/19 54/3
54/15 72/10
**reasonable [1]** 52/22
**reasons [2]** 19/4 30/11
**rebuttal [4]** 7/1 16/10 16/16
28/11
**received [2]** 21/16 47/20
**recent [1]** 5/22
**reciprocally [1]** 66/22
**recognize [1]** 31/14
**recommend [2]** 63/18 63/18
**recommended [5]** 10/25 11/2
11/5 12/2 63/21
**record [5]** 12/9 23/13 32/19
32/20 50/16
**refer [1]** 16/4
**referee [1]** 64/7
**reference [2]** 46/8 48/2
**references [1]** 17/24
**referred [4]** 9/25 13/14 24/10
63/2
**referring [2]** 48/10 71/7
**refill [1]** 52/10
**refills [3]** 52/11 52/13 52/23
**reflect [3]** 5/10 5/13 15/4
**reflected [1]** 5/13
**regard [2]** 17/21 24/1
**regards [2]** 10/14 72/16
**regression [1]** 18/7

**regrettable [1]** 14/16
**regrettably [1]** 15/1
**regular [2]** 11/20 40/15
**regulation [1]** 15/23
**regulations [1]** 75/10
**related [4]** 6/9 31/13 35/14
53/19
**relating [4]** 17/25 18/5 20/13
46/1
**relationship [2]** 33/18 49/18
**release [2]** 41/19 43/3
**released [1]** 7/5
**relevant [6]** 25/14 25/18 26/5
29/21 45/17 65/1
**reliability [6]** 29/14 33/24
34/8 47/9 53/8 53/19
**reliable [3]** 17/15 18/1 18/8
**reliance [3]** 46/1 46/8 52/3
**relied [2]** 30/1 57/4
**relief [1]** 61/16
**rely [2]** 30/21 49/19
**relying [2]** 27/16 29/24
**remained [1]** 53/16
**remarkably [1]** 63/6
**remember [1]** 45/3
**remotely [1]** 34/5
**removal [1]** 34/5
**remove [2]** 20/15 39/3
**repercussions [1]** 21/11
**replaced [1]** 11/12
**replicate [1]** 37/3
**replication [1]** 38/6
**replications [1]** 38/7
**report [34]** 14/4 14/20 14/20
15/3 15/12 15/22 16/9 16/12
20/1 30/16 31/21 32/2 33/19
47/8 47/20 47/24 48/2 48/2
48/9 48/10 48/12 48/25 49/9
49/12 49/17 49/19 49/25 50/2
50/4 50/8 51/12 51/14 52/1
54/9
**reported [1]** 75/7
**Reporter [2]** 1/23 75/15
**REPORTER'S [1]** 1/14
**represent [1]** 9/10
**representations [2]** 16/15
18/16
**request [2]** 5/5 62/20
**required [5]** 6/3 6/10 18/19
35/1 70/17
**requirements [3]** 8/7 18/8
53/19
**requires [1]** 61/4
**research [2]** 32/13 33/19
**reserve [2]** 15/16 65/11
**resolve [1]** 44/2
**resolved [1]** 61/19
**respect [14]** 9/24 17/14 17/15
27/24 28/24 28/25 34/22 35/6
35/8 35/18 36/11 61/25 62/4
65/24
**respectfully [2]** 48/21 49/15
**respective [6]** 6/6 8/13 60/12
60/25 63/9 64/23
**respectively [1]** 33/4
**respects [1]** 52/5
**respond [4]** 15/7 21/21 25/20
36/21
**responded [1]** 29/17
**respondent [1]** 28/16
**respondents [1]** 28/23
**response [1]** 29/7
**responsibility [1]** 7/18

**rest [3]** 30/22 36/13 51/20
**rests [2]** 67/7 67/15
**result [4]** 8/3 67/7 9/8 71/14
**resulted [3]** 8/2 17/18 29/2
**results [6]** 29/4 46/9 46/25
48/11 52/13 53/8
**resume [1]** 64/10
**returns [1]** 58/19
**reveal [1]** 53/15
**review [2]** 13/24 50/14
**revise [1]** 64/20
**Revised [3]** 62/23 65/19 70/23
**revisions [1]** 62/24
**rex [4]** 2/6 2/6 4/7 4/10
**right [31]** 10/4 15/16 17/12
21/25 24/7 25/19 26/11 26/25
27/25 31/11 35/7 39/9 39/12
39/21 40/2 41/21 43/1 43/20
45/21 46/2 49/25 50/3 50/12
50/17 56/8 63/11 65/11 67/8
71/20 73/17 74/7
**rising [2]** 24/15 24/16
**roadmap [1]** 14/1
**ROBERT [1]** 2/3
**room [5]** 35/10 36/15 36/17
38/24 71/5
**rooms [1]** 33/1
**rope [1]** 58/23
**rule [11]** 5/4 5/4 6/1 23/6
23/8 23/9 62/7 62/15 64/12
65/2 67/17
**ruled [5]** 9/20 51/8 58/1
70/22 71/21
**rules [4]** 6/2 21/10 47/15
73/14
**ruling [19]** 4/20 8/17 11/23
14/22 14/23 15/12 15/16
21/10 26/12 44/2 47/7 48/15
48/16 48/16 49/8 52/17 58/14
62/1 62/19
**rulings [10]** 5/13 5/24 6/25
7/21 8/16 14/2 15/11 33/11
48/22 64/11
**runs [1]** 41/10
**RZx [1]** 1/8

