UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-00503 AHM (RZx) | | Date | July 9, 2012 |
|---|---|---|---|---|
| Title | MUNCHKIN, INC. v. PLAYTEX PRODUCTS, LLC | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**          IN CHAMBERS (No Proceedings Held)


The Court ORDERS the parties to file jointly, by no later than 4 p.m today, July 9, 2012, the following three documents:

1.      A table of contents for the signed Final Pre-Trial Conference Order (Dkt. 297), which should specify where the parties discuss the elements and burdens for each claim, defense or legal principle, including waiver, estoppel or the burden of proof.

2.      A Statement of the Case. *See* Scheduling and Case Management Order, Dkt. 78, at 14–15.

3.      A revised version of Court Exhibit A (Cast of Characters) that contains photographs for each witness.[1]

|  | : | |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] In their Pre-Trial Stipulation to Court Exhibits A, B and C (Dkt. 295), the parties indicated that they would file this revised version by July 6, 2012.