ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PLAYTEX PRODUCTS, LLC,<br><br>　　　Defendant.<br><br>――――――――――――<br><br>PLAYTEX PRODUCTS, LLC,<br><br>　　　Counter-Plaintiff<br><br>　　v.<br><br>MUNCHKIN, INC.,<br><br>　　　Counter-Defendant<br><br>――――――――――――| CASE NO. CV 11-0503 AHM (RZx)<br><br>JURY VERDICT FORM – DAMAGES PHASE |

# VERDICT FORM

## (See Damages Instructions 1 & 2)

1. How much monetary damages, if any, did Munchkin prove it suffered as a result of Playtex's "Proven #1 in Odor Control" Statement on the Diaper Genie II Elite?

   Past Expenditures:                $ 2,600,000

   Future (Corrective) Expenditures: $ 10,650,000

2.. How much monetary damages, if any, did Munchkin prove it suffered as a result of Playtex's "#1 Recommended Among 1st Time Moms" Statement on the Pink Pail?

   Past Expenditures:                $ 92,000

   Future (Corrective) Expenditures: $ 150,000

   Have the foreperson sign this verdict form in the space provided below and inform the Bailiff.

Dated: 7-20-12

REDACTED
Foreperson

1