| COSTS CAPTURED BY LATHROP & GAGE INTERNALLY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Index | Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Total | Narrative | Bill Date |
| | | | | | | | | | - | | |

| INVOICE PAID BY LATHROP & GAGE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Index | Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Total | Narrative | Bill Date |
| | | | | | | | | | - | | |

| INVOICE PAID BY CARRIER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Index | Matter | Date | Timekeeper | Name | Title | Code | Description | Amount | Total | Narrative | Bill Date |
| | | | | | | | | 47,243.20 | | 2011-08-31 Inv #89426 (Encore, Ntv Doc Processing) | |
| | | | | | | | | 83,359.20 | | 2011-09-30 Inv #1946 (Mindcrest, Doc Review) | |
| | | | | | | | | | 130,602.40 | | |

| TOTAL COSTS | | | | | | | | | 130,602.40 | | |



Your Service Center

# INVOICE

| | |
|---|---|
| **Invoice #:** | 89426 |
| **Invoice Date** | 8/31/2011 |
| **Terms** | Net 30 |
| **Due Date** | 9/30/2011 |
| **Amt Due** | $47243.20 |

Tax ID # 20-0392563

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Munchkin, Inc.<br>16689 Schoenborn Street<br>North Hills CA 91343<br>United States | Munchkin, Inc.<br>16689 Schoenborn Street<br>North Hills CA 91343<br>United States |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Petty Rader | Playtex Matter | Munchkin, Inc., vs. Playtex Products, LLC | 8/31/2011 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Lewis, Dean (LA) | Reynolds, Kelly | |

| Product or Service | Detailed Description | Qty Billed | Price | Units | Amount | Tax Code |
|---|---|---|---|---|---|---|
| Recurring Monthly Fees --Relativity Database Hosting -- September | | 129154 | 0.35 | Doc. | 45,203.90 | -Not Taxable- |
| Data Loading -- Relativity Non-Volume Data Overlay | Date: 8/24/2011; WO#: CO01199-CA0001-P001-W00003; Invoice Description: Overlay the requested Custodian Append field. | .3 | 150.00 | hr | 45.00 | -Not Taxable-<br>-Not Taxable- |
| Hosted Database Maintenance--Relativity - Searching | Format Search Terms | 1.42 | 150.00 | hr | 213.00 | -Not Taxable-<br>-Not Taxable- |
| Hosted Database Maintenance--Relativity - Searching | WO#: CO01199-CA0001-P001-W00015<br>  Date: 8/25/2011; Invoice Description: Suppressed Folder Creation,search for STR hits<br>  Date: 8/25/2011; Invoice Description: Suppressed Folder Creation,search for STR hits<br><br> WO#: CO01199-CA0001-P001-W00022<br>  Date: 8/27/2011; Invoice Description: search for STR hits<br>  Date: 8/27/2011; Invoice Description: search for STR hits | 10 | 150.00 | hr | 1,500.00 | -Not Taxable-<br>-Not Taxable-<br>-Not Taxable- |
| Custom Reports | Date: 8/23/2011; Report Name: Discovery Hit Report ; WO#: CO01199-CA0001-P001-W00003 | 1 | 150.00 | hr | 150.00 | -Not Taxable-<br>-Not Taxable-<br>-Not Taxable- |
| Shipping & Handling: FedEx Tracking Number: | From: LATHROP & GAGE, LLP TRK#: 795100971617 | 1 | 131.30 | Item | 131.30 | -Not Taxable-<br>-Not Taxable-<br>-Not Taxable- |

**PLEASE REMIT PAYMENT TO:**
Encore Discovery Solutions
Dept 2651
PO Box 122651
Dallas, TX  75312-2651

Customer Service:
(888) 389-1658

| | |
|---|---|
| Subtotal | 47,243.20 |
| Shipping (Local) | 0.00 |
| Invoice Total | 47,243.20 |
| AMOUNT DUE | $47,243.20 |

Received by: _____  Date: _____

Print Name: _____  Time: _____

Exhibit 18 - Invoice# 89426 from Encore Legal Solutions    Page 925

# Mindcrest Inc.

Mindcrest Inc.
One East Wacker Drive
Suite 2900
Chicago, IL  60601

ganesh.natarajan@mindcrest.com

**Invoice**

| DATE | INVOICE # |
|---|---|
| 09/30/2011 | 1946 |
| TERMS | DUE DATE |
| 30 | 10/30/2011 |

| BILL TO |
|---|
| Munchkin, Inc.<br>Attn: Petty Rader<br>16689 Schoeborn Street<br>North Hills,<br>CA  91343 |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $83,359.20 | |

*Please detach top portion and return with your payment.*

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • For services related to review of documents for the Munchkin document review during the month of September 2011<br>Munchkin documents: 129,154 documents reviewed for responsiveness, privilege, 5 issue codes, confidentiality and "Key Documents"<br>Playtex documents: 9,778 documents reviewed for 8 issue codes related to responsiveness | 138932 | 0.60 | 83,359.20 |
| | | TOTAL | $83,359.20 |

Please send wire transfer to:
Mindcrest Inc.
Account No. 005201362901, Bank of America
135 S. LaSalle Street, Chicago, IL 60601
Routing # 0026009593
Swift Code: bofaus3n

Exhibit 18                                                                                                  Page 926