UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-0503 AHM (RZx) | Date | February 5, 2013 |
|---|---|---|---|
| Title | MUNCHKIN, INC. v. PLAYTEX PRODUCTS, LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys NOT Present for Plaintiffs: | Attorneys NOT Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Given the parties' failure to settle this overblown dispute, and given their inability to agree on a mutually convenient period of time within which the now-required re-trial could be conducted before the Court steps down, the Court now is forced to send this case "back to the wheel" for random reassignment, along with the related case *Garcia v. Playtex Products LLC* (CV12-6615).

The Court regrets that it was unable to achieve a final resolution of this case and that some other judge will have to be saddled with it.

|  | : |  |
|---|---|---|
| | Initials of Deputy Clerk | SMO |