John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA  90067
Tel: (310) 789-4600   Fax:  (310) 789-4610

R. Cameron Garrison (admitted *pro hac vice*)
cgarrison@lathropgage.com
David R. Barnard (*pro hac vice*)
dbarnard@lathropgage.com
Travis W. McCallon (*pro hac vice*)
tmccallon@lathropgage.com
LATHROP & GAGE LLP
Kansas City, MO  64108
Tel: (816) 292-2000   Fax:  (816) 292-2001

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA  91343
Tel: (818) 893-5000   Fax:  (818) 893-6343

Attorneys for Plaintiff MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLAYTEX PRODUCTS, LLC, et al. <br><br> Defendants. | Case No. 2:11-CV-503-ODW (RZx) <br><br> **PLAINTIFF MUNCHKIN'S DEPOSITION DESIGNATIONS** <br><br> Trial Date:  April 30, 2013 |
| PLAYTEX PRODUCTS, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> MUNCHKIN, INC., <br><br> Counter-Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Civil Rule 16-2.7 of the United States District Court of Central District of Los Angeles and the agreement of the Parties, Plaintiff Munchkin, Inc. hereby submits the page and line number designations of trial and deposition testimony by the following witnesses that may be used at trial.

DATED: April 29, 2013                    LATHROP & GAGE LLP

                                         By:  /s/ Jeffrey Grant
                                              _____

                                              Cameron Garrison (*pro hac vice*)
                                              David R. Barnard (*pro hac vice*)
                                              Travis W. McCallon (*pro hac vice*)
                                              John Shaeffer
                                              Jeffrey Grant
                                              Petty Tsay Rader

                                              Attorneys for Plaintiff
                                              MUNCHKIN, INC.

20225587v2

**CHAMBERS, EDGAR  (6-29-2011)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
| --- | --- | --- | --- |
| 4:11-8:22 | Relevance | | |
| 10:7-13:2 | Relevance | | |
| 13:12-13:13 | Relevance | | |
| 13:17-14:12 | Relevance | | |
| 14:13-14:21 | Relevance | | |
| 14:25-15:3 | Relevance | | |
| 20:2-21:22 | Relevance | | |
| 24:4-24:18 | Relevance | | |
| 25:7-25:9 | Relevance | | |
| 25:21-26:7 | Relevance | | |
| 26:21-26:25 | Relevance | | |
| 28:1-29:3 | Relevance | | |
| 29:15-29:23 | Relevance | | |
| 30:6-34:24 | Relevance | | |
| 35:2-36:19 | Relevance | | |
| 37:4-38:19 | Relevance | | |
| 39:2-39:23 | Relevance | | |
| 40:7-40:21 | Relevance | | |
| 41:3-43:10 | Relevance | | |
| 43:20-49:15 | Relevance | | |
| 52:5-52:9 | Relevance | | |
| 52:11-52:19 | Relevance | | |
| 52:23-53:17 | Relevance | | |
| 53:25-54:4 | Relevance | | |

1

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 54:6-54:8 | Relevance | | |
| 54:9-55:21 | Relevance | | |
| 55:24-56:1 | Relevance | | |
| 59:17-60:12 | Relevance | | |
| 71:8-71:19 | Relevance | | |
| 71:22-72:10 | Relevance | | |
| 72:12-73:2 | | | |
| 73:6-74:5 | | | |
| 74:13-74:20 | relevance | | |
| 74:22-75:8 | Relevance | | |
| 75:10-75:13 | relevance | | |
| 76:12-76:21 | relevance | | |
| 77:1-77:3 | relevance | | |
| 77:5-77:8 | relevance | | |
| 77:13-77:15 | relevance | | |
| 78:20-79:8 | Relevance | | |
| 81:10-81:12 | Relevance | | |
| 81:15-81:22 | Relevance | | |
| 82:2-82:8 | Relevance | | |
| 82:11-82:13 | relevance | | |
| 82:16-83:5 | relevance | | |
| 89:12-89:16 | Relevance | | |
| 89:18-90:16 | Relevance | | |
| 90:25-91:22 | Foundation; relevance | 141:21–142:23 | |
| 96:1-96:20 | relevance | | |

2

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 103:25-104:19 | Foundation; relevance; improper hypothetical | | |
| 104:21-105:23 | Foundation; relevance; improper hypothetical | | |
| 106:10-106:13 | Improper impeachment | | |
| 106:24-108:14 | Improper impeachment; foundation; relevance; 403 | | |
| 108:16 | Improper impeachment; relevance; 403 | | |
| 108:20-108:21 | Improper impeachment; relevance; 403; privilege | | |
| 108:24-109:2 | Improper impeachment; relevance; 403; privilege | 109:3; 113:16–23; 114:2–14 | |

3

**DURDEN, CATHERINE  (12-21-2011)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 4:13 -4:15 | | | |
| 7:7-7:11 | | | |
| 12:15-12:20 | | | |
| 12:22-13:20 | | 13:21–14:2 | |
| 47:8-47:18 | | | |
| 47:24-48:4 | | | |
| 48:6-48:10 | | | |
| 48:12-48:23 | | | |
| 50:1-50:18 | | 50:19–51:8 | |
| 52:14-52:22 | | 53:2–9 | |
| 58:4-58:8 | | 58:11–13; 58:20–59:10 | |
| 59:11-59:13 | | | |
| 59:15-59:16 | | 59:20–24 | 59:23 – Attorney comment |
| 59:25-60:3 | | | |
| 60:7-60:9 | | | |
| 60:24-60:25 | | | |
| 61:5-61:8 | | | |
| 61:25-62:7 | | | |
| 63:2-63:6 | | | |
| 64:4-64:5 | | | |
| 64:7-64:9 | | 64:10–65:10 | |
| 65:11-65:18 | | | |

