JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., <br><br>        Plaintiff, <br>   v. <br>PLAYTEX PRODUCTS, LLC; and DOES 1 through 10, inclusive, <br><br>        Defendants. <br><br>PLAYTEX PRODUCTS, LLC, <br><br>        Counterclaimant, <br>   v. <br>MUNCHKIN, INC., <br><br>        Counterdefendants. | Case No. 2:11-cv-503-ODW(RZx) <br><br>**JUDGMENT** |

**IT IS HEREBY ADJUDGED THAT**:

1. Judgment is entered for Playtex Products, LLC on Munchkin, Inc.'s affirmative claims;

2. Judgment is entered for Munchkin on Playtex's affirmative claims;

3. The parties shall bear their own costs.

The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

June 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**