O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## **CORRECTED**
## CIVIL MINUTES - GENERAL

| Case No. | CV11-00503-AHM (RZx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | MUNCHKIN, INC. v. PLAYTEX PRODUCTS LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | X̶X̶N̶i̶x̶o̶n̶b̶e̶r̶g̶ Victoria Valine | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cameron Garrison | Lance Koonce |
| Petty W. Rader | Carla Veltman |
| | Joshua S. Lipshultz |
| | Julian W. Poon |

**Proceedings:**   **(1)** MOTION for Judgment as a Matter of Law filed by Defendant and Counter-Plaintiff Playtex Products, LLC(a Delaware limited liability company) [356]
**(2)** MOTION for Attorney Fees filed by plaintiff Munchkin, Inc. [359, 370]
**(3)** MOTION for Permanent Injunction filed by Plaintiff Munchkin, Inc. [372]
(non-evidentiary)

Court circulates two tentative orders and hears oral argument. For reasons and findings stated on the record, the Court takes the motions under submission. Order to issue.

|  | : | 35 |
|---|---|---|
| | Initials of Preparer | SMO |