## S

**safe [1]** 51/1
**said [12]** 21/20 21/23 23/1
36/5 45/12 49/22 55/9 56/13
64/5 68/17 70/4 71/22
**sales [14]** 17/18 18/25 19/2
19/6 19/12 19/14 19/16 19/21
19/23 19/24 20/4 20/5 52/10
52/10
**same [17]** 20/4 22/22 40/6
43/24 44/13 51/11 51/18
54/15 55/1 55/4 55/5 55/18
55/19 56/14 57/6 57/12 59/17
**sanction [1]** 15/18
**saw [2]** 54/11 73/14
**say [25]** 4/9 5/11 5/18 5/21
10/22 13/20 17/2 17/6 18/15
20/8 22/1 24/13 26/11 34/8
37/5 46/16 48/17 48/18 48/22
49/24 51/22 53/23 55/11
64/20 65/9
**saying [8]** 22/3 23/25 32/6
48/17 57/25 61/20 62/9 70/14
**says [1]** 14/1
**scaling [1]** 32/8
**schedule [1]** 10/2
**scheduling [2]** 73/24 73/24

**S**

**SCHOENBORN [1]** 27/10

**scientific [1]** 58/9
**scope [6]** 9/2 16/10 26/4
  66/18 67/1 70/16
**scrap [1]** 8/9
**script [1]** 5/19
**seal [7]** 7/22 7/24 8/4 8/8
  41/1 41/18 61/8
**sealed [2]** 32/19 33/1
**seated [1]** 11/11
**second [4]** 10/17 10/22 17/15
  20/8
**secret [1]** 44/16
**secrets [1]** 45/10
**section [2]** 15/22 75/5
**see [23]** 4/19 6/7 6/19 7/12
  7/14 7/20 8/14 17/10 26/18
  31/24 39/20 40/21 41/25
  42/23 43/5 44/15 57/11 65/10
  70/15 71/7 71/11 73/8 73/16
**seeking [2]** 47/3 47/4
**seeks [1]** 14/18
**seem [3]** 32/15 61/13 63/7
**seems [1]** 59/18
**selected [1]** 30/2
**selection [2]** 69/1 69/18
**Self [1]** 15/23
**Self-regulation [1]** 15/23
**sell [1]** 10/6
**selling [4]** 11/13 11/17 12/6
  63/22
**senior [1]** 69/10
**sense [1]** 60/24
**sensible [2]** 26/10 45/25
**sensory [25]** 16/13 27/5 27/15
  32/8 33/16 45/1 46/8 46/11
  46/13 46/18 46/23 47/3 47/5
  47/8 47/9 47/18 47/20 47/24
  48/2 48/9 48/11 49/18 49/25
  50/2 50/4
**sentence [1]** 32/25
**sentencings [1]** 69/11
**separate [2]** 35/15 41/11
**Separately [1]** 62/4
**sequence [2]** 19/18 66/25
**sequential [1]** 60/15
**served [3]** 46/24 47/2 50/9
**set [16]** 6/6 25/19 26/16
  30/11 43/1 56/10 57/18 58/25
  60/17 60/18 68/16 68/19
  68/25 70/6 70/12 70/13
**sets [3]** 6/25 37/23 54/14
**settle [1]** 64/10
**seven [4]** 22/8 55/22 56/3
  56/8
**severe [1]** 18/10
**share [3]** 19/9 19/9 52/3
**she [5]** 49/10 49/16 49/17
  49/17 49/18
**She did [1]** 49/10
**sheer [1]** 6/7
**shelf [1]** 63/15
**shipped [1]** 8/23
**shoot [2]** 29/4 29/24
**should [19]** 5/10 5/13 6/2
  7/21 16/2 16/23 21/8 21/18
  21/23 22/1 22/2 23/10 39/8
  44/6 45/22 52/15 53/14 62/9
  71/23
**show [18]** 20/14 20/16 20/18
  24/22 25/11 27/12 27/13