4

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 66:6-66:17 | Relevance; foundation; vague; confusing | | |
| 67:7-67:16 | Relevance; foundation; vague; confusing | | |
| 67:18 | Relevance; foundation; vague; confusing | | |
| 112:7-112:10 | | 111:11–22 | Not proper counter-designation/unrelated to underlying designation; excluded pursuant to Sensory Spectrum motions in limine |
| 112:12-112:14 | | | |
| 113:5-113:9 | | | |
| 113:11-113:22 | | | |
| 114:9-114:13 | | | |
| 114:15-115:2 | | | |
| 115:4-115:7 | | 116:5–17 | Not proper counter-designation/unrelated to underlying designation; excluded pursuant to Sensory Spectrum motions in limine |
| 126:14-126:19 | | | |
| 126:23-127:13 | Relevance; foundation | 127:14–128:2 | |
| 128:12-128:15 | | 128:19–24; 129:3–14 | |
| 128:18 | | | |
| 129:22-129:25 | | | |

20225587v2

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 130:3-130:14 | Relevance; foundation; argumentative | | |
| 130:16-130:19 | Relevance; foundation | | |
| 136:15-137:22 | Relevance; foundation; cumulative; confusing | | |
| 137:25-138:7 | Relevance; foundation | | |
| 138:9-138:18 | Relevance; foundation | | |
| 138:19-138:22 | Relevance; foundation | | |
| 139:11-139:14 | Relevance; foundation | | |
| 174:17-174:23 | | | |
| 244:11-244:24 | | | |
| 245:2-245:5 | | | |
| 246:16-246:24 | Relevance; foundation; confusing; 403 | | |
| 247:2-247:21 | Relevance; foundation; confusing; 403; improper hypothetical | | |
| 247:25-248:2 | Relevance; foundation; confusing; 403; improper hypothetical | | |
| 258:23-259:9 | Cumulative | | |
| 259:12-259:24 | Foundation; relevance | | |
| 260:2-260:4 | Foundation; relevance | | |
| 260:7-260:9 | Foundation; relevance | | |
| 260:11-260:16 | Foundation; relevance | | |
| 260:18-260:24 | Foundation; relevance | | |
| 261:2-261:3 | Foundation; relevance | 261:5–12 | 261:10-11 – Attorney objection |

6

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 261:13-261:22 | Foundation; relevance | | |
| 261:25 | Foundation; relevance | | |
| 262:20-262:23 | Foundation; relevance | | |
| 262:25-263:9 | Foundation; relevance; cumulative | | |
| 263:16-263:25 | Foundation; relevance; cumulative | | |
| 264:20-264:24 | Relevance; foundation | | |
| 266:21-266:22 | Relevance; foundation | | |
| 266:24-267:2 | Relevance; foundation | | |
| 267:5-267:11 | Relevance; foundation; cumulative | | |
| 267:13-267:18 | Relevance; foundation; cumulative | | |
| 267:20-267:22 | Relevance; foundation; cumulative | | |
| 268:8-268:9 | Relevance; foundation; cumulative | | |
| 268:21-268:25 | Relevance; foundation; cumulative | | |
| 269:1-269:5 | Foundation; relevance | | |
| 269:8-269:16 | Foundation; relevance; argumentative; 403 | | |
| 269:19-270:10 | Foundation; relevance | | |
| 270:21-270:25 | Foundation; relevance | | |
| 276:11-277:2 | Foundation; relevance; confusing; 403 | | |
| 277:14-278:8 | Foundation; relevance; confusing; 403 | | |

7

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 278:18-278:23 | Foundation; relevance; argumentative; confusing; 403 | 278:24–279:11 | 279:7 – Attorney objection |
| 280:13-280:24 | Foundation; relevance; cumulative; 403 | | |
| 281:2-281:10 | Foundation; relevance; cumulative; 403 | | |
| 288:13-288:14 | Ex. 164—No objection if just first page.  If rest, portions of exhibit and attachments relate to tests not listed in Order on Playtex MIL No. 4; FRE 401, 402 (lacks relevance); FRE 403 (prejudice, misleading, risks confusion). | | |
| 288:16-289:11 | Foundation; relevance; privilege; 403 | | |
| 289:14-289:20 | Foundation; relevance; privilege; 403 | | |
| 289:23-290:4 | Foundation; relevance; privilege; 403 | | |
| 290:6-290:13 | Foundation; relevance; privilege; 403 | | |
| 290:15-290:21 | Foundation; relevance; privilege; 403 | 291:17–292:3; 294:20–295:17 | Add 290:22-291:8 – completeness 295:11-12 – Attorney objection |
| 296:18-296:22 | Foundation; relevance; vague; argumentative | 296:8–17 | 296:12 – Attorney objection |

8

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 296:24-297:2 | Foundation; relevance; vague; argumentative | | |
| 297:4-297:9 | Relevance | | |
| 297:12-297:22 | Foundation; relevance; argumentative; 403 | | |
| 297:25 | Foundation; relevance; argumentative; 403 | | |
| 298:5-298:15 | Foundation; relevance; argumentative; 403; improper hypothetical | | |
| 298:18-298:21 | Foundation; relevance | | |
| 298:23-299:7 | Foundation; relevance | 299:8–11 | |
| 299:12-299:14 | Foundation; relevance | | |
| 301:3-301:11 | Foundation | | |
| 314:18 (start w/ "We're")-314:23 | Foundation; relevance | 315:23–316:8 | 316:4 – Attorney objection |
| 317:20-318:6 | Relevance; foundation | 318:12–20 | 318:16-17 – Attorney objection |
| 318:21-318:25 | Relevance; foundation; confusing; 403 | 319:2–21 | 319:8 – Attorney objection |
| 321:8-321:17 | Relevance; foundation; confusing; 403 | 321:18–323:19 | |
| 323:20-323:21 | Relevance; foundation; confusing; 403 | | |
| 323:23-324:12 | Relevance; foundation; confusing; 403 | 324:12–17 | |
| 332:3-332:7 | Relevance; foundation; cumulative | | |