39/10 39/18 40/11 40/20 41/5
41/21 54/10 54/12 54/16 58/7
72/24
**showing [1]** 15/8
**shows [2]** 46/18 54/20
**sic [1]** 60/19
**side [8]** 6/19 8/12 15/18
  69/5 71/14 72/2 72/25 73/19
**side's [1]** 15/18
**sides [5]** 15/10 63/11 64/8
  64/24 68/8
**sides' [1]** 17/5
**sight [1]** 63/7
**significant [1]** 51/2
**significantly [1]** 33/5
**similar [3]** 27/16 41/6 44/18
**Simonson [2]** 29/24 64/17
**Simonson's [1]** 29/4
**simply [2]** 23/16 56/23
**simulate [1]** 41/17
**simulates [1]** 35/11
**simulating [1]** 34/5
**simulation [1]** 37/2
**simultaneously [3]** 55/16
  55/17 71/23
**since [12]** 8/16 9/4 9/5 9/17
  9/18 9/20 21/15 22/18 24/4
  67/5 72/5 73/25
**single [1]** 57/9
**sippy [1]** 23/15
**sir [6]** 7/8 10/11 12/6 12/18
  55/7 70/8
**sitting [3]** 32/19 33/1 70/5
**six [2]** 24/21 68/15
**size [1]** 40/3
**skewed [1]** 43/19
**slight [1]** 40/8
**slightly [1]** 40/7
**small [2]** 30/17 73/12
**smell [2]** 16/13 27/6
**sniffing [1]** 42/22
**so [105]**
**so-called [3]** 21/19 23/12
  28/11
**soaked [1]** 37/14
**soiled [1]** 7/5
**sold [1]** 18/23
**solely [1]** 30/18
**some [17]** 8/7 8/24 10/12
  11/13 11/21 11/21 24/8 27/13
  27/15 30/1 44/16 50/23 52/2
  59/10 61/4 62/9 64/16
**somebody [8]** 15/13 15/24
  24/14 24/16 35/10 35/11
  35/13 36/15
**somehow [1]** 37/3
**something [20]** 7/24 12/16
  21/20 22/10 23/1 23/3 23/18
  25/11 31/18 32/4 32/6 32/15
  33/8 40/5 44/2 51/17 61/11
  64/21 68/17 70/6
**sometimes [1]** 17/22
**somewhat [1]** 60/17
**sophisticated [2]** 56/20 56/24
**sorry [8]** 21/22 23/2 24/18
  30/15 47/12 49/9 50/7 67/21
**sound [1]** 22/22
**South [1]** 2/18
**space [2]** 42/21 63/15
**speak [4]** 28/3 32/24 36/6
  71/10
**special [1]** 71/1
**specific [7]** 10/6 21/5 21/8

22/3 23/22 33/9 60/23
**specifically [3]** 5/5 31/7
  25/20
**specificity [2]** 14/16 57/5
**specifics [2]** 22/3 29/17
**specified [1]** 53/13
**specify [5]** 28/9 51/13 51/18
  71/25 73/7
**Spectrum [13]** 46/8 46/14
  46/23 47/3 47/5 47/8 47/18
  47/20 47/24 48/2 48/9 48/11
  49/18
**Spectrum's [3]** 46/11 46/19
  47/9
**speculation [2]** 17/3 18/20
**spending [1]** 64/6
**spent [2]** 5/20 63/3
**spits [1]** 56/21
**split [1]** 5/15
**spokesperson [2]** 4/16 7/15
**sprawling [1]** 60/16
**Spring [1]** 1/24
**squabble [1]** 13/25
**stage [5]** 7/25 34/11 37/11
  55/25 62/19
**stake [1]** 69/3
**stand [4]** 25/16 34/16 66/21
  68/23
**stand-alone [1]** 34/16
**standard [3]** 18/6 53/4 73/18
**standards [4]** 15/5 51/15 55/1
  57/5
**standing [1]** 7/23
**stands [1]** 30/22
**start [1]** 6/4
**started [1]** 13/20
**state [4]** 4/6 47/25 61/16
  62/17
**stated [2]** 38/21 50/15
**statement [3]** 60/5 69/1 73/2
**statements [2]** 73/5 74/1
**STATES [3]** 1/1 75/6 75/10
**stating [1]** 50/25
**statistical [3]** 30/3 32/7
  49/17
**statistically [1]** 33/4
**stays [1]** 42/7
**steady [1]** 53/16
**Steckel [1]** 64/17
**stenographically [1]** 75/7
**step [18]** 19/15 33/24 34/1
  34/3 34/5 34/8 34/19 34/20
  34/25 35/8 35/10 35/11 35/13
  35/14 36/8 36/14 37/3 43/24
**steps [7]** 33/18 34/13 34/21
  35/2 35/15 39/13 43/25
**stick [1]** 35/24
**sticking [1]** 42/12
**still [2]** 8/24 10/7
**stint [1]** 16/5
**stipulate [1]** 15/2
**stipulated [1]** 60/8
**stipulation [3]** 5/8 5/12
  13/22
**stop [1]** 21/6
**stores [1]** 8/24
**straight [4]** 26/18 26/24 29/5
  59/24
**Street [4]** 1/24 2/7 2/10
  2/18
**strikes [1]** 48/22
**striking [1]** 15/17
**string [1]** 50/18