9

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 332:10-332:12 | Relevance; foundation; cumulative | | |

10

**HARADA, CHIKAKO  (12-14-2011)**

**Playtex's Response to Plaintiff's Designations:**  Pursuant to the Court's instructions, and the agreement of the parties, Ms. Harada is available to be called as a live witness to testify during Munchkin's presentation of its case-in-chief.  As Ms. Harada is an *available* witness, Playtex objects to her testimony proceeding by deposition (*see* Fed. R. Civ. P. 32(a)(4)), and Playtex thus has not submitted specific objections or counter-designations to Munchkin's designations for this witness, even though Playtex would have objections if these topics are probed during the live testimony at trial.

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 4:17-5:4 | | | |
| 20:4-20:18 | | | |
| 22:5-22:8 | | | |
| 30:13-30:19 | | | |
| 75:24-76:18 | | | |
| 77:8-77:13 | | | |
| 84:18-84:25 | | | |
| 85:11-85:25 | | | |
| 86:10-86:15 | | | |
| 87:9-87:13 | | | |
| 93:21-94:18 | | | |
| 94:21 | | | |
| 98:24-99:20 | | | |
| 99:23-100:5 | | | |
| 100:8-100:18 | | | |

20225587v2

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 101:8-102:7 | | | |
| 102:10 | | | |
| 106:22-107:5 | | | |
| 107:8-107:16 | | | |
| 109:21-110:13 | | | |
| 110:16-111:9 | | | |
| 111:24-112:14 | | | |
| 113:4-113:7 | | | |
| 113:10-113:21 | | | |
| 145:23-145:24 | | | |
| 146:6-151:6 | | | |
| 151:25-152:19 | | | |
| 154:21-154:23 | | | |
| 155:8-155:11 | | | |
| 155:18-156:7 | | | |
| 156:10-156:13 | | | |
| 159:18-159:24 | | | |
| 160:7-160:14 | | | |
| 166:5-169:7 | | | |
| 169:10-170:3 | | | |
| 170:5-170:7 | | | |
| 170:15-171:16 | | | |
| 172:3-172:18 | | | |
| 172:21-173:9 | | | |
| 173:13-175:10 | | | |
| 175:13-177:4 | | | |

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 177:23-179:23 | | | |
| 180:2-180:20 | | | |

**MOWERS, STEPHEN  (4-24-13)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 5:12-5:15 | | | |
| 18:05-18:10 | | | |
| 19:03-19:10 | | 20:3-5 | |
| 24:20-24:22 | | 24:23-25:7 | |
| 29:03-29:07 | | 29:08-29:23 | |
| 30:03-30:06 | Vague and ambiguous | | |
| 30:25-31:07 | | | |
| 31:09-31:10 | | | |
| 33:12-34:02 | | | |
| 36:11-36:21 | | 34:18-22; 36:3-7 | |
| 42:20-43:09 | | 41:22-42:4 | |
| 45:21-46:02 | | | |
| 46:11-46:16 | FRE 602 (lack of personal knowledge); Hearsay (FRE 802); calls for legal conclusion. | | |
| 70:18-70:22 | FRE 401 (relevance) | 70:23-71:11 | |

13

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 71:24-72:18 | FRE 401 (relevance) | 71:20-23 | |
| 73:06-73:09 | Assumes facts not in evidence; vague and ambiguous; FRE 602 (lack of foundation/personal knowledge) | | |
| 73:11-73:11 | Question assumes facts not in evidence; vague and ambiguous; FRE 602 (lack of foundation/personal knowledge) | | |
| 73:13-73:18 | Question assumes facts not in evidence; vague and ambiguous; FRE 602 (lack of foundation/personal knowledge) | | |
| 73:25-74:09 | Question assumes facts not in evidence; vague and ambiguous; FRE 602 (lack of foundation/personal knowledge) | 74:10-75:3 | |
| 76:17-76:18 | | 76:13-15 | |
| 81:06-81:13 | refers to odor control claim on product that is not at issue on retrial | 77:4-6;78:5-21; 80:7-81:5 | |

14

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 81:15-82:05 | refers to odor control claim on product that is not at issue on retrial | | |
| 82:23-83:06 | refers to odor control claim on product that is not at issue on retrial | | |
| 85:16-86:03 | refers to odor control claim on product that is not at issue on retrial | | |
| 86:4-86:5 | Assumes facts not in evidence; misstates testimony; misleading; refers to odor control claim on product that is not at issue on retrial | | |
| 86:7-86:9 | Question assumes facts not in evidence; misstates testimony; misleading; refers to odor control claim on product that is not at issue on retrial | | |
| 86:11-86:14 | Misleading; refers to odor control claim on product that is not at issue on retrial | | |

15

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 95:5-95:9 | Relates to Playtex internal test that is irrelevant under FRE 401 because not introduced for the purposes permitted by the Court's 05/03/12 order, or in the alternative, subject to limiting instruction that it is admissible not for its truth but only to show inadequacy of Playtex's external testing or of sensory testing generally ("Relevance-Scope of Internal Testing Objection") | | |
| 95:11-16 | Relevance-Scope of Internal Testing Objection | | |
| 96:05-96:12 | Relevance-Scope of Internal Testing Objection | | |