**S**

**strong [1]** 44/1
**strongest [1]** 29/22
**struggled [1]** 33/17
**study [3]** 13/2 30/17 33/19
**sub [1]** 12/1
**sub-disclaimers [1]** 12/1
**subject [8]** 15/12 18/10 23/19 25/18 32/5 38/14 60/11 61/24
**subjects [3]** 35/20 35/24 42/9
**submission [2]** 3/21 57/20
**submit [2]** 59/6 62/4
**submitted [5]** 21/15 23/7 23/10 24/4 30/6
**submitting [1]** 71/23
**subpoena [3]** 46/24 47/2 50/10
**subsequent [1]** 22/4
**substance [1]** 24/25
**substantive [1]** 51/3
**substitute [1]** 50/25
**subtle [1]** 28/16
**succeed [1]** 49/8
**sufficiency [2]** 26/21 27/15
**sufficient [7]** 17/22 20/15 27/8 27/17 27/22 45/8 58/25
**sufficiently [3]** 18/8 26/1 34/15
**suggest [4]** 13/25 44/7 49/15 61/14
**suitable [2]** 24/25 25/2
**Suite [2]** 2/4 2/19
**summarized [1]** 5/23
**summary [2]** 31/5 63/12
**summer [1]** 59/5
**superior [2]** 27/8 34/10
**superiority [3]** 19/6 26/17 26/21
**supplemental [1]** 8/7
**support [1]** 73/2
**supported [1]** 28/6
**supports [2]** 48/18 51/2
**Suppose [1]** 39/2
**supposed [3]** 20/25 61/17 64/16
**supposedly [2]** 25/8 44/10
**supposing [1]** 44/15
**supposition [3]** 45/18 45/19 45/23
**sure [7]** 30/16 39/10 43/21 45/14 50/12 71/19 73/23
**surely [1]** 68/6
**surface [1]** 25/10
**surfaced [1]** 15/19
**surgery [1]** 72/8
**surreptitiously [1]** 28/22
**survey [10]** 28/11 28/13 28/14 28/15 28/18 29/24 29/25 30/1 30/4 62/6
**surveys [1]** 29/19
**suspect [2]** 53/5 58/13
**sustain [2]** 65/3 65/8
**switch [3]** 54/20 55/23 56/2
**switched [3]** 53/1 54/3 54/13
**switching [1]** 36/8
**symmetry [1]** 19/8
**system [1]** 16/19

**T**

**tabbed [1]** 32/18

**table [3]** 6/7 6/11 39/19
**tag [1]** 32/18
**take [13]** 6/18 8/16 15/4 37/9 39/4 41/2 41/25 42/5 48/10 48/16 51/18 65/11 67/10
**tAKEN [1]** 3/21
**takes [2]** 37/19 57/3
**taking [1]** 57/20
**talking [6]** 22/7 22/10 28/13 28/14 39/13 56/7
**talks [2]** 21/17 21/19
**tampon [3]** 24/24 25/6 25/7
**tampons [4]** 22/12 24/1 25/11 26/11
**target [1]** 10/6
**teachings [1]** 5/22
**team [2]** 43/14 72/10
**technical [2]** 60/20 63/6
**technicalities [1]** 57/17
**technique [1]** 30/3
**tell [12]** 8/15 11/9 16/23 23/17 37/9 59/9 63/16 64/5 65/5 65/13 65/19 70/6
**telling [5]** 10/16 25/9 55/6 58/2 65/5
**ten [2]** 12/16 59/18
**term [1]** 60/24
**terms [3]** 37/4 60/20 68/25
**test [36]** 13/8 24/25 28/15 30/8 33/21 34/3 34/11 35/20 36/9 36/17 37/4 37/13 37/20 38/3 38/6 38/24 40/6 40/18 41/17 43/19 43/23 46/9 46/11 48/17 48/19 53/2 53/12 53/17 54/9 54/20 55/12 55/19 56/1 56/3 56/9 56/11
**tested [1]** 37/11
**tester [1]** 34/3
**testers [2]** 16/14 27/6
**testified [1]** 22/5
**testifies [1]** 16/4
**testify [14]** 17/13 20/6 23/11 33/8 33/25 34/12 47/19 49/16 52/21 59/11 65/16 66/11 66/19 66/25
**testifying [2]** 23/20 28/12
**testimony [30]** 14/4 14/12 16/7 16/9 16/10 16/16 16/21 17/20 18/4 18/12 18/14 18/21 30/13 30/18 31/16 31/19 32/5 33/16 34/15 51/22 53/20 61/5 63/6 65/14 65/20 66/4 66/8 66/15 66/17 67/25
**testimony-in-chief [1]** 16/9
**testing [28]** 16/13 16/13 25/5 25/6 25/7 25/7 26/14 26/21 27/5 27/15 28/6 37/15 37/22 38/10 38/12 38/20 40/10 44/21 45/1 46/14 46/24 46/25 47/5 54/2 54/8 54/14 54/18 57/5
**tests [12]** 27/13 27/15 28/4 28/8 28/9 29/1 33/16 38/23 46/19 47/9 53/14 60/13
**than [26]** 13/7 17/4 18/13 22/13 24/14 28/4 28/7 28/8 28/25 31/3 31/8 33/5 36/1 50/13 50/18 51/5 52/4 54/21 57/10 59/5 63/25 64/25 65/9 66/20 66/24 70/5
**Thank [8]** 25/21 30/24 44/4 70/21 72/14 73/21 74/6 74/7