16

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 125:5-125:9 | Testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative); FRE 401 (relevance) | | |
| 125:11-125:15 | Testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative); FRE 401 (relevance) | | |
| 125:16-125:20 | | | |
| 126:8-127:3 | | | |
| 127:6-127:13 | | | |
| 128:13-128:17 | Relevance-Scope of Internal Testing Objection | | |
| 132:24-132:25 | Relevance-Scope of Internal Testing Objection | | |
| 133:20-134:13 | Relevance-Scope of Internal Testing Objection | | |

17

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 135:3-135:20 | Relevance-Scope of Internal Testing Objection | | |
| 135:21-135:24 | Relevance-Scope of Internal Testing Objection | | |
| 136:2-136:2 | Relevance-Scope of Internal Testing Objection | | |
| 136:4-136:6 | Relevance-Scope of Internal Testing Objection | | |
| 136:9-136:15 | Relevance-Scope of Internal Testing Objection | | |
| 136:17-136:21 | | | |
| 136:22-137:10 | Relevance-Scope of Internal Testing Objection | | |
| 144:22-145:2 | Relevance-Scope of Internal Testing Objection | | |

18

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 145:4-145:4 | Relevance-Scope of Internal Testing Objection; question assumes facts not in evidence; vague and ambiguous; mischaracterizes testimony | 145:6-13 | |
| 145:21-146:9 | Relevance-Scope of Internal Testing Objection | 146:10-18 | |
| 146:22-146:24 | Relevance-Scope of Internal Testing Objection | | |
| 148:2-148:21 | Relevance-Scope of Internal Testing Objection | | |
| 148:24-149:5 | | | |
| 149:25-150:10 | Relevance-Scope of Internal Testing Objection | | |
| 151:19-151:23 | Relevance-Scope of Internal Testing Objection | | |
| 154:7-155:7 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay) | | |
| 155:13-155:18 | | | |

19

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 156:17-157:12 | FRE 1002, 1004 (best evidence rule); FRE 401 (relevance); question at 157:9-12 assumes facts not in evidence. | | |
| 157:14-15 | FRE 1002, 1004 (best evidence rule); FRE 401 (relevance); question at 157:9-12 assumes facts not in evidence. | | |
| 157:22-158:19 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance) | | |
| 158:25-159:4 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance) | | |
| 159:5-159:6 | | | |
| 159:8-159:11 | | | |

20

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 161:9-161:25 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 161:22-25 mischaracterizes document; vague and ambiguous | | |
| 162:3-162:16 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 161:22-25 mischaracterizes document; assumes facts not in evidence; vague and ambiguous | | |
| 162:17-163:2 | | | |
| 164:3-164:7 | | | |
| 164:8-164:23 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 164:18-23 is compound; assumes facts not in evidence. | | |

21

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 164:25-165:7 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 164:18-23 is compound; assumes facts not in evidence. | | |
| 165:12-165:17 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at165:14-17 assumes facts not in evidence. | | |
| 165:19-165:21 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at165:14-17 assumes facts not in evidence. | | |

22

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 167:18-169:10 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 169:6-10 is compound; vague and ambiguous | | |
| 169:12-169:12 | FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); FRE 805 (hearsay within hearsay); FRE 401 (relevance); question at 169:6-10 is compound; vague and ambiguous | | |
| 169:14-17 | FRE 1002, 1004 (best evidence rule); FRE 401 (relevance) | | |
| 188:18-189:8 | FRE 1002, 1004 (best evidence rule); FRE 401 (relevance) | | |
| 190:6-190:16 | Testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative) | | |

23

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 191:2-191:6 | Testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative) | | |
| 191:8-192:4 | Testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative) | | |
| 192:5-192:13 | | | |
| 192:18-193:4 | FRE 401 (relevance) | | |
| 193:22-194:2 | FRE 401 (relevance) | | |
| 194:3-194:6 | | | |
| 194:8-194:12 | | | |
| 206:6-206:9 | | | |
| 214:16-214:19 | FRE 401 (relevance); FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay) | | |
| 214:20-215:10 | FRE 401 (relevance); FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay) | | |

24

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 215:14-216:18 | FRE 401 (relevance); FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); question at 216:16-18 was asked and answered | | |
| 216:21-217:10 | FRE 401 (relevance); FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); 805 (hearsay within hearsay) | | |
| 217:12-217:16 | testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative); question at 217:15-16 was asked and answered; harassing the witness. | | |
| 217:18-218:5 | testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative). Question at 218:2-5 mischaracterizes document. | | |

25

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 220:14-220:15 | | | |
| 220:17-220:22 | | | |
| 221:23-223:5 | testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative); question at 223:3-5 was asked and answered; harassing the witness | | |
| 223:7-223:7 | testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative); question at 233:3-5 was asked and answered; harassing the witness | | |

26

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 223:9-223:17 | FRE 401 (relevance); FRE 1002, 1004 (best evidence rule); FRE 802 (hearsay); 805 (hearsay within hearsay); testimony concerns Playtex internal test that is not among the three permitted by the Court's 5/3/12 order on Playtex MIL # 4; FRE 403 (cumulative) | | |

27

**PERGAMENT, NANCY  (12-01-2011)**

**Playtex's Response to Plaintiff's Designations:**  Pursuant to the Court's instructions, and the agreement of the parties, Ms. Pergament is available to be called as a live witness to testify during Munchkin's presentation of its case-in-chief.  As Ms. Pergament is an *available* witness, Playtex objects to her testimony proceeding by deposition (*see* Fed. R. Civ. P. 32(a)(4)), and Playtex thus has not submitted specific objections or counter-designations to Munchkin's designations for this witness, even though Playtex would have objections if these topics are probed during the live testimony at trial.