**that [488]**
**that's missing [1]** 25/24
**That's [70]** 5/24 7/15 7/25 9/1 11/19 11/20 12/7 12/16 13/9 13/15 13/17 13/18 14/23 15/23 16/5 16/10 17/7 18/20 19/25 21/10 24/22 25/14 26/2 26/23 26/24 27/1 29/12 33/9 33/24 34/5 34/25 35/22 36/11 36/18 38/3 38/17 39/17 39/21 40/9 41/3 41/15 41/20 42/18 44/2 44/2 45/13 45/14 45/21 46/3 46/16 47/1 48/20 48/25 49/8 51/1 52/16 53/11 54/18 56/3 57/8 60/3 61/2 62/5 62/22 67/11 67/18 69/14 71/13 72/9 74/5
**the preliminary [1]** 9/19
**the trial [1]** 73/25
**theft [2]** 44/16 45/10
**their [22]** 11/13 11/21 11/21 12/8 22/9 26/17 35/24 35/25 42/10 42/10 42/12 42/13 45/10 45/11 47/1 51/22 54/9 54/12 60/25 66/1 68/4 70/17
**Theirs [1]** 41/10
**them [22]** 5/20 5/24 13/24 24/18 31/24 34/16 42/14 42/19 55/18 57/4 57/24 59/15 60/3 60/21 63/13 63/16 63/20 65/4 65/24 65/25 72/25 73/17
**then [27]** 12/7 12/10 14/3 19/4 29/3 31/23 33/14 36/7 36/12 37/10 37/20 39/1 40/17 41/2 42/14 43/2 44/17 46/3 55/2 55/22 58/6 64/9 66/15 67/25 71/6 72/11 73/22
**theories [2]** 31/12 31/13
**theory [3]** 28/6 31/3 31/8
**there [68]** 6/2 6/7 6/15 7/11 8/7 10/7 12/1 12/4 14/3 14/16 14/19 16/18 17/1 17/2 17/4 17/11 17/12 19/17 20/2 20/2 20/7 20/13 23/18 26/10 29/2 29/15 30/1 32/17 35/21 35/22 35/25 37/4 37/5 37/25 39/21 40/8 40/20 41/19 42/4 42/25 43/1 43/1 43/15 44/7 45/9 47/18 48/1 51/4 51/16 51/25 55/11 55/15 55/25 59/15 60/9 61/12 62/20 62/24 64/16 65/8 65/9 67/1 68/8 68/23 69/11 70/24 71/11 72/22
**there'll [1]** 5/5
**there's [16]** 10/11 26/8 35/1 36/2 37/1 42/3 42/25 42/25 44/16 50/18 50/20 51/24 52/16 58/1 61/11 68/9
**therefore [2]** 49/19 66/8
**these [25]** 5/20 6/9 6/12 8/16 15/20 19/1 26/16 27/15 33/18 33/23 38/10 39/3 41/8 42/16 50/20 51/22 53/5 56/18 57/5 59/21 60/12 60/25 63/3 65/12 65/15
**they [89]**
**they're [19]** 18/7 31/14 35/15 40/9 40/9 41/8 43/4 43/6 43/7 43/8 43/10 43/11 43/12 43/13 45/20 55/12 58/2 73/18 73/19
**they've [1]** 38/21

**T**

**T [1]** 40/15
**thing [10]** 33/9 38/9 42/19
 50/12 50/13 53/23 57/6 57/21
 60/19 72/16
**things [6]** 61/12 61/24 66/17
 69/12 71/5 72/4
**think [45]** 6/15 7/19 14/15
 16/11 17/12 17/20 17/25
 18/23 21/20 23/1 24/8 25/21
 25/24 26/8 28/23 29/16 30/11
 31/23 33/24 34/22 36/12
 37/17 38/22 39/11 40/9 40/21
 41/21 42/1 42/12 44/22 45/8
 45/13 48/1 49/22 52/16 53/2
 55/3 58/17 59/15 59/18 64/5
 65/3 71/12 72/22 73/12
**thinking [1]** 70/5
**thinks [1]** 21/3
**third [3]** 20/9 50/2 60/19
**third-party [1]** 50/2
**this [88]**
**this mean [1]** 68/2
**those [17]** 6/3 10/17 11/25
 15/1 18/2 19/19 24/4 29/17
 31/14 34/22 52/5 64/18 65/2
 65/3 67/25 69/2 73/16
**though [1]** 67/7
**thought [2]** 5/19 61/2
**thousands [1]** 57/16
**three [15]** 28/4 28/8 28/9
 34/4 34/14 34/21 35/2 35/8
 35/13 35/14 35/18 36/4 36/11
 39/13 43/25
**threshold [1]** 54/12
**through [18]** 26/19 26/22
 32/22 34/14 34/21 35/2 35/23
 35/25 38/5 41/7 41/13 42/6
 42/6 42/21 43/8 53/2 56/2
 71/5
**throughout [2]** 18/17 53/5
**throw [1]** 62/12
**thrown [2]** 62/10 62/14
**thrust [1]** 16/11
**tie [2]** 41/11 52/20
**tight [1]** 42/7
**time [47]** 5/20 6/5 6/5 9/17
 10/25 11/2 11/5 11/6 12/2
 13/24 21/15 22/18 23/14 24/4
 27/23 28/2 39/2 46/22 50/8
 50/13 50/22 51/4 51/5 53/13
 54/4 54/5 55/18 55/19 59/13
 63/3 63/21 63/22 65/18 68/13
 68/14 68/19 68/24 68/25 69/8
 69/15 69/17 69/17 69/21
 69/23 70/13 70/18 73/7
**time-limited [1]** 51/4
**timely [1]** 49/5
**times [8]** 12/11 12/16 12/16
 12/21 27/24 34/4 38/23 69/10
**Title [1]** 75/6
**today [3]** 5/11 15/20 73/20
**together [1]** 41/15
**told [4]** 35/24 44/22 61/7
 64/16
**tolerated [1]** 8/5
**ton [1]** 64/25
**too [1]** 26/9
**took [5]** 35/20 37/22 39/2
 47/20 54/14
**tool [1]** 60/3
**tools [2]** 59/23 73/1