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 4:13-4:17 | | | |
| 8:2-10:23 | | | |
| 11:18-12:4 | | | |
| 17:9-17:16 | | | |
| 18:8-19:10 | | | |
| 19:12-20:8 | | | |
| 21:20-22:18 | | | |
| 22:20-23:19 | | | |
| 26:14-26:25 | | | |
| 27:3-28:16 | | | |
| 29:3-29:16 | | | |
| 30:14-30:25 | | | |
| 31:9-31:13 | | | |
| 31:24-32:4 | | | |
| 32:10-34:8 | | | |

20225587v2

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 39:19-40:24 | | | |
| 41:1-41:13 | | | |
| 42:8-42:10 | | | |
| 42:14-44:25 | | | |
| 45:5-45:9 | | | |
| 45:19-46:4 | | | |
| 46:6-46:16 | | | |
| 46:18-47:7 | | | |
| 49:2-49:3 | | | |
| 49:11-50:4 | | | |
| 50:6-51:5 | | | |
| 51:15-51:24 | | | |
| 52:2-52:25 | | | |
| 53:3-53:21 | | | |
| 53:25-54:20 | | | |
| 54:22-55:12 | | | |
| 57:14-57:21 | | | |
| 57:23-57:25 | | | |
| 58:3-58:20 | | | |
| 58:22-59:11 | | | |
| 59:13-60:9 | | | |
| 60:14-63:20 | | | |
| 71:23-72:8 | | | |
| 72:20-72:25 | | | |
| 74:2-75:12 | | | |
| 75:14-75:22 | | | |

29

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 75:24-75-25 | | | |
| 79:24-80:2 | | | |
| 80:5-80:19 | | | |
| 80:21-81:18 | | | |
| 82:4-82:14 | | | |
| 82:21-85:19 | | | |
| 85:25-86:8 | | | |
| 86:10-87:6 | | | |
| 95:13-96:10 | | | |
| 96:12-98:23 | | | |
| 98:25-100:11 | | | |
| 100:13-100:19 | | | |
| 100:21-101:17 | | | |
| 101:19-101:21 | | | |
| 102:8-102:23 | | | |
| 103:7 | | | |
| 104:11-105:9 | | | |
| 105:11-106:16 | | | |
| 106:18-107:15 | | | |
| 107:17-108:9 | | | |
| 108:22-108:25 | | | |
| 109:3-109:10 | | | |
| 109:14-109:21 | | | |
| 109:25-112:5 | | | |
| 117:14-118:12 | | | |
| 118:14-120:10 | | | |

30

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 120:12-120:22 | | | |
| 121:13-121:22 | | | |
| 122:17-123:9 | | | |
| 123:13-123:16 | | | |
| 124:3-124:14 | | | |
| 124:16-124:24 | | | |
| 125:2-125:11 | | | |
| 125:24-126:8 | | | |
| 126:17-127:9 | | | |
| 127:12-128:2 | | | |
| 128:13-128:16 | | | |
| 128:18-129:9 | | | |
| 129:17-131:18 | | | |
| 131:20 | | | |
| 132:12-132:23 | | | |
| 133:5-135:21 | | | |
| 137:12-142:19 | | | |
| 142:21-143:2 | | | |
| 143:4-143:23 | | | |
| 148:21-149:7 | | | |
| 152:10-152:18 | | | |
| 153:20-154:16 | | | |
| 154:21-155:18 | | | |
| 155:20-155:23 | | | |
| 157:4-158:7 | | | |
| 158:9-159:6 | | | |

31

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 159:8-159:18 | | | |
| 15920-160:6 | | | |
| 160:8-162:8 | | | |
| 162:10 (start w/ "we'll")-162:25 | | | |
| 163:3-163:5 | | | |
| 163:7-163:13 | | | |
| 163:25-164:3 | | | |
| 165:2-166:3 | | | |
| 166:5-166:12 | | | |
| 166:14-166:18 | | | |
| 168:14-168:25 | | | |
| 169:7-170:8 | | | |
| 171:21-173:10 | | | |
| 180:19-180:21 | | | |
| 181:15-182:9 | | | |
| 182:19-182:22 | | | |
| 183:12-184:25 | | | |
| 186:22-187:9 | | | |
| 197:24-198:4 | | | |
| 198:6-200:6 | | | |
| 200:8-201:9 | | | |
| 201:11-202:6 | | | |
| 202:8-202:17 | | | |
| 204:14-204:16 | | | |

32

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 204:18-205:9 | | | |
| 206:19-206:22 | | | |
| 207:3-207:10 | | | |
| 207:12-207:23 | | | |
| 207:25-208:4 | | | |
| 208:10 | | | |
| 208:12-208:23 | | | |
| 210:7-210:24 | | | |
| 219:20-219:23 | | | |
| 220:20-221:5 | | | |
| 221:16-222:17 | | | |
| 222:19-223:10 | | | |
| 223:16-223:24 | | | |
| 224:2-224:5 | | | |
| 224:8-224:23 | | | |
| 224:25-225:5 | | | |
| 225:14-225:21 | | | |
| 225:23-228:6 | | | |
| 228:12-230:2 | | | |
| 230:17-231:23 | | | |
| 231:25-232:22 | | | |
| 232:24-233:5 | | | |
| 233:16-234:14 | | | |
| 234:16-234:23 | | | |
| 235:5-236:15 | | | |
| 236:17-237:13 | | | |