**top [1]** 31/22
**topic [3]** 35/6 41/3 60/1
**topics [1]** 60/2
**totally [3]** 6/8 52/4 71/12
**towards [1]** 30/19
**track [5]** 11/4 17/23 26/15
 56/25 68/23
**tracks [1]** 56/20
**trade [5]** 8/21 8/23 44/16
 45/10 63/17
**transcript [4]** 1/14 5/14 75/7
 75/9
**traps [1]** 42/17
**treat [2]** 51/10 51/11
**treat Ennis [1]** 51/10
**trees [1]** 64/4
**Tremaine [2]** 2/14 2/17
**trial [58]** 4/18 5/3 7/25
 7/25 9/2 10/1 11/23 14/2
 15/14 15/17 15/20 16/3 16/24
 17/11 25/10 26/4 27/24 31/10
 33/14 34/17 43/16 51/4 53/22
 53/22 57/18 58/16 58/17
 58/18 58/19 58/22 58/23
 58/25 59/5 60/9 60/11 61/9
 61/13 62/13 62/23 64/15 65/3
 65/4 65/6 65/19 65/25 66/10
 70/9 70/24 70/25 71/4 71/6
 71/11 71/13 72/5 73/4 73/8
 73/14 73/25
**trials [3]** 64/24 64/25 70/13
**tricky [1]** 28/12
**tried [5]** 23/14 23/15 30/6
 43/20 64/12
**tries [1]** 11/4
**true [5]** 24/6 33/24 40/9
 47/2 75/6
**Trust [2]** 13/12 64/2
**truth [5]** 47/8 47/16 47/23
 48/4 55/6
**try [4]** 22/14 31/11 44/11
 57/24
**trying [6]** 26/15 27/6 38/18
 45/20 47/14 61/14
**tube [3]** 54/5 55/23 56/5
**tubes [18]** 53/1 53/7 54/3
 54/10 54/13 54/14 54/20 55/5
 55/11 55/13 55/15 55/23
 55/25 56/2 56/8 56/10 56/18
 56/23
**turn [14]** 16/19 16/24 20/8
 20/22 24/12 26/13 30/14
 31/16 33/13 50/17 51/21
 53/21 58/16 63/20
**turning [4]** 14/3 16/17 24/13
 33/15
**TUV [9]** 54/2 54/8 54/25 55/3
 55/10 56/9 57/3 57/13 57/14
**twisting [4]** 35/21 35/24 41/6
 42/3
**two [32]** 5/11 11/25 13/1
 13/20 15/9 15/16 26/16 28/18
 35/8 35/8 35/11 35/14 35/18
 36/4 36/11 37/3 39/13 43/25
 53/3 53/4 54/10 54/14 55/25
 57/9 59/5 60/1 61/23 64/1
 68/8 72/4 72/6 73/12
**two would [1]** 35/8
**two-to-one [2]** 13/1 64/1

**U**

**U.S [2]** 1/3 1/23
**Uh [1]** 11/1

**ultimate [9]** 11/13 11/15
 11/17 19/1 32/7 62/21 62/25
 63/22 63/22
**unavailable [1]** 65/15
**unclear [1]** 21/2
**under [12]** 3/21 7/4 7/22
 7/24 8/4 8/8 18/8 28/6 57/20
 61/8 61/20 68/23
**under-seal [1]** 7/24
**underlie [1]** 59/21
**underlying [2]** 46/14 46/24
**undermines [1]** 53/2
**understand [15]** 4/20 11/8
 12/19 19/19 23/5 25/3 25/15
 39/10 45/10 48/14 50/8 53/8
 62/7 64/14 68/7
**understandably [1]** 59/9
**understanding [5]** 15/25 26/7
 48/19 61/13 69/3
**understood [1]** 61/2
**undertaken [2]** 20/16
**undoubtedly [2]** 53/9 63/5
**unfounded [1]** 52/8
**UNITED [3]** 1/1 75/6 75/10
**universe [2]** 13/17 13/18
**unless [5]** 5/5 24/13 54/4
 65/7 71/12
**unnecessarily [1]** 8/3
**unnecessary [1]** 6/8
**unrealistic [3]** 6/9 65/12
 70/14
**unreliable [4]** 30/12 52/8
 53/6 58/13
**unusual [1]** 48/23
**up [16]** 4/17 6/13 27/21 34/8
 35/25 35/25 36/12 37/14
 37/16 42/14 42/19 42/20
 44/13 70/14 70/18 71/18
**upon [5]** 29/11 30/21 31/15
 44/21 49/19
**upset [1]** 59/9
**urine [2]** 25/4 25/6
**us [5]** 6/10 45/11 66/7 72/3
 72/17
**usage [1]** 42/11
**use [19]** 25/5 33/23 36/10
 37/2 37/18 40/15 41/18 42/4
 42/13 45/20 47/7 53/4 53/7
 55/1 59/15 66/3 70/18 72/24
 73/1
**used [12]** 11/5 13/13 16/19
 17/14 30/3 34/6 54/10 55/2
 55/3 55/15 55/18 56/19
**uses [2]** 12/25 25/12
**using [7]** 9/3 37/23 38/6
 44/14 55/12 56/25 72/17