33

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 238:18-238:21 | | | |
| 238:23-239:7 | | | |
| 239:17-239:23 | | | |
| 239:25-240:18 | | | |
| 240:20-241:15 | | | |
| 243:3-245:16 | | | |
| 245:18-245:20 | | | |
| 246:10-246:13 | | | |
| 246:15-246:19 | | | |
| 246:25-247:9 | | | |
| 247:11-247:14 | | | |
| 248:11-249:8 | | | |
| 249:10-249:13 | | | |
| 249:18-251:24 | | | |
| 252:2-252:18 | | | |
| 252:20-252:23 | | | |
| 252:25-254:17 | | | |
| 254:19-254:24 | | | |
| 257:24-257:25 | | | |
| 258:3-258:5 | | | |
| 260:9-260:16 | | | |
| 260:25-261:5 | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

34

**PERGAMENT, NANCY  (01-20-2012)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 274:12-274:24 | | | |
| 275:3-275:18 | | | |
| 299:8-299:10 | | | |
| 299:16-300:12 | | | |
| 300:14-302:5 | | | |
| 311:20-312:25 | | | |
| 316:12-316:13 | | | |
| 317:7-317:10 | | | |
| 317:12-318:23 | | | |
| 318:25-319:8 | | | |
| 319:10-319:18 | | | |
| 319:20-319:22 | | | |
| 324:8-324:23 | | | |
| 326:10-326:12 | | | |
| 326:14-326:20 | | | |
| 326:22-327:10 | | | |
| 327:12-327:14 | | | |
| 328:2-328:17 | | | |
| 328:19-328:25 | | | |
| 329:2 | | | |
| 329:4-329:25 | | | |
| 330:4-330:5 | | | |
| 330:8-330:12 | | | |
| 330:16-330:23 | | | |

**SIMONSON, ITIMAR  (04-06-2012 & 07-13-2012)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 759:22-763:2 | | | |
| 763:8-765:3 | Completeness (FRE 106 & FRCP 32(a)(6)). | 765:4-10 | |
| 765:11-765:19 (through "diapers") | Completeness (FRE 106 & FRCP 32(a)(6)). | 765:19-23 | |
| 765:24-773:13 | | | |
| 773:22-774:7 | | | |
| 774:12-774:14 | | | |
| 774:22-779:2 | | | |
| 780:17-781:2 | | | |
| 782:1-782:2 | | | |
| 782:5-785:10 | Delete objection and ruling on page 783, lines 14-17 (Irrelevant (FRE 401 & 402)). | | |

36

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 785:14-785:25 | Completeness (FRE 106 & FRCP 32(a)(6)). | 4/6/12 Deposition – 11:15-13:20.<br><br>7/13/12 Trial Testimony – 786:1-9<br><br>7/13/12 Trial Testimony – 786:10-788:12, 788:17-789:9, 790:7-11 | |
| 790:12 | | | |

20225587v2

**SWEETBAUM, DOUGLAS  (12-20-2011)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 29:12-30:15 | Relevance (objection to page 29, line 25 (starting at "and have P&L responsibility…") through line 30:15). Excluded per Court's rulings on Motion in Limine Nos. 1-2. | | |
| 31:17-32:7 | | | |
| 34:12-34:23 | | | |
| 40:12-40:21 | | | |
| 44:25-48:10 | | | |
| 48:23-50:16 | | | |
| 50:19-51:2 4 | Playtex assumes Plaintiff has designated 50:19-51:2.<br><br>Completeness (FRE 106 & FRCP 32(a)(6)). | 230:20-23, 234:9-234:15 239:15-240:11 | Relevance; misleading |
| 54:9-54:14 | | | |
| 54:24-55:18 | | | |
| 55:20 | | | |
| 96:23-97:12 | Completeness (FRE 106 & FRCP 32(a)(6)). | | |
| 99:19-99:24 | | | |
| 102:13-102:14 | | | |
| 102:17-103:3 | | | |
| 103:9-103:24 | | | |

38

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 110:24-112:7 | Completeness (FRE 106 & FRCP 32(a)(6)); Relevance. | 108:24-109:4; 109:7-110:23; 112:8-11; 112:16-113:5; 318:1-13 | 109:20-21 – Attorney objection<br>110:8-9 – Attorney objection<br>112:21-23 – Attorney objection<br>318:5-6 – Attorney objection<br>318:1-13 – Relevance; contrary to Playtex's prior position that it would not claim to have stopped making claim at issue |
| 118:18-118:25 | Completeness (FRE 106 & FRCP 32(a)(6)). | 116:22-117:7; 117:10-118:15; 119:2-4, 119:7-13 | |
| 119:14-119:21 | Completeness (FRE 106 & FRCP 32(a)(6)). | 119:22-121:3; 121:5-122:12; | |
| 137:19-137:22 | | | |
| 137:25-138:9 | | 134:10-17 | |
| 138:11 | | | |
| 140:14--141:19 | | 140:4-13 | Lack of foundation; prejudicial; speculation<br>If objection not sustained, then:<br>140:8-9 – Attorney objection<br>Add 139:11-23, 139:140:3-7 - completeness |
| 208:23-209:2 | Completeness (FRE 106 & FRCP 32(a)(6)). | 265:4-18. | |