**V**

**vacated [1]** 58/24
**vacations [1]** 59/3
**vague [1]** 22/24
**validity [1]** 58/9
**value [3]** 20/19 28/1 50/19
**various [3]** 27/20 32/11 33/18
**VELTMAN [3]** 2/18 5/1 32/22
**venting [1]** 24/2
**verdict [5]** 61/21 62/2 62/20
 67/17 71/1
**verdicts [1]** 67/6
**verify [1]** 56/23
**versus [2]** 4/5 5/24
**very [17]** 10/6 14/16 17/22
 19/7 26/16 29/20 31/4 31/13

## V

**very... [9]** 31/22 32/8 40/21
43/19 44/1 47/22 56/20 70/9
72/21
**very sophisticated [1]** 56/20
**vexing [1]** 31/18
**views [1]** 14/24
**violative [1]** 20/15
**visual [1]** 39/4
**voir [2]** 71/2 71/3
**Volatile [1]** 7/7
**volume [1]** 6/7
**voluntary [1]** 9/9
**Voted [1]** 12/10

## W

**wait [4]** 37/16 55/14 55/22
62/8
**want [24]** 5/7 5/16 7/22 8/14
10/18 11/9 22/8 23/18 24/14
30/15 30/18 39/10 43/18
45/14 57/10 57/11 59/14
59/22 60/20 66/7 67/24 68/7
71/19 72/6
**wanted [4]** 45/11 62/17 62/22
66/6
**wants [3]** 21/5 27/11 51/10
**warrant [1]** 47/15
**was [105]**
**wasn't [5]** 12/22 15/14 16/18
33/17 55/20
**waste [1]** 24/21
**Waterpik [1]** 29/20
**way [25]** 5/17 8/3 16/14
16/14 26/15 27/8 27/25 36/9
37/20 38/2 40/8 42/10 43/7
45/25 47/23 51/11 56/14 57/8
58/2 61/20 62/15 66/10 68/9
68/23 71/11
**ways [1]** 66/22
**we [50]** 7/18 8/23 12/12
14/19 16/19 16/23 16/24 20/7
21/15 21/18 22/4 22/16 23/2
23/14 23/21 24/4 24/5 27/23
30/16 33/14 39/12 39/24 40/1
45/12 46/3 46/22 48/16 48/21
49/20 50/11 51/25 56/5 56/15
58/25 61/13 62/17 62/17
65/23 65/24 66/2 68/9 68/15
69/22 70/1 70/3 71/4 71/19
71/23 72/7 73/15
**we'll [7]** 4/19 7/20 17/10
20/8 61/20 67/11 73/8
**we're [13]** 5/3 28/13 28/14
30/16 39/13 45/9 47/9 49/25
58/18 58/22 66/11 68/1 74/7
**we've [3]** 4/17 36/19 50/15
**week [4]** 28/8 64/16 72/4
74/3
**weeks [6]** 5/11 13/20 15/16
59/5 72/4 72/6
**weigh [1]** 30/3
**weight [4]** 18/13 30/4 43/22
52/18
**Welch [1]** 50/18
**welcome [1]** 10/16
**well [25]** 4/19 7/10 7/18
7/19 10/6 10/16 14/15 24/7
24/20 31/7 35/6 38/11 43/3
43/4 45/14 48/21 54/25 55/10
55/14 55/17 58/6 62/8 66/10
72/5 73/24