39

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 209:5-209:12 | Relevance | 203:25-205:4 | Relevance; contrary to Playtex's prior position that it would not claim to have stopped making claim at issue; misleading<br>If objection not sustained – 204:10 |
| 209:19-210:4 | Relevance | 210:9-13, 211:10-13 | Excluded pursuant to Sensory Spectrum rulings |
| 214:3-214:8 | Misleading and Relevance – refers to claim on DGII, not Elite | | |
| 214:11-214:17 | Misleading and Relevance – refers to claim on DGII, not Elite | 214:18-21 | 214:22-23; 215:1-15 - Completeness |
| 216:24-217:25 | Misleading and Relevance – refers to claim on DGII, not Elite | 218:2-219:16 | 218:7-8, 219:2-3 – Attorney objection |
| 299:24-300:3 | | 297:25-298:23, 299:2-14; 299:16-23 | Relevance; contrary to Playtex's prior position that it would not claim to have stopped making claim at issue; misleading<br>If objection not sustained: 298:6 – Attorney objection |
| 300:6-300:15 | | | |
| 302:10-302:12 | | | |
| 302:15-303:10 | | 303:11-20 | |

40

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 307:12-307:20 | | 308:7-11; 308:14-309:3; 313:4-314:16; 316:19-24 | Relevance; contrary to Playtex's prior position that it would not claim to have stopped making claim at issue; misleading<br>If objection not sustained, add: 312:16-312:19, 312:22-313:3, 314:17-18, 314:20-315:4, 316:6-316:18, 316:25-317:3, 317:6-10 |
| 328:13-328:18 | No foundation for exhibit | | |
| 329:12-330:6 | No foundation for exhibit; relevance; FRE 403 | | |
| 330:9-330:11 | No foundation for exhibit; relevance; FRE 403 | | |
| 332:7-332:17 | No foundation for exhibit; relevance; FRE 403 | | |
| 333:20-334:15 | No foundation for exhibit; calls for speculation; No personal knowledge | | |
| 334:18-335:4 | No foundation for exhibit; calls for speculation; No personal knowledge | | |

41

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 335:6-336:4 | No foundation for exhibit; calls for speculation; No personal knowledge; Relevance; FRE 403 | 336:15-337:12 | 336:21-22 – Attorney objection Add 337:13-23 (stopping after "I do not.") |
| 337:13-338:3 | No foundation for exhibit; Relevance; FRE 403 | | |
| 340:11-340:22 | Relevance, FRE 403; Foundation; Exibit not on Exhibit List | | |
| 341:8-342:21 | Foundation, Relevance; FRE 403; Exibit not on Exhibit List | 342:22-343:9 | |
| 364:20-365:14 | No foundation for exhibit; Relevance; FRE 403 | 365:17-336:3 | Unintelligible/non-sequential |
| 368:13-368:15 | No foundation for exhibit; Relevance; FRE 403 | | |
| 368:17-369:2 | No foundation for exhibit; Relevance; FRE 403 | | |
| 369:4-369:7 | No foundation for exhibit; Relevance; FRE 403 | | |
| 369:9-369:15 | No foundation for exhibit; Relevance; FRE 403 | | |
| 369:18-369:21 | No foundation for exhibit; Relevance; FRE 403 | | |

20225587v2

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 369:23-370:9 | No foundation for exhibit; Relevance; FRE 403 | | |
| 370:11-370:22 | No foundation for exhibit; Relevance; FRE 403 | | |
| 370:25-371:10 | Mistates Prior Testimony; Asked and Answered; Relevance; FRE 403 | | |

**SWEETBAUM, DOUGLAS  (12-21-2011)**

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 381:6-381:16 | Relevance | | |
| 383:22-384:20 | Relevance | | |
| 384:24-385:9 | Relevance | | |
| 386:5-387:4 | Relevance | 473:12-20; 564:21-25 | Add 473:21-474:5 - completeness |
| Munchkin designation withdrawn | | 400:5-10; 400:23-401:14 | Improper counter-original designation was withdrawn |
| 444:19-445:25 | Completeness (FRE 106 & FRCP 32(a)(6)). | 446:2-8; | |
| 446:9-446:11 | | | |
| 446:15-446:16 | Completeness (FRE 106 & FRCP 32(a)(6)). | | |
| 447:10-447:12 | | | |

43

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 447:15-447:22 | Completeness (FRE 106 & FRCP 32(a)(6)). | 449:20-450:9; 93:24-94:21 | Add 449:9-11 - completeness |
| 461:10-461:12 | | | |
| 461:15-462:6 | | 408:19-409:6, 410:21-411:20, 411:23-412:15, 416:21-23, 417:2-419:4 | |
| 554:23-554:24 | Document speaks for itself; lack of foundation; relevance; best evidence rule; Exibit not on Exhibit List | | |
| 556:6-558:4 | Document speaks for itself; lack of foundation; relevance; Exibit not on Exhibit List | | |
| 640:12-22 | Lack of foundation | | |
| 640:25-641:6 | Calls for legal conclusion; Lack of foundation | | |
| 641:15-641:24 | Calls for legal conclusion; Lack of foundation | | |
| 642:3-642:9 | Calls for legal conclusion; asked and answered | | |

44

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 642:13-642:23 | Calls for legal conclusion; asked and answered; argumentative; misstates prior testimony | | |
| 642:25 | | | |
| 643:10-643:16 | Incomplete hypothetical; calls for legal conclusion; asked and answered | | |
| 643:19-644:12 | Argumentative; Incomplete hypothetical; calls for legal conclusion; asked and answered | | |
| 644:17-644:20 | Argumentative; Incomplete hypothetical; calls for legal conclusion; asked and answered | | |
| 644:22 | Argumentative; Incomplete hypothetical; calls for legal conclusion; asked and answered | | |
| 648:21-649:6 | | | |
| 649:13-649:21 | | | |
| 649:24-650:12 | | | |