**went [2]** 54/10 70/3
**were [26]** 5/8 11/18/05 14/8
19/11 20/15 25/7 24/4 25/15
30/6 30/12 31/22 31/23 32/1
32/1 32/2 34/15 35/24 55/15
56/19 56/23 60/13 60/14
62/17 64/18 68/17 70/15
**West [1]** 2/7
**WESTERN [1]** 1/2
**what [118]**
**what is [1]** 26/15
**what's [9]** 5/13 10/20 34/13
38/18 54/17 55/8 63/7 69/3
71/12
**whatever [4]** 33/6 49/24 51/13
59/4
**whatever-her-name-is [1]**
49/24
**whatsoever [1]** 37/2
**when [37]** 9/4 13/12 13/13
16/4 16/24 18/15 19/5 26/19
26/23 35/1 35/8 36/18 38/24
38/25 38/25 39/1 40/21 40/25
41/20 44/23 46/10 54/11
54/15 54/20 55/10 56/9 58/19
59/2 60/12 60/13 60/14 64/2
67/7 67/15 68/19 70/14 71/21
**where [7]** 14/21 16/1 23/17
42/21 42/23 52/11 61/13
**whereas [1]** 56/9
**whether [17]** 6/25 15/5 20/10
24/25 26/18 28/15 28/23
28/25 31/2 31/3 53/15 57/11
65/13 65/25 67/8 69/15 71/11
**which [29]** 5/14 6/20 8/2
8/18 17/2 21/19 21/24 22/17
23/23 24/8 28/9 29/19 31/13
31/16 32/3 32/16 37/7 44/13
47/5 48/16 56/19 57/17 59/14
60/6 60/10 60/10 61/22 65/20
71/13
**while [1]** 55/11
**who [29]** 4/16 6/21 6/22 8/12
14/21 15/24 23/18 24/12
24/12 28/10 33/23 36/21
38/14 39/6 47/19 49/10 54/7
54/8 59/16 59/24 59/25 60/2
65/16 66/7 67/22 68/21 68/21
69/6 69/6
**who's [2]** 11/4 59/1
**whoever [1]** 40/10
**whole [4]** 35/25 36/7 50/23
53/12
**whom [1]** 60/2
**whose [3]** 65/20 69/6 69/24
**why [9]** 16/12 16/18 17/6
18/2 19/23 20/2 35/1 36/9
65/1
**widespread [1]** 63/20
**wife [1]** 56/7
**will [69]** 4/16 4/20 5/21 6/4
6/16 8/1 8/7 14/1 15/15
16/23 16/25 17/1 17/2 17/6
17/11 18/2 18/11 18/17 27/12
27/23 33/7 33/14 34/24 39/3
39/6 43/15 47/18 51/16 57/14
58/18 58/19 58/25 59/4 59/15
59/19 59/23 59/23 59/24 60/2
60/3 60/3 60/4 60/6 60/6
60/15 60/18 60/19 61/4 61/6
61/7 62/1 63/24 63/24 65/24
66/2 66/14 66/18 66/19 66/25
66/25 67/1 67/16 67/17 68/6

**69/5 69/10 70/24 71/4 71/5**
**will really [1]** 63/24
**willful [1]** 20/16
**wishes [2]** 66/16 66/20
**withdraw [1]** 47/2
**within [2]** 16/10 49/20
**without [4]** 3/8 26/2 36/13
51/2
**witness [17]** 28/11 47/17
47/18 49/10 59/2 65/17 65/21
66/11 66/14 66/16 66/19
66/21 68/21 68/22 69/6 71/6
73/4
**witnesses [28]** 47/19 49/4
50/11 59/8 59/10 59/10 59/14
59/16 59/17 59/22 59/24
65/15 66/2 66/6 66/14 66/24
66/25 66/25 67/16 67/22
67/23 67/24 67/25 68/1 68/1
68/4 72/18 72/20
**won [2]** 12/20 64/8
**won't [2]** 62/24 69/16
**wondering [1]** 34/13
**work [4]** 6/14 69/2 71/1 71/2
**working [2]** 41/14 69/18
**works [1]** 66/22
**world [6]** 28/24 33/22 34/9
36/10 42/11 52/20
**worst [1]** 21/11
**worth [1]** 51/5
**would [53]** 6/24 15/13 16/5
20/2 24/8 25/18 28/3 29/3
30/7 31/9 35/8 36/1 36/9
37/13 38/1 38/3 38/9 39/4
40/4 40/12 40/13 40/15 40/18
40/25 40/25 41/2 41/4 41/5
41/17 41/20 43/1 44/21 47/13
47/21 47/22 47/24 48/22 49/7
53/15 55/11 55/25 60/10
60/11 61/19 62/4 62/20 67/8
69/14 72/21 72/22 73/5 73/6
73/7
**wouldn't [4]** 31/23 47/22
47/22 70/4
**wound [2]** 44/13 70/13
**Wright [2]** 2/14 2/17
**wrist [1]** 42/10
**written [1]** 5/17
**wrong [3]** 17/10 48/24 63/8
**wrongdoing [1]** 23/23
**www.MsFedReporter.com [1]**
1/25

## Y

**yeah [7]** 43/6 46/5 49/14
53/25 55/25 68/15 73/18
**year [1]** 9/22
**years [1]** 12/22
**yes [44]** 7/4 7/8 7/9 7/17
9/20 10/3 10/11 11/7 11/12
13/4 13/18 24/17 27/2 27/3
27/10 30/23 36/16 36/24
39/14 40/7 45/6 48/8 48/13
48/20 49/13 55/3 55/6 56/16
57/22 62/11 64/19 66/3 66/5
67/4 69/25 70/8 71/16 71/17
71/25 72/3 72/9 72/15 73/11
73/17
**yesterday [5]** 22/8 22/11 23/1
23/2 23/4
**York [1]** 2/16
**you [194]**
**you'll [5]** 26/11 59/13 62/23

**Y**

you'll... [2]  89/17 7/1/6
**you're [17]**  9/3 25/9 25/19
32/3 32/6 38/6 39/20 48/17
49/23 50/1 50/12 62/8 63/8
63/10 64/5 65/3 71/16
**you've [6]**  17/6 21/16 22/2
42/4 43/20 69/24
**your [114]**