**SWEETBAUM, DOUGLAS  (01-20-2012)**

45

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 666:5-667:9 | Foundation (exhibit not on exhibit list) | | |
| 669:20-670:13 | Relevance | 673:8-10 715:8-20, 716:10-25 | |
| 675:2-677:17 | Foundation (exhibit not on exhibit list) 675:25-676:11: relevance, FRE 403 (misleading and confusing) | | |
| 688:10-688:19 | Foundation (exhibit not on exhibit list) | | |
| 689:23-691:4 | Lack of Foundation (exhibit not on exhibit list); relevance; FRE 403 | | |
| 707:16-711:22 | Not Competent to Give Testimony on subject; Lack of Foundation (exhibit not on exhibit list); relevance; FRE 403; Best evidence rule; no personal knowledge. | 711:23-712:25; 715-5-7 | |
| 713:2-715:4 | Not Competent to Give Testimony on subject; Lack of Foundation (exhibit not on exhibit list); relevance; FRE 403; Best evidence rule; no personal knowledge; incomplete designation (answer without question) | | |

46

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 721:2-728:6 | Exhibits 176 & 177: Exibits not on Exhibit List; Lack of Foundation | 730:15-731:21 | |

**SWEETBAUM, DOUGLAS  (07-13-2012)**

**<u>Playtex's Response to Plaintiff's Designations:</u>**  Playtex objects to Plaintiff's belated designations of Mr. Sweetbaum's trial testimony, made at 4:16 p.m. on Tuesday, April 23, 2013, five days after the agreed-upon deadline for the parties to exchange designations had passed.  These designations also are cumulative of the topics covered by the video testimony, and therefore are unnecessary.

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 347:1 | Cumulative | | |
| 347:3-6 | Cumulative | | |
| 347:14-348:3 | Cumulative | | |
| 348:16-21 | Cumulative | | |
| 351:2-11 | Cumulative | | |
| 351:19-353:17 | Cumulative | | |

47

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 354:1-355:21 | Cumulative<br>354:7-25: Calls for demonstration which cannot be performed simply by reading testimony in the record; FRE 403. | | |
| 356:2-356:10 | Cumulative | | |
| 357:3-358:22 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 358:23-359:3, 359:8-15 | Subject matter excluded pursuant to Sensory Spectrum rulings |
| 359:20-362:2 | Cumulative | | |
| 362:10-363:5 | Cumulative | | |
| 363:10-364:3 | Cumulative; FRE 403 (references questions by Court); barred by Ruling on Motion in Limine No. 4 | | |
| 364:9-364:24 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)).; FRE 403 (references questions by Court); barred by Ruling on Motion in Limine No. 4 | 391:11-391:19; 392:1-8 | |
| 365:1-12 | Cumulative | | |
| 365:21-23 | Cumulative | | |
| 365:25 | Cumulative | | |
| 366:1-8 | Cumulative | | |
| 366:14-367:11 | Cumulative | | |

48

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 368:3-371:10 | 369:16-370:12:  Barred by Ruling on Playtex MIL#2; Relevance; FRE 403.<br>370:13-371:10:  Barred by Ruling on Playtex MIL#5; Relevance; FRE 403 | | |
| 372:19-373:8 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 373:9-10 | |
| 374:4-374:19 | Cumulative | | |
| 375:14-377:23 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 374:20-375:13; 377:24-378:3 | |
| 378:4-380:1 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 380:2-16 | |
| 380:17-383:2 | Cumulative<br>380:22-381:1:  Barred by Ruling on Playtex MIL#2; Relevance; FRE 403.<br>382:11-21:  Relevance ("Number 1 Selling Brand" claim is not part of the trial). | 383:3-19 | |
| 383:20-384:23 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 384:24-385:18 | |
| 393:20-21 | Cumulative | | |

49

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 394:18-396:25 | Cumulative; Completeness (FRE 106 & FRCP 32(a)(6)). | 401:9-23; 402:11-18 | |
| 397:24-399:20 | Cumulative 398:7-399:5:  Barred by Ruling on Playtex MIL#2; Relevance; FRE 403. 399:12-20.  Barred by Ruling on Playtex MIL#2; Relevance; FRE 403 | 397:1-5 | |

50

**TUROCZI, CAROLYN  (12-16-2011)**

**Playtex's Response to Plaintiff's Designation:**  Pursuant to the Court's instructions, and the agreement of the parties, Ms. Turoczi is available to be called as a live witness to testify during Munchkin's presentation of its case-in-chief.  As Ms. Turoczi is an *available* witness, Playtex objects to her testimony proceeding by deposition (*see* Fed. R. Civ. P. 32(a)(4)), and Playtex thus has not submitted specific objections or counter-designations to Munchkin's designations, even though Playtex would have objections if these topics are probed during the live testimony at trial.

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 5:15-5:25 | | | |
| 14:10-14:18 | | | |
| 33:15-33:23 | | | |
| 35:23-35:25 | | | |
| 37:13-37:17 | | | |
| 40:9-40:15 | | | |
| 40:22-42:15 | | | |
| 44:23-45:10 | | | |
| 46:9-46:16 | | | |
| 47:14-49:5 | | | |
| 49:22-50:22 | | | |
| 56:23-57:8 | | | |
| 59:6-62:13 | | | |
| 92:19-93:5 | | | |
| 93:16-95:20 | | | |

| Plaintiff's Designation (page:line) | Defendant's Objection to Designation | Defendant's Cntr-Desig (page:line) | Plaintiff's Objection to Cntr-Desig |
|---|---|---|---|
| 96:6-99:13 | | | |
| 100:14-100:20 | | | |
| 106:7-106:17 | | | |
| 111:2-113:21 | | | |
| 127:3-127:15 | | | |
| 127:20-129:16 | | | |
| 167:13-167:25 | | | |
| 174:20-175:18 | | | |
| 175:23-176:13 | | | |
| 206:12-208:22 | | | |
| 210:14-213:13 | | | |
| 231:11-233:23 | | | |